Anthony Jefferson
Name

EDCF P.O. Box 311-44578

El Dorado, Kan, 67042
Address

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

Anthony Jefferson, Plaintiff
(Full Name)

V.

Leonard moore, et al, Defendant(s)
Austin merz, Bryan Buchman,
Trenton Burk, orlando Perez,
Clay Cooper, Sarah Thatcher, christopher Finch,
Centurion.

CASE NO. 23-3263-JWL
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

## A. JURISDICTION

1) Anthony Jefferson (Plaintiff), is a citizen of El Dorado, KS, KANSAS (State)

who presently resides at EDCF P.O. Box 311-44578
El Dorado, KS, 67042
(Mailing address or place of confinement.)

2) Defendant Leonard moore (Name of first defendant) is a citizen of

El Dorado, Kansas (City, State), and is employed as

major over security staff/officers (Position and title, if any). At the time the

claim(s) alleged in this complaint arose, was this defendant acting under the color of state

law? Yes [X]  No [ ]. If your answer is "Yes", briefly explain:

He reviews all use of force at EDCF to determine if staff handled the situation properly. His office was willing to settle my facility injury claim because he had determined staff did not handle it correctly.

1

XE-2 8/82                CIVIL RIGHTS COMPLAINT §1983

3) Defendant __Austin Merz__ is a citizen of
   *(Name of second defendant)*

   __ELDorado, Kansas__, and is employed as
   *(City, state)*

   __SST Officer__. At the time the
   *(Position and title, if any)*

   claim (s) alleged in this complaint arose was this defendant acting under the color of state

   law? Yes [X] No [ ]. If your answer is "Yes", briefly explain: He is one of the SST officers who responded to my medical condition and also one who choked me until I became semi unconscious and started spitting up blood. I was fully restraint none combative. He told staff I was being resistant the whole time of my restraint.

   (Use the back of this page to furnish the above information for additional defendants.)
   See Back of Form for 7 additional defendats

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to

   assert jurisdiction under different or additional statutes, you may list them below.)

   _____

   _____

## B. NATURE OF THE CASE

1) Briefly state the background of your case: During my medical condition 7-26-23 I was placed in a RESTRAINT CHAIR, fully restraint w/ leg irons, cuffed behind my back and strapped in the chair. The term they use is "presser compliance" I was choked to the point I became semi unconscious and started spitting up blood. I filed a injury claim in Aug. 2023 per the majors request all my claim + complaint filed was sent to him. He set a meeting w/ my witim martin + myself and agreed to settle my injury claim. 10-25-23 I received my claim back denied ALL addition form 9 request and in house mail RE: my claim has went unanswered by witim. martin and major moore and his office.

2

XE-2 8/82                    CIVIL RIGHTS COMPLAINT §1983

Defendant: Bryan Buchman
Eldorado, KS,
SST officer

(YES) He was also SST who responded and kneed me choked me while use force to place me in the restraint chair. Nor did he stop any one from choking, kneeing or any other form of excessive use of force by others. done to me.

Defendant: Trenton Burk
Eldorado, KS.
COI officer

(YES) He responded to my medical condition as he stood and watched SST knee, choke & use excessive force with out trying to stop them once he seen they went over board & I was fully compliant.

Defendant: Orlando Perez
Eldorado, KS,
SST officer

(YES) He was SST who responded w/ a hand held camera who allowed the excessive use of force w/out stoping the others actions.

Defendant: Clay Cooper
Eldorado, KS,
COI officer

(YES) was response he held my legs while SST and others kneed me choked me nor did he stop the excessive use of force when it happened.

Defendant: Sara Thatcher
Eldorado, KS,
COI officer

(yes) She was on response and stood back and watched SST and others choke me knee me and did not stop or step in to stop the excessive use of force.

Defendant: Christopher Finch
Eldorado, KS,
CSI officer

(yes) He was the cell house OIC who called the code and watched SST knee, choke and use excessive use of force w/out saying stop or stepins in to stop the abuse.

Defendant: Centurion Nursing Staff
Eldorado, KS.
unknown nurse who was present during my medical.

(YES) unknown nurse responded to my medical condition & watched as excessive force was being used seen me being choked & spitting up blood did nothing to stop my abusers.

(2) Supporting Facts:

(2.) Orlando Perez SST, responded w/ the hand held camera on 7-26-23 for a medical condition I was having at 5:30pm recorded the incident.

(3.) CENTURION nursing staff (unknown Nurse) who responded on 7-26-23 during my medical condition at 5:30 pm there to assess my medical condition.

(4.) Austin Merz SST, responded to my medical condition on 7-26-23 at 5:30pm Choked me until I spit blood Became semi unconscious.

(5.) Bryan Buchman SST, responded to medical condition 7-26-23 at 5:30pm he came in grabbed me in my throat while laying on the floor, kneed me in my side & legs while using force to place me in the chair.

(6.) Trenton Burk CoI responded to medical condition 7-26-23 at 5:30pm was there to assist response.

(7.) Clay Cooper CoI responded to medical condition 7-26-23 at 5:30 pm held my legs down while SST choked and kneed me while they used force to put me in the chair.

(8.) Sara Thatcher CoI responded to medical condition 7-26-23 5:30pm was there to assist response.

(9.) Christopher Finch CSI called the medical condition 7-26-23 5:30pm watched the incident.

B)(1) Count 2 Supporting Facts:

(2) SST. Austin Merz responded to my medical 7-26-23 at 5:30pm when he wasn't choking me he also stood silent while I was Kneed, Choked. He choked me to unconsciousness and to the point I spit blood. He was also suspended for 2 wks from SST. When he wasn't the abuser he watched the abuse.

## B)(1) Count II Supporting Facts:

(3) CENTURION nursing staff (unknown nurse) responded to my medical condition 7-26-23 at 5:30pm to assess my medical needs yet while I was being abused they said nothing nor attempted to stop my abusers nor reported my abuse afterwards.

(4) CoI Trenton Burk responded to my medical 7-26-23 at 5:30pm and stood w/out saying stop or attempting to stop the abuse once he seen it went to far. ie spitting blood, Knee's used, choking ect.

(5) CoI Clay Cooper responded 7-26-23 at 5:30pm as he held my legs he stood silent while my abusers choked me to the point of semi unconscious, spit blood, kneed me, yet he never attempted to stop them or report what happen to Administration. Part of his code of conduct.

(6) CoI Sara Thatcher responded to my medical 7-26-23 at 5:30pm and did not report the abuse to Adm, try and stop it or verbally say any thing just stood silent while I was choked to the point of semi unconsciousness, spit blood, kneed in my legs + side. Yet all staff have a moral obligation to speak out on abuse.

(7) CSI Christopher Finch called the code 7-26-23 at 5:30pm for medical and he stood silent while I was choked, kneed, held down choked semi unconscious. He never reported this incident to Adm, he actually told me he wouldn't say anything unless Adm. ask, which they did not.

(8) SST. Bryan Buchman responded to my medical 7-26-23 at 5:30 pm he stood silent while I was being choked to the point I spit blood and went in and out of consciousness, they are highly trained in use of force so all SST. knew what they were doing the goal was to Hurt me + they did. He didn't try + stop the abuse nor say stop he was also a abuser.

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8½" x 11") to explain any allegation or to list additional supporting facts.)

   A) (1) Count I: <u>Violation of my 8th Amendment Rights, under cruel and unusual punishment, 14th Amendment rights Equal protection of the laws.</u>

   (2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved.
   See extra pgs w/ defendants listed

   State the facts clearly in your own words without citing legal authority or argument.):
   Leonard Moore, is the major of EDCF on 7-26-23 at the time of my incident w/ my medical condition. He reviews all use of Force & decides if staff handled it correctly. At the time of my medical condition 7-26-23 at 5:30 pm when staff responded he obviously felt staff did not handle my situation correctly because two SST members mertz and a unknown member were removed for 2 wks. He also set a meeting w/ me, him and my W.T.M, Martin date unknown. He ask what I wanted to settle my injury claim on this issue I told him it was all on my claim. We shook hands and we agreed to settle my claim At the facility level. My claim was dismissed 10-25-23

   B) (1) Count II: <u>Deliberate Indifference by Centurion (unknown Nursing Staff) and ALL officers present who didn't stop the Abuse</u>

   (2) Supporting Facts: SST, Orlando Perez responded to my medical condition 7-26-23 at 5:30pm w/ a hand held camera. While other staff used excessive force he did not stop them nor verbally stop them he stood w/ the camera and watched & recorded my abuse, while I was choked, kneed, choked to the point of semi unconscious and spit up blood he had a moral obligation to say something or stop the abuse if nothing else its all part of the staff policy & code of conduct. He didn't even report the abuse to the wardens office or majors office.

3

XE-2 8/82                              CIVIL RIGHTS COMPLAINT §1983

C) (1) Count III: <u>Deliberate Indifference</u>
<u>by Centurion (unknown Nursing staff) ALL</u>
<u>Officers present who Stood Silent during the Abuse</u>
<u>nor tryed to stop it.</u>
(2) Supporting Facts:

<u>See attached pgs.</u>

### D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☒. If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   a) Parties to previous lawsuit:

   Plaintiffs: <u>N/A</u>

   Defendants: _____

   b) Name of court and docket number <u>N/A</u>

   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) <u>N/A</u>

   d) Issues raised _____

e) Approximate date of filing lawsuit  N/A

f) Approximate date of disposition  N/A

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes [X] No [ ]. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

Personal injury claim denied 10-25-23
I've also completed the greivance procedure per P.L.R.A.
44-15-101a (B)(2)
Per the K.A.I.R. A greivance process can't be used for personal injury or lost, stolen property, or VICE VERSA
Grievance appeal denied & returned to me 12/28/2023 9:45 Am

2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

$100,000 for my pain & suffering along w/ my emotional distress I've been under since this incident. Physical + Emotional injury, Deliberate indifference, I have panic attacks wake up short of breath I also Fear next time I have a med. issue SST or officers will SUCCEED IN KILLING ME....

_____          A.L. Jefferson
Signature of Attorney (if any)                    Signature of Plaintiff

_____

_____
(Attorney's full address and telephone number)

5

XE-2 8/82                    CIVIL RIGHTS COMPLAINT §1983