B1 234

# Grievance-Response on Appeal

I/m Rec
12/28/23
7:45 Am

**FACILITY:**          **El Dorado Correctional Facility**

**INMATE:**            **Jefferson, Anthony 44578**

**GRIEVANCE NO.:** **CA00022990**

**DATE:**              **December 12, 2023**

### FINDINGS OF FACT

The response provided to the inmate by staff at the facility is incorporated herein by reference and made part of this response.

On appeal, the inmate offers no evidence or argument that suggests that the response rendered by staff at the facility is wrong.

### CONCLUSIONS MADE

The response rendered to the inmate by staff at the facility is appropriate.

### ACTION TAKEN

None further.

**Darcie Holthaus**
**SECRETARY OF CORRECTIONS DESIGNEE**

cc:     Warden Williams
Image: SOCRESP w/attachments

The original response on appeal and all attached documents were mailed to the inmate by way of United States Mail on _____.

RECEIVED

WARDENS OFFICE

**RECEIVED**
**BOARD OF COSMETOLOGY**

## APPEAL OF GRIEVANCE TO SECRETARY OF CORRECTIONS

DEC 04 2023

Inmate Name: __Jefferson__          Facility: __EDCF__

Inmate Number: __44578__          Grievance Serial No.: __CA22990  Dated 8/1/23__

(Attach grievance report with Principal Administrator's response or explanation why Principal Administrator is bypassed.)          __Given to Units. Gilkison  29 Nov. 2023__
__I'm indigent__

MAIL TO:   Kansas Department of Corrections          Date Mailed: __29 Nov. 2023__
714 SW Jackson
Suite 300
Topeka, KS 66603

---

Tell the Secretary what you feel the Principal Administrator should have done, and state what action you believe the Secretary should take. (Use extra paper as needed.) __See back of form__
__(Appeal.)__

__a.d. jefferson__
Signature of Inmate

---

**DECISION BY SECRETARY OF CORRECTIONS** (to be completed and returned with 20 days)

If applicable – Confidential File No. _____

Date Received in Office of Secretary of Corrections: _____

Date of Final Answer: _____          Date Sent to Inmate: _____

Finding of Fact:

Conclusions Made:

**RECEIVED**

Action Taken:

DEC 0 8 2023

DOC Facility Management Area

_____
Signature of Secretary of Corrections

---

**For D.O.C. Staff Use Only**

Type of Response (Item 6b:  Code      01, 02, 08 or 09) _____

DC 090, Effective May 21, 2014

I believe my original complaint should of been responded to per K.A.R. 44-15-102 (A)(ii) in sum my complaint should of been answered within (10) working days from the date the warden's office received it.

Second I sent it on Oct. 30, 2023 the same day I received it back from my U.T.M, Martin, the procedures are not being followed unless its for the BENEFIT of EDCF Administration.

We need checks and balances at this facility, which there are none at present...

To resolve this I would like my settlement that myself, U.T.M, Martin and Major, Moore agreed upon at our meeting in the visitation room. replacement of ALL my Electronic's TV. Radio, Fan, Score 5 mp, Hot Pot, GAme boy, trimmers, (.BEArd) Sweats top+Bottom, shorts(2) pair, Boots, sneakers size 12 (Both) Typewriter, All that we agreed upon that the above mentioned Welsh on.

It is clear w/ staff documentation and my meeting w/ EDCF Adm, Excessive Force was used on me and I was injured during a MEDICAL condition. This was a clear violation of my 8th + 14th amendments and clearly a violation of K.S.A. Laws for battery, Assult and Attempted murder upon my person. I pray you i.e., S.O.C. dont turn a blind eye as EDCF Adm, has.

a. L. Jefferson

RECEIVED
BOARD OF COSMETOLOGY
DEC 04 2023

RECEIVED
BOARD OF COSMETOLOGY

DEC 0 4 2023



El Dorado Correctional Facility
1737 SE Hwy 54
P.O. Box 311
El Dorado, KS. 67042

**Kansas**
Department of Corrections

Phone: (316) 321-7284
Fax: (316) 322-2018
www.doc.ks.gov/facilities/edcf

Jeff Zmuda, Secretary
Tommy Williams, Warden

Laura Kelly, Governor

Date:      NOV 2 1 2023

To:      Jefferson, Anthony #44578 E1-128

Subject: Grievance dated 8/1/23, CA22990

Findings of Facts:  Your grievance was received and a review into your allegations has been completed.

Conclusion Made:  After a review of the applicable documentation, it was determined the response provided by UTM M. Martin is appropriate regarding your issues.

Action Taken:  Appropriate steps have been taken to ensure the process has been properly followed.

Pursuant to K.A.R. 44-15-102 (3) (B), you may appeal this answer by submitting the appropriate form to the Secretary of Corrections by mail.

Tommy Williams, Warden
El Dorado Correctional Facility

Cc: file
    Offender
    UTM M. Martin

I/M Rec, 28 Nov, 2023
By w.T.S, Gilkison
3:30 pm

M103                                    B-128

# KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

## INMATE COMPLAINT

Inmate's Name Jefferson                                Number 44578

Facility EDCF          Housing Unit E-1 128           Work Detail L/I

---

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMENTATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member). Grievance pgs. 11 of 11 Form 9 responses from CoI cooper CoI Thatcher & CSI Finch electronic Form 9 request # 268153141, medical sick calls dated Aug 1, 23 & Aug 18, 23

RECEIVED
BOARD OF COSMETOLOGY
DEC 04 2023

SENT TO MAJOR MOORE,
PER HIS REQUEST.

Date this report was given to Unit Team for informal resolution (to be completed by inmate). 1 Aug, 2023

---

**UNIT TEAM RESPONSE** (Complete and return to inmate within 10 calendar days.)

See Attached

Unit Team Signature                    10/25/23   Date

**INMATE RESPONSE** (Complete and return to Unit Team within 3 calendar days)

_____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

___X___ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). _____

A.L. Jefferson                                    10/30/23
Inmate Signature      Received 10/30/23 10:15 AM        Date

---

**WARDEN RESPONSE** (Complete, attach response and return within 10 Working days.)
NOV 14 2023
Date Received _____ Date of Final Answer NOV 21 2023 Date Returned to Inmate _____

_____                    _____
Inmate's Signature        Date      Unit Team Signature        Date
If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

---

## TO BE COMPLETED BY STAFF ONLY

Grievance Serial Number                    CA22990

Type of Complaint (Item 4: Code 01-75)     31

Cause of Complaint (Item 5: Code 01-30)    01

Type of Response (Item 6a: Code 01,02,08 or 09)  08   5b

Complaint

RECEIVED
BOARD OF COSMETOLOGY

DEC 04 2023

On 7-26-23 During a medical code around 5:30 pm I was and had been having problems medically w/ my Kidney area.

While Fully restrained SST. Merz and SST. Buckman both choked me to the point of Semi unconsciousness and to the point I spit up blood.

At no point while Fully restrained was I Combative, yet Excessive use of Force Continued.

My glands in my throat have been Swollen along w/ a Sore throat Continued for Several wks. My neck also have been very Sore till present date Aug. 2023.

When discharged from the INF. I was Served w/ a D/R # 23-07-458 for Altered State, which was dismissed due to clinical Staff clearing me of being in an altered State.

To resolve this grievance I would like all parties involved to be removed From SST. w/ a Suspension from work, along w/ Canteen, Fresh FAV. or Fund raisers items.

Q.L. Jefferson

I would also ask to be moved to
C-2 where I have people who will
help me stay on the right path.
I'm still waiting on other documentation

RECEIVED
BOARD OF COSMETOLOGY
DEC 0 4 2023

Sincerely
a. d. Jefferson

ll of ll

I would also ask to be moved to
C-2 where I have people who will
help me stay on the right path.
I'm still waiting on other documentation

Sincerely

a.d. Jefferson

RECEIVED
BOARD OF COSMETOLOGY

DEC 04 2023

RECEIVED
BOARD OF COSMETOLOGY

DEC 04 2023

**Form 9**
For Cellhouse Transfer
Work Assignment _____
Interview Requests

Jeffurson
Last Name Only

**KANSAS DEPARTMENT OF CORRECTIONS**

44578
**Number**

**INMATE REQUEST TO STAFF MEMBER**

To: COI Cooper
(Name and Title of Officer or Department)

Date: Aug. 1, 2023

State completely but briefly the problem on which you desire assistance. (Be specific.)

When you responded to the Code in E-1?
on 7-26/23 what did you see and do.

Work Assignment: _____   Living Unit Assignment: E-1 128

Comment: _____   Unit Team Members Signature: _____

Disposition: ICOI Cooper responded to a Code in E-2
and saw Jefferson #44578 on the ground in the process
of being restrained. SGICOI Cooper reacted and
went to restrain one of his legs. After we I got his leg.

To: Jefferson #44578
(Name & Number)

Date: 08-01-23

Disposition: restrained and was fully re restrained I looked
over and saw a red substance come out of his mouth
and than the response team than tryed to get him
in the restraint chair I had his left foot to restrain
in the chair while in that process I saw COI Merz apply a pressure
COI Cooper
Employee's Signature

point on Jefferson Jaw.
To be returned to inmate.

P-0009b



RECEIVED
BOARD OF COSMETOLOGY

DEC 04 2023

**Form 9**
For Cellhouse Transfer
Work Assignment _____
Interview Requests

Jeffuson
Last Name Only

## KANSAS DEPARTMENT OF CORRECTIONS

44578
**Number**

### INMATE REQUEST TO STAFF MEMBER

To: CST Finch                        Date: Aug 2, 2023
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

on 7-26-23 During a response code
while in cuffs leg irons, and strapped
in a chair. Did you witness SST or any
other officer choking me?

Work Assignment: _____ Living Unit Assignment: E-1  128

Comment: _____ Unit Team Members Signature: _____

Disposition: On 7-26-23 during a emergency while putting resident Jefferson in
the mobile restraint chair SST used the pressure Point underneath the Jaw line pulling
upward to gain compliance, Jefferson was not spitting or trying to do anything at the
time he was strapped in and as far as i could See he was compliant

To: Jefferson 44578                        Date: 8-2-23
(Name & Number)

Disposition: During the use of the pressure Point there was blood appearing
to come from the residents mouth.

CST KM
Employee's Signature

**To be returned to inmate.**

P-0009b

Form 9
For Cellhouse Transfer
Work Assignment _____
Interview Requests

RECEIVED
BOARD OF COSMETOLOGY
DEC 04 2023

44578
Last Name Only

**KANSAS DEPARTMENT OF CORRECTIONS**

Jefferson
Number

**INMATE REQUEST TO STAFF MEMBER**

To: COI Thatcher                          Date: 7-29-23
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

On 7-26-23 During a medi condition while in cuffs, leg irons, and strapped in a chair. Did you witness SST or any other officer choking me?

Work Assignment: _____ Living Unit Assignment: E-1  128

Comment: _____ Unit Team Members Signature: _____

Disposition: On 7.26.23 during this medical emergency with Resident Jefferson, I witnessed SST Merz apply his fingers in Jeffersons throat underneath his jaw to the point where blood was coming from his mouth. He was in restraint chair and restrained at this point.

To: Jefferson # 44578                          Date: 7.29.2023
(Name & Number)

Disposition: _____
_____
_____
_____

Employee's Signature

To be returned to inmate.

009b

# Health Services Request Form

RECEIVED
BOARD OF COSMETOLOGY

DEC 04 2023

| For Medical Use Only |
| Sólo para uso médico |
| Date Received: | 8/19/23 |
| Time Received: | 0000 |

Print Name (Imprimir nombre): Jefferson

Date of Request: 13 Aug 2023

ID #: 44578   Date of Birth (Fecha de nacimiento): (follow up)

Housing Location (Ubicación de la vivienda): C1 128

Nature of problem or request (Naturaleza del problema o solicitud): my neck

Every sore + my glands under

my neck are swollen + hurt,

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to health care staff if it is not a follow-up visit or referral.

(Entiendo que mi solicitud respect de recibir servicios de salud no necesariamente inplica que estoy de acuero en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuero con el cobro de algún cargo, puedo presentar un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de ugencia, si no se trata de una visita de seguimiento o por una derivación.)

G. A. Jefferson
Patient Signature (Paciente Firma)

6'0"
ZSH
97.0
4TC
99%
135/74

**Place the slip in medical request box or designated area.**
**(Pon este articulo en la caja médica u otra área designada.)**
**Do not write below this area. (No escribe debajo de esta área.)**

(Original – Medical Record, Yellow Copy – Inmate/Patient, Pink Copy – Business Office)

(The area below is not to be used for education, counseling or documenting a clinical encounter)

Triaged by: B. Ortiz, LPN    ☑ Routine   ☐ Urgent   ☐ Emergent

Date: 8/19/23    Time: 0000

Date of Face-to-Face Visit:

Other:

Response Recommendation (to be completed by Medical Staff only)

| | | | | | |
|---|---|---|---|---|---|
| Initial Appointment | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |

Fee Charge   ☐ $2.00   Started 8/26/23   swollen glands / dry Mouth

Comments:   redness in throat

IBU x 3 day

Staff Signature                    8-19-23
                                    Date


centurion.

# Health Services Request Form

RECEIVED
BOARD OF COSM~~OLOGY~~

DEC 04 2023

| For Medical Use Only Sólo para uso médico | |
|---|---|
| Date Received: | 8/2/23 |
| Time Received: | 0001 |

Print Name (Imprimir nombre): Jefferson, Anthony

Date of Request: Aug 1 2023

ID #: 44578        Date of Birth (Fecha de nacimiento): Follow up

Housing Location (Ubicación de la vivienda): E-1-128

Nature of problem or request (Naturaleza del problema o solicitud): use of force was used on me 7-26-23 I was choked out blood & froth came from my mouth my ribs & throat are very sore, along w/ my glands

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to health care staff if it is not a follow-up visit or referral.

(Entiendo que mi solicitud respect de recibir servicios de salud no necesariamente inplica que estoy de acuero en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuero con el cobro de algún cargo, puedo presentar un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de ugencia, si no se trata de una visita de seguimiento o por una derivación.)

A. L. Jefferson
Patient Signature (Paciente Firma)

**Place the slip in medical request box or designated area.**
**(Pon este articulo en la caja médica u otra área designada.)**
**Do not write below this area. (No escribe debajo de esta área.)**

(Original – Medical Record, Yellow Copy – Inmate/Patient, Pink Copy – Business Office)

| (The area below is not to be used for education, counseling or documenting a clinical encounter) | | | |
|---|---|---|---|
| Triaged by: Barajas LPN | ☒ Routine | ☐ Urgent | ☐ Emergent |
| Date: 8/2/23 | Time: 0001 | | |
| Date of Face-to-Face Visit: | | | |
| Other: written response | | | |

Response Recommendation (to be completed by Medical Staff only)

| Initial | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
|---|---|---|---|---|---|---|
| Appointment | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |

Fee Charge ☐ $2.00

Comments: Per NP Johnson you were seen - have apt w/ Doherty 8-1-23

NP today

Staff Signature                    Date

centurion.

DISCIPLINARY REPORT

RECEIVED
BOARD OF COSMETOLOGY

DEC 04 2023

Attachment B, IMPP 11-119
Effective: 12-11-13

Ellsworth Correctional Facility
(FACILITY)

| Case No. 23 - 07 - 458 | Date of Alleged Violation: 07/26/2023 | Time: 1731 | ☐A.M. ☒P.M. |
|---|---|---|---|
| Date This Report Written: 07/26/2023 | | Time: 1800 | ☐A.M. ☒P.M. |

| Name of Inmate: | **JEFFERSON** | **Anthony** | **L** | No.: **44578** |
|---|---|---|---|---|
| | LAST | FIRST | MI | |
| Duty Assignment: | CUSTODIAN E CELLHOUSE | | Cell No.: E1-128 | |

**Alleged Violation of Law or Rule** *(Identify by Code No., Short Title, and Class)* 44-12-311 Being in a condition of drunkenness, intoxication, state of altered consciousness. Violation of this rule shall be a class I offense.

**FACTS:** On July 26th 2023 at approx. 1731 resident Jefferson #44578 ran out of his cell and complained about his kidneys hurting. Resident Jefferson proceded to flop on the floor and roll around resident Jefferson was not able to stand or speak cleary enough for us to understand him his speech was slurred. In my time knowing this resident this is unusal behaiver from this resident. Due to the above facts I CSI Finch am charging resident Jefferson #44578 44-12-311 being in an altered state of consciousness a class I offense.

(Attach Additional Sheet(s) if necessary)

Staff Witness:

_____

_____

CSI ル
(Signature)
CSI Finch 0600-1800 ECH
S/MC
Printed Name and Title of Employee Writing Report

ん 4 みんさ
Approved by: (Shift Supervisor, Unit Team Manager & Title)

*I declare (or verify, certify, or state) under penalty of perjury under the laws of the State of Kansas that the foregoing is true and correct.*

Executed on   07/26/2023                          Signature   CSI ル

| I received a copy of this report on | JUL 2 7 2023 | | |
|---|---|---|---|
| | Date | Time | (Inmate Signature & No.) |
| I served a copy of this report on | JUL 2 7 2023 | 1058 | |
| | Date | Time | (Signature of Officer or Unit Team Manager & Title) |

*Technical and clerical errors in the writing and/or processing of the Disciplinary report shall not be grounds for dismissal, unless there is substantial prejudice to the inmate, which is the burden of the inmate to provide. Pursuit to K.A.R. 44-13-707. Harmless error; Plain error.*

RECEIVED
BOARD OF COSMETOLOGY

**Request #268153141**

DEC 0 4 2023

| | |
|---|---|
| **Profile Photo:** | **Resident Info** |
| | Name: Anthony Jefferson |
| | Booking Number: 44578 |
| | Submitted Date: 07/28/23 18:34 |
| | Submitted from Location/Room: 07,0E1128/E |
| | Current Location/Room: 07,0E1128/E |
| | Facility: El Dorado Correctional Facility - (KS DOC) |
| **Audit Photo:** | MAC ID: CCB8A8963A84 |
| Audit Photo | Device ID: CCB8A8963A84 |

*Handwritten notes on right side:*
26 8143501 —NoT
7/28/23    FouND
268153141
7/28/23
JeffenSon (cAiC3
—UTS    JOhnSn

**Form Info**

Category: Form 9
Form: Unit Team Form 9
Internal Tag: No Tag

**Request Info**

Status: OPEN
Facility Deadline: 08/11/23 23:59 (10d)

**Details of Request:**

RE: excessive use of force

**Details of Request:**

**To::**
*(Name and Title of Officer or Department)*
UTM Gregg

**Please provide details about your request:**
*State completely but briefly the problem on which you desire assistance. (Be specific)*
On July 26, 2023 around 5 pm I had a medical condition w/ my kidney's I have had prior medical conditions w/ my kidney's. I exited my cell to get medical help for my kidney's, a few steps out side my cell my kidney's seized up and I had a seizer. COI Finch along w/ COI Thatcher knew of my condition because both have been present when it happened prior. During my seizer several officers responded. SST Buckman and SST Mertz both choked me, when SST Buckman came on scene he's grabbed me in the throat kneed me in my kidney's and ribs. SST Mertz once I was cuffed placed in the chair strapped in and leg irons on continued to choke me several times until I was semi unconscious and started spitting up blood. This notice acts as a personal injury claim along w/ my informal resolution for injuries received and Damage's done. CSI Finch was the reason I was about killed because he told the response team I was high on K2 / Fentnal as well as the captains office and wrote a DR for being in an altered state even though I repeatedly told staff I was not high and my kidney's were seized up. I ask for every one who responded that sat and watched me being kneed choked out and or did the excessive force be Terminated. This also serves as notice of legal actions being persued.

**Work Assignment:**
Custodian

**Comment:**

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 08/01/23 11:02 | Redacted Staff Name | Staff Response | Use of Forces are reviewed by the Major and higher. I will forward this to the Major. -UTS Johnson |
| 07/30/23 17:30 | Anthony Jefferson | Viewed Staff Response | |
| 07/28/23 21:08 | Anthony Jefferson | Viewed Staff Response | |
| 07/28/23 18:34 | Anthony Jefferson | Submitted New | RE: excessive use of force |

RECEIVED
BOARD OF COS' ᵀOLOGY

DEC 0 4 2023



El Dorado Correctional Facility
1737 SE Hwy 54
P.O. Box 311
El Dorado, KS. 67042

**Kansas**
Department of Corrections

Phone: (316) 321-7284
Fax: (316) 322-2018
www.doc.ks.gov/facilities/edcf

Jeff Zmuda, Secretary
Tommy Williams, Warden

Laura Kelly, Governor

Date: 10/25/23
Re: Grievance # M103

Dear Jefferson,

I have reviewed your complaint, and the evidence provided by you to attest to your claims. All of this evidence will be reviewed by the Majors office, and any staff correction will be completed by him. As per our conversation prior, we will not be able to give you any information about the nature of staff correction. That will be between them and the Majors office.

You also had two other requests:
- A Move to C2
- Canteen to pay for your damages.

Your placement in C2 will not occur. Not only is this an honor dorm, which your conduct does not support, but your behavior since the even in question has removed you from general population status. You would need to obtain private industry employment to be housed at this location.

As to your being given canteen, this will be addressed through your other document that includes the property claim.

Malty Martin
Unit Team Manager

Per KAR 44-15-101 and 101a

# Health Services Request Form

| For Medical Use Only<br>Sólo para uso médico | |
|---|---|
| Date Received: | 12·28·23 |
| Time Received: | 0115 |

Print Name (Imprimir nombre): Jefferson

Date of Request: 28 Dec. 2020 3

ID #: 44578          Date of Birth (Fecha de nacimiento): Follow up

Housing Location (Ubicación de la vivienda): 131·236

Nature of problem or request (Naturaleza del problema o solicitud): MAY I Renew my Lidocaine Patch for 30 more days?

Thank you

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to health care staff if it is not a follow-up visit or referral.

(Entiendo que mi solicitud respect de recibir servicios de salud no necesariamente inplica que estoy de acuero en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuero con el cobro de algún cargo, puedo presentar un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de urgencia, si no se trata de una visita de seguimiento o por una derivación.)

A. L. Jefferson
Patient Signature (Paciente Firma)

**Place the slip in medical request box or designated area.**
**(Pon este articulo en la caja médica u otra área designada.)**
**Do not write below this area. (No escribe debajo de esta área.)**

(Original – Medical Record, Yellow Copy – Inmate/Patient, Pink Copy – Business Office)

| (The area below is not to be used for education, counseling or documenting a clinical encounter) | | | | |
|---|---|---|---|---|
| Triaged by: ___ __, RN | | ☑ Routine | ☐ Urgent | ☐ Emergent |
| Date: 12·28·23 | Time: 0115 | | | |
| Date of Face-to-Face Visit: ___ | | | | |
| Other: ___ | | | | |

| Response Recommendation (to be completed by Medical Staff only) | | | | | |
|---|---|---|---|---|---|
| Initial | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Appointment | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Fee Charge | ☐ $2.00 | | | | |
| Comments: | Provider reviewed ⟶ Ø fractures and wants you to use the diclofenac gel | | | | |

V. ___ ___ RN                    12·28·23
Staff Signature                    Date

Request for more lidocaine
has been denied by
provider

Centurion: REC-013KS
07/01/2020



EXHIBIT # 6

Witum,, martin:                                     6 Nov, 2023

Do you recall our meeting in the visitation room w/ major moore regarding the excessive use of Force and my personal injury claim?

At the time this occured he ask that I send him all my paper work ie, claim, complaints ect., which I did.

During this period he went on vacation for a Few wks. and upon his return he had to be off site on and off For a Few wks., then the meeting was scheduled w/ you, myself and him.

At the meeting we agreed to settle my claim and you were suppose to complete the paper work. The same wk, you were off site until Futher notice For medical reason, which was a Few wks.

I received my claim back oct, 27, 2023 stating it was denied because my claim wasn't submitted w/ in (10) calendar days of the injury, which took place July 26, 2023.

my question is iF we agreed it would be settled and the paper work has been between the major's office and god knows where since Aug, 1, 2023

1 oF 2

was the meeting we had no more than cloak and dagger or simply a LIE!

I have sent in house mail to the major asking how this works and I'm also asking you whats going now that my claim was denied.

I dont know about any experience you've had, but I've never had a man shake my hand in any agreement w/ the pretense of our agreement was a LIE.

Respectfully
A.L. Jefferson

CC: A.L.J.

# Request #316527521

**Profile Photo:**



**Audit Photo:**
Audit Photo

### Resident Info

**Name:** Anthony Jefferson
**Booking Number:** 44578
**Submitted Date:** 09/15/23 19:07
**Submitted from Location/Room:** 07,0E1128/E
**Current Location/Room:** 07,AB1236/B
**Facility:** El Dorado Correctional Facility - (KS DOC)
**MAC ID:** 48:7B:5E:01:0F:A3
**Device ID:** 487B5E010FA3

### Form Info

**Category:** Form 9
**Form:** Unit Team Form 9
**Internal Tag:** No Tag

### Request Info

**Status:** OPEN
**Facility Deadline:** 09/29/23 23:59 (-61d)

**Details of Request:**

Copies of all paper work I've sent you

**Details of Request:**

**To::**
*(Name and Title of Officer or Department)*
Major Moore

**Please provide details about your request:**
*State completely but briefly the problem on which you desire assistance. (Be specific)*
Major Moore: I would like to know when you receive my in house mail and I need copies of all grievances and my personal injury claim I sent to you. I'm told you are on vacation for a couple wks so I hope all my in house mail got to you, thank you for your patient's w/ me and my family. I gave your extension 22004 to my family so you should be receiving a call soon.

**Work Assignment:**
Li

**Comment:**

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 11/21/23 05:45 | Anthony Jefferson | Viewed Staff Response | |
| 11/20/23 13:35 | Anthony Jefferson | Viewed Staff Response | |
| 11/20/23 13:35 | Anthony Jefferson | Viewed Staff Response | |
| 11/20/23 13:35 | Anthony Jefferson | Viewed Staff Response | |
| 11/20/23 12:03 | Anthony Jefferson | Viewed Staff Response | |
| 11/15/23 10:40 | Anthony Jefferson | Viewed Staff Response | |

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 09/15/23 19:09 | Anthony Jefferson | Viewed Staff Response | |
| **09/15/23 19:07** | **Anthony Jefferson** | **Submitted New** | **Copies of all paper work I've sent you** |

# Request #340740361

**Profile Photo:**



**Audit Photo:**
Audit Photo

**Resident Info**

**Name:** Anthony Jefferson
**Booking Number:** 44578
**Submitted Date:** 10/02/23 05:52
**Submitted from Location/Room:** 07,0E1128/E
**Current Location/Room:** 07,AB1236/B
**Facility:** El Dorado Correctional Facility - (KS DOC)
**MAC ID:** 48:7B:5E:01:0F:A3
**Device ID:** 487B5E010FA3

**Form Info**

**Category:** Form 9
**Form:** Unit Team Form 9
**Internal Tag:** No Tag

**Request Info**

**Status:** OPEN
**Facility Deadline:** 10/16/23 23:59 **(-44d)**

**Details of Request:**

RE: Grievance's

**Details of Request:**

**To::**
*(Name and Title of Officer or Department)*
UTM Martin

**Please provide details about your request:**
*State completely but briefly the problem on which you desire assistance. (Be specific)*
Forgot to ask If Major Moore got my complaint on LT. Ahrens. I sent that in house mail Monday of last WK. Can we send him an email or forward this one to him please, thank you.

**Work Assignment:**
LI

**Comment:**

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 11/25/23 16:36 | Anthony Jefferson | Viewed Staff Response | |
| 11/22/23 09:36 | Anthony Jefferson | Viewed Staff Response | |
| 11/22/23 09:35 | Anthony Jefferson | Viewed Staff Response | |
| 11/21/23 05:46 | Anthony Jefferson | Viewed Staff Response | |
| 11/20/23 12:04 | Anthony Jefferson | Viewed Staff Response | |
| 11/16/23 20:47 | Anthony Jefferson | Viewed Staff Response | |
| 11/15/23 10:43 | Anthony Jefferson | Viewed Staff Response | |

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 11/14/23 22:25 | Anthony Jefferson | Viewed Staff Response | |
| 11/13/23 21:07 | Anthony Jefferson | Viewed Staff Response | |
| **10/02/23 05:52** | **Anthony Jefferson** | **Submitted New** | **RE: Grievance's** |

INMATE REQUEST TO STAFF MEMBER

To: _____     Date: _____
      (Name and Title of Officer or Department)

_____
      Unit Team Member Signature                    To be retained by Inmate

Form 9
For Cellhouse Transfer                              _Jefferson_
Work Assignment _____            Last Name Only
Interview Requests

KANSAS DEPARTMENT OF CORRECTIONS

_44578_
Number

INMATE REQUEST TO STAFF MEMBER

To: _U.T.S, Johnson E-1_____     Date: _21. Nov, 2023_
      (Name and Title of Officer or Department)
      State completely but briefly the problem on which you desire assistance. (Be specific.)

for documentation purposes, who did you actually
receive my injury claim from? It still isn't complete,
two pages are missing, my facts that was
submitted. who do you suppose still has that?

_____

Work Assignment: _____  Living Unit Assignment: _B-1  236_

Comment: _____  Unit Team Members Signature: _____

Disposition: YOUR  GRIEVANCE  &  PROPERTY  CLAIM
PAPERWORK  WAS  GIVEN  TO  ME  BY  THE
MAJOR  FOR  PROCESSING  AS  ITS  UNIT  TEAMS
RESPONSIBILITY. IT  WAS  AFTER  YOUR  NEGOTIATIONS
FELL  THROUGH.  I  PROCESSED  IT  WITHOUT  THE

To: _2  PAPERS  YOU  MENTIONED  WERE  NOT  IN  THE  PACKET_     Date: _____
      (Name & Number)
JUST  BASED  OFF  OUR  INTERVIEWS  SINCE  I  NEVER
LOCATED  THEM.  — UTS  JOHNSON       11/27/23
Disposition: _____

_____

_____

_____

_____
      Employee's Signature                         To be returned to inmate.
P-0009b

IN HOUSE MAIL
    BOX

IN HOUSE MAIL
    BOX

# Request #316527521

**Profile Photo:**



**Audit Photo:**
Audit Photo

**Resident Info**

Name: Anthony Jefferson
Booking Number: 44578
Submitted Date: 09/15/23 19:07
Submitted from Location/Room: 07,0E1128/E
Current Location/Room: 07,AB1236/B
Facility: El Dorado Correctional Facility - (KS DOC)
MAC ID: 48:7B:5E:01:0F:A3
Device ID: 487B5E010FA3

**Form Info**

Category: Form 9
Form: Unit Team Form 9
Internal Tag: No Tag

**Request Info**

Status: OPEN
Facility Deadline: 09/29/23 23:59 **(-51d)**

**Details of Request:**

Copies of all paper work I've sent you

**Details of Request:**

**To::**
*(Name and Title of Officer or Department)*
Major Moore

**Please provide details about your request:**
*State completely but briefly the problem on which you desire assistance. (Be specific)*
Major Moore: I would like to know when you receive my in house mail and I need copies of all grievances
and my personal injury claim I sent to you. I'm told you are on vacation for a couple wks so I hope all my
in house mail got to you, thank you for your patient's w/ me and my family. I gave your extension 22004
to my family so you should be receiving a call soon.

**Work Assignment:**
Li

**Comment:**

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 11/20/23 13:35 | Anthony Jefferson | Viewed Staff Response | |
| 11/20/23 13:35 | Anthony Jefferson | Viewed Staff Response | |
| 11/20/23 13:35 | Anthony Jefferson | Viewed Staff Response | |
| 11/20/23 12:03 | Anthony Jefferson | Viewed Staff Response | |
| 11/15/23 10:40 | Anthony Jefferson | Viewed Staff Response | |
| 09/15/23 19:09 | Anthony Jefferson | Viewed Staff Response | |

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 09/15/23 19:07 | Anthony Jefferson | Submitted New | Copies of all paper work I've sent you |



714 S.W. Jackson St., Suite 300
Topeka, KS 66603

Phone: (785) 296-3317
Fax: (785) 296-0014
kdocpub@ks.gov
www.doc.ks.gov

Jeff Zmuda, Secretary

Laura Kelly, Governor

## MEMORANDUM

DATE:       November 28, 2023

TO:         Warden Williams
            El Dorado Correctional Facility

FROM:       Darcie Holthaus CMII
            Corrections Manager- Facility Management

SUBJ:       0044578 Jefferson, Anthony
            Attached grievance complaint

We received the attached grievance form from the above noted inmate. We noted that there is no evidence that the inmate has sought assistance from staff at the facility regarding this complaint.

In compliance with K.A.R. 44-15-102 (c) (4), we are forwarding this to you for response to the inmate. On this date, we advised the inmate of our action regarding this complaint.

Thank you for your assistance with this matter.

Enclosure-original grievance report form.

Image:  SOCRESP
        w/attachments

RECEIVED

2023

WARDEN'S OFFICE

# KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

## INMATE COMPLAINT

Inmate's Name _Jefferson_                                Number _44578_

Facility _EDCF_                    Housing Unit _B-1 236_        Work Detail _____

---

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMEN-TATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member). _See attached Form 9_

_From U.T.m, martin, major, moore, CoI AButher_
_CSI Firman, Complaint pg 2oF2_

_Sent to S.O.C._

Date this report was given to Unit Team for informal resolution (to be completed by inmate). _Nov. 21, 2023_

---

## UNIT TEAM RESPONSE (Complete and return to inmate within 10 calendar days.)

RECEIVED

NOV 27 2023

DOC Facility Management Area

_____
Unit Team Signature                    Date

**INMATE RESPONSE** (Complete and return to Unit Team within 3 calendar days)

_____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

_____ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). _____

_____      _____
Inmate Signature                              Date

---

## `WARDEN RESPONSE (Complete, attach response and return within 10 Working days.)

Date Received _____ Date of Final Answer _____ Date Returned to Inmate _____

_____      _____
Inmate's Signature            Date     Unit Team Signature            Date

If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

---

## TO BE COMPLETED BY STAFF ONLY

Grievance Serial Number                      _____

Type of Complaint (Item 4: Code 01-75)       _____    _____

Cause of Complaint (Item 5: Code 01-30)       _____    _____

Type of Response (Item 6a: Code 01,02,08 or 09)  _____    _____

**Form 9**
For Cellhouse Transfer
Work Assignment _____
Interview Requests

_Jefferson_
Last Name Only

### KANSAS DEPARTMENT OF CORRECTIONS

44578
**Number**

### INMATE REQUEST TO STAFF MEMBER

To: _COI Aruther_                    Date: _7/31/23_
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

You and several other officers were there during
a time I was having medical issues on 7/29/23
and the Lt. Ahrens called for a wheel chair.
Can you explain what happend when I told
Lt. Ahrens I dont want his help setting me in
the wheel chair there are other staff that can help.

Work Assignment: _____ Living Unit Assignment: _E-1   128_

Comment: _____ Unit Team Members Signature: _____

Disposition: _____

_____

_____

To: _Jefferson    44578_                     Date: _7.31.23_
(Name & Number)

Disposition: _Lt. Ahrens then ~~said~~ insisted again upon helping resident_
~~Ahrens~~ _Jefferson after he refused his help. He then said that_
_if He refused help again he would be restrained and placed in seg._

_COI Arthur_
Employee's Signature

**To be returned to inmate.**

P-0009b

**Form 9**
For Cellhouse Transfer
Work Assignment _____
Interview Requests

Jefferson
<span style="font-size:smaller">Last Name Only</span>

### KANSAS DEPARTMENT OF CORRECTIONS

44578
<span style="font-size:smaller">Number</span>

### INMATE REQUEST TO STAFF MEMBER

To: CSI FIRman                          Date: 7 / 29 / 23
<span style="font-size:smaller">(Name and Title of Officer or Department)</span>
<span style="font-size:smaller">State completely but briefly the problem on which you desire assistance. (Be specific.)</span>

I was having med. problems w/ my Kidneys
and you sent me to the clinic. I gave
Nurse Doherty a urin sample. Did she
speak w/ you about my medical condition
or any thing to do w/ my test or condition.

Work Assignment: _____   Living Unit Assignment: E-1   128

Comment: _____   Unit Team Members Signature: _____

Disposition: _____

To: Jefferson 44578                     Date: 7-29-2023
<span style="font-size:smaller">(Name & Number)</span>

Disposition: Yes that they did a Urin Sample + tested
it and No blood was found in it + to drink
water.

CSI Firman
<span style="font-size:smaller">Employee's Signature</span>

**To be returned to inmate.**

P-0009b

Form 9
For Cellhouse Transfer
Work Assignment _____
Interview Requests

_Jefferson_
**Last Name Only**

**KANSAS DEPARTMENT OF CORRECTIONS**

_44578_
**Number**

**INMATE REQUEST TO STAFF MEMBER**

To: _Med Tech Rockwell_          Date: _7/31/23_
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

On 7/29/23 I was sent to clinic by CSI Firman, Nurse Doherty ask for a UA sample which I provided. During our entire enter action she was berating towards me. you heard the majority of or enteraction what did you see or hear? Have you reported this to the D.O.N. Yet?

Work Assignment: _____  Living Unit Assignment: _E-1  128_

Comment: _____  Unit Team Members Signature: _____

Disposition: _____

To: _Jefferson #44578_          Date: _8/1/23_
(Name & Number)

Disposition: _I have let CHS Mendoza know about the interaction I did see you drop off a UA specimen._

_____
Employee's Signature

**To be returned to inmate.**

P-0009b

INMATE REQUEST TO STAFF MEMBER

To: _____          Date: _____
        (Name and Title of Officer or Department)

_____
        Unit Team Member Signature                    **To be retained by Inmate**

Form 9                    INFORMAL
For Cellhouse Transfer    RESOLUTION
Work Assignment           3rd Request For Answer          Jefferson
Interview Requests                                        Last Name Only

**KANSAS DEPARTMENT OF CORRECTIONS**         44578
                                                         Number

**INMATE REQUEST TO STAFF MEMBER**

To: M, Martin, U,T, M,          Date: 7 NOV, 2023
        (Name and Title of Officer or Department)
        State completely but briefly the problem on which you desire assistance. (Be specific.)

I Filed a complaint on Lt. Ahrens which I forwarded
to the major per his request, my complaint was Filed
from my medical issues 7-29-23 why haven't you
responded to this complaint as you have my
others he Forwarded to you,

Work Assignment: _____ Living Unit Assignment: B 236

Comment: _____ Unit Team Members Signature: _____

Disposition: I do not have any Complaints from you for this
time period, All Complaints from you have been
returned.

To: _____          Date: _____
        (Name & Number)

Disposition: _____

_____

_____

_____

_____
        Employee's Signature                    **To be returned to inmate.**

P-0009b

IN HOUSE MAIL
BOX
UTM Martin

INMATE REQUEST TO STAFF MEMBER

To: _____

(Name and Title of Officer or Department)

Date: _____

_____

Unit Team Member Signature

To be retained by Inmate

INFORMAL Resolution

Form 9
For Cellhouse Transfer
Work Assignment _____
Interview Requests

Jefferson

Last Name Only

KANSAS DEPARTMENT OF CORRECTIONS

44578

Number

INMATE REQUEST TO STAFF MEMBER

To: Major Moore                    Date: 13 Nov. 2023

(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)   My 3rd Request about this.

Back on 7/29/23 I had a medical condition
I filed a complaint against Lt. Ahrens w/ documentation
from staff attached. It was sent to you per your
request, about him stating he was going to use force
to put me in a wheel chair because I told him I
didn't want his help. what happen to my complaint?

Work Assignment: _____   Living Unit Assignment: B-1 236

Comment: _____   Unit Team Members Signature: COII Musgove

Disposition: _____
_____
_____
_____

To: _____

(Name & Number)

Date: _____

Disposition: After reviewing all reports and videos all policies
were followed & nothing further will be reviewed at this time MM

major Leonard X Moore

Employee's Signature

To be returned to inmate.

P-0009B

Follow up complaint

S.O.C.                                                              20 NOV. 2023

I Filed a complaint back in July 29, 2023 about Lt. Ahrens making threats to use Force to put me in a wheel chair during a medical condition I was having.

This complaint was Forwarded to major, moore per his request w/ supporting documentation, to this date I have not received my complaint back nor any complaint # to appeal to the S.O.C.

44-15-101 (C) States; At each stage, ALL grievances (SHALL) be answered in as short a time as possible to insure that delay will not impose additional hardship upon the inmate or unnecessarily prolong a misunderstanding.

This has occured as of 10/20/23 the response From major, moore and his lack of concern w/ staff making threats and using there position of AUTHORITY to bully I/m at EDCF.

Why would it be necessary For Force to be used to put me in a wheel chair for my medical and sent to seg. because I didn't what the help of Lt. Ahrens and 6 other staff members were standing around who could help me and did.

1 of 2

This has been the theme at EDCF Since I've returned back in 2020, Excessive Use of Force and bullying by Staff w/ positions.

As you can see by major, moore's response this is what the Adm. wants and Supports.

The K.A.R. I.m.p.p. and EDCF G.D. only apply when its for the good of the facility or Staff.

I would ask that an investigation be done on the Excessive Use OF Force and staff bullying toward I/m's, Thank you for your time and hopeful prompt response w/ this matter.

I would ask that the S.O.G give major, moore a directive to return my grievance and all documentation So it can be responded to per K.A.R. 44-15-101 Grievance procedure.

a. L. Jefferson