IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ANTHONY JEFFERSON, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 23-3263-JWL |
| ) | |
| LEONARD MOORE, et al., ) | |
| ) | |
| **Defendants.** ) | |

### MOTION TO FILE CONVENTIONALLY EXHIBIT V IN THE INVESTIGATIVE REPORT PREPARED PURSUANT TO "MARTINEZ V. AARON"

Comes now, Laine C. Barnard, Legal Counsel of the Kansas Department of Corrections, and respectfully moves the Court pursuant to Rule 5.4.2 for permission to file Exhibit V conventionally and to be considered as a part of the *Martinez* Report in the above captioned matter.

In Support of this Motion, Counsel would state as follows:

1. Pursuant to Local Rule 5.4.2 counsel must file a motion for leave to file documents under seal and conventionally in the Electronic Filing System.

2. The document sought to be filed conventionally is Exhibit V.

3. Exhibit V is a CD containing video recordings of the use of force at issue in this matter. The CD also contains media players necessary to view the recordings.

4. Plaintiff cannot possess the CD containing Exhibit V for security reasons however, arrangements will be made with his Unit Team to allow him to view Exhibit V.

Pursuant to Rule 5.4.6 Counsel respectfully requests the Court's permission to file Exhibit V conventionally. Counsel further requests the Court enter an Order prohibiting Plaintiff from possessing Exhibit V.

Respectfully submitted,

s/ *Laine C. Barnard*
Laine C. Barnard, KS # 19467
Legal Counsel
Kansas Department of Corrections
714 SW Jackson St, Suite 300
Topeka, KS 66603
Tel: (785) 600-0698
Email: Laine.Barnard@ks.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 29, 2024, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing. I further certify I placed a true and correct copy of the foregoing MOTION was placed in inter-facility mail to non-CM/ECF participant:

Anthony Jefferson, #44578
EDCF
El Dorado, KS 67042
Plaintiff *pro se*

s/ *Laine C. Barnard*
Laine C. Barnard