IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ANTHONY JEFFERSON,

    **Plaintiff,**

    v.                                                                                                                       CASE NO. 23-3263-JWL

LEONARD MOORE, et al.,

    **Defendants.**

## ORDER

Plaintiff brings this pro se civil rights action under 42 U.S.C. § 1983. Plaintiff is incarcerated at the El Dorado Correctional Facility in El Dorado, Kansas. The Court granted Plaintiff leave to proceed in forma pauperis. On January 3, 2024, the Court entered a Memorandum and Order (Doc. 5) directing Kansas Department of Corrections ("KDOC") officials to prepare a *Martinez* Report. This matter is before the Court on the KDOC's Motion to File Conventionally Exhibit V in the Investigative Report Prepared Pursuant to "Martinez v. Aaron" (Doc. 6).

The KDOC seeks to file Exhibit V conventionally. The exhibit consists of a CD containing video recordings of the use of force at issue in this matter. The CD also contains media players necessary to view the recordings. The motion indicates that Plaintiff cannot possess the CD for security reasons, but arrangements will be made with his Unit Team to allow him to view Exhibit V. The motion is granted.

**IT IS THEREFORE ORDERED BY THE COURT** that the KDOC's Motion to File Conventionally Exhibit V in the Investigative Report Prepared Pursuant to "Martinez v. Aaron" (Doc. 6) is **granted.**

2

**IT IS FURTHER ORDERED** that Exhibit V to the *Martinez* Report shall be filed conventionally.

**IT IS SO ORDERED**.

**Dated March 1, 2024, in Kansas City, Kansas.**

<u>S/ Julie A. Robinson</u>
**JULIE A. ROBINSON**
**UNITED STATES DISTRICT JUDGE**