## Names

| Name Type | Name |
|---|---|
| Conviction | JEFFERSON, ANTHONY L |
| True | JEFFERSON, ANTHONY LEROY |
| Alias | JEFFERSPM, ANTHONY |
| Alias | JEFFERSON, ANTHONY |
| Alias | JEFFERSON, ANDY |
| Alias | AJ, |



([/kasper/search/image?kdocNumber=0044578&imageNumber=1](/kasper/search/image?kdocNumber=0044578&imageNumber=1))

JEFFERSON, ANTHONY L

**Approx Picture Date**

2014-05-05

## Birthdates

| Birthdate Type | Birthdate | Age |
|---|---|---|
| True | ~~Feb 28, 1966~~ | 57 |

## Demographics

| Eye Color | Hair Color | Height | Weight | Gender | Race |
|---|---|---|---|---|---|
| Brown | Black | 6'-0" | 223 | Male | Black |

## Current Status reported by Dept. of Corrections

**Work or Program Participation** Not Working

**Earliest Possible Release Date (1)** Nov 07, 2034

**Current Status** Incarcerated

**Admission Date** Jun 16, 2004

**Current Location (2)** El Dorado CF-Central ([http://www.doc.ks.gov/facilities/edcf](http://www.doc.ks.gov/facilities/edcf))

**Custody Level** SPM Special Mgmt

(1) This date could be affected by a parole board decision or good time and/or program credit.
(2) Click on Location for the Facility web site.

## Convictions

| County | Case Number (I) | Offense Date | Sentencing Date | ACS | Criminal Conviction Description | Counts | Crime Severity Level | Case Status (II) | State |
|---|---|---|---|---|---|---|---|---|---|
| Harvey | 96CR7113 | Apr 08, 1996 | Nov 13, 1997 | N/A | Criminal Threat | 1 | Non Drug-Grid Severity Level 9 | Inactive | KS |
| Harvey | 96CR7113 | Apr 08, 1996 | Nov 13, 1997 | N/A | Criminal Threat | 1 | Non D Grid S Level | | |

**DEFENDANT'S EXHIBIT A**

| County | Case Number (I) | Offense Date | Sentencing Date | ACS | Criminal Conviction Description | Counts | Crime Severity Level | Case Status (II) | State |
|---|---|---|---|---|---|---|---|---|---|
| Harvey | 96CR7113 | Apr 08, 1996 | Nov 13, 1997 | N/A | Aggravated Battery - Intentional, Bodily Harm | 1 | Non Drug-Grid Severity Level 7 | Inactive | KS |
| Reno | 05CR497 | Apr 22, 2005 | Apr 21, 2006 | N/A | Battery Against a Correctional Officer | 1 | Non Drug-Grid Severity Level 5 | Active | KS |
| Reno | 84CR345 | Aug 08, 1984 | Jun 28, 1985 | Attempted | Criminal Damage to Property ($150 or More) | 1 | Class E Felony | Inactive | KS |
| Reno | 85CR151 | Aug 08, 1984 | Jun 28, 1985 | N/A | Aggravated Battery | 1 | Class C Felony | Inactive | KS |
| Reno | 04CR203 | Feb 01, 2004 | Jun 09, 2005 | N/A | Agg Battery-Int, Grt Bodly Hrm | 1 | Non Drug-Grid Severity Level 4 | Active | KS |
| Harvey | 04CR24 | Jan 11, 2004 | Jun 09, 2004 | N/A | Opiates,Opium or Narcotic Drugs;Possession;1st Off | 1 | Drug-grid Severity Level 4 | Active | KS |
| Harvey | 04CR24 | Jan 11, 2004 | Jun 09, 2004 | N/A | Drugs; Drug Paraphernalia | 1 | Class A Misdemeanor | Active | KS |
| Harvey | 04CR24 | Jan 11, 2004 | Jun 09, 2004 | N/A | Depress/stim/halluc/steroids;Possession;1st Offen | 1 | Class A Misdemeanor | Active | KS |
| Reno | 19CR229 | Sep 20, 2018 | Jun 25, 2021 | N/A | Battery - State corr off/empl by person in custody | 1 | Non Drug-Grid Severity Level 5 | Active | KS |

(I) If Number includes  JV  : Extended juvenile jurisdiction adjudications with adult prison sentences stayed, then imposed.
(II) If Status includes * : Denotes Active for Post Release Supervision Only.

## KDOC Physical Location History(s)

| Location | Movement Date | Movement Reason |
|---|---|---|
| El Dorado CF-Central | Dec 23, 2019 | Inter-Facility Movement |
| Reno County | Nov 22, 2019 | Released For Court Appearance |
| Hutchinson CF-Central | Nov 22, 2019 | Returned From Court Appearance |
| Reno County | Oct 18, 2019 | Released For Court Appearance |
| Hutchinson CF-Central | Oct 18, 2019 | Returned From Court Appearance |
| Reno County | Aug 12, 2019 | Released For Court Appearance |
| Hutchinson CF-Central | Aug 12, 2019 | Returned From Court Appearance |
| Reno County | Aug 05, 2019 | Released For Court Appearance |
| Hutchinson CF-Central | Aug 05, 2019 | Returned From Court Appearance |
| Reno County | Jul 03, 2019 | Released For Court Appearance |
| Hutchinson CF-Central | Jul 03, 2019 | Returned From Court Appearance |

| Location | Movement Date | Movement Reason |
|---|---|---|
| Reno County | Apr 11, 2019 | Released For Court Appearance |
| Hutchinson CF-Central | Apr 11, 2019 | Returned From Court Appearance |
| Hutchinson CF-Central | Mar 15, 2017 | Inter-Facility Movement |
| El Dorado CF-Central | Jul 19, 2016 | Inter-Facility Movement |
| Lansing CF-Central | Dec 23, 2014 | Returned From Court Appearance |
| Reno County | Dec 18, 2014 | Released For Court Appearance |
| Lansing CF-Central | Aug 13, 2013 | Returned From Court Appearance |
| Reno County | Aug 08, 2013 | Released For Court Appearance |
| Lansing CF-Central | Apr 02, 2013 | Returned From Court Appearance |
| Reno County | Mar 28, 2013 | Released For Court Appearance |
| Lansing CF-Central | May 10, 2012 | Returned From Court Appearance |
| Reno County | May 01, 2012 | Released For Court Appearance |
| Lansing CF-Central | Dec 08, 2011 | Returned From Court Appearance |
| Reno County | Dec 01, 2011 | Released For Court Appearance |
| Lansing CF-Central | Sep 29, 2011 | Returned From Court Appearance |
| Reno County | Sep 27, 2011 | Released For Court Appearance |
| Lansing CF-Central | Jun 24, 2010 | Returned From Court Appearance |
| Reno County | Jun 22, 2010 | Released For Court Appearance |
| Reno County | Mar 16, 2010 | Released For Court Appearance |
| Lansing CF-Central | Mar 16, 2010 | Returned From Court Appearance |
| Lansing CF-Central | Feb 18, 2010 | Returned From Court Appearance |
| Reno County | Feb 16, 2010 | Released For Court Appearance |
| Lansing CF-Central | Dec 21, 2009 | Returned From Court Appearance |
| Reno County | Dec 15, 2009 | Released For Court Appearance |
| Lansing CF-Central | Aug 18, 2009 | Returned From Court Appearance |
| Reno County | Aug 17, 2009 | Released For Court Appearance |
| Lansing CF-Central | Jul 19, 2007 | Inter-Facility Movement |
| Larned Correctional Mental Health Facility | Nov 21, 2006 | Inter-Facility Movement |
| El Dorado CF-Central | Feb 28, 2006 | Inter-Facility Movement |
| Hutchinson CF-Central | Feb 27, 2006 | Inter-Facility Movement |
| El Dorado CF-Central | Nov 08, 2005 | Returned From Court Appearance |
| Reno County | Nov 07, 2005 | Released For Court Appearance |
| Reno County | Sep 28, 2005 | Released For Court Appearance |
| El Dorado CF-Central | Sep 28, 2005 | Returned From Court Appearance |
| El Dorado CF-Central | Jul 21, 2005 | Inter-Facility Movement |

| Location | Movement Date | Movement Reason |
|---|---|---|
| Hutchinson CF-Central | Jul 19, 2005 | Inter-Facility Movement |
| Lansing CF-Central | Jun 10, 2005 | Inter-Facility Movement |
| Hutchinson CF-Central | Jun 04, 2005 | Returned From Court Appearance |
| Reno County | May 23, 2005 | Released For Court Appearance |
| Hutchinson CF-Central | May 19, 2005 | Inter-Facility Movement |
| Lansing CF-Central | Apr 26, 2005 | Inter-Facility Movement |
| Hutchinson CF-Central | Apr 22, 2005 | Inter-Facility Movement |
| Lansing CF-Central | Mar 15, 2005 | Inter-Facility Movement |
| Hutchinson CF-Central | Mar 10, 2005 | Inter-Facility Movement |
| Lansing CF-Central | Feb 15, 2005 | Inter-Facility Movement |
| Hutchinson CF-Central | Feb 01, 2005 | Inter-Facility Movement |
| Lansing CF-Central | Jan 25, 2005 | Inter-Facility Movement |
| Hutchinson CF-Central | Dec 21, 2004 | Inter-Facility Movement |
| Lansing CF-Central | Aug 09, 2004 | Inter-Facility Movement |
| Hutchinson CF-Central | Aug 03, 2004 | Inter-Facility Movement |
| Lansing CF-Central | Jul 26, 2004 | Escapee Returned |
| Oklahoma State | Jul 18, 2004 | Intra-Facility Movement |
| Unknown or N/A | Jul 16, 2004 | Escape |
| Lansing CF-East | Jul 02, 2004 | Inter-Facility Movement |
| Reno County | Jun 30, 2004 | Released For Court Appearance |
| El Dorado CF-RDU | Jun 30, 2004 | Returned From Court Appearance |
| El Dorado CF-RDU | Jun 16, 2004 | New Court Commitment |
| Unknown or N/A | Jul 11, 2001 | Expiration Of Sentence |
| Wyandotte County | Nov 16, 2000 | In-State Post Release |
| Lansing CF-Central | May 21, 1999 | Inter-Facility Movement |
| Lansing CF-East | May 18, 1999 | Inter-Facility Movement |
| Lansing CF-Central | Dec 12, 1997 | Inter-Facility Movement |
| Topeka CF-RDU | Nov 18, 1997 | New Court Commitment |
| Unknown or N/A | Jul 31, 1997 | Expiration Of Sentence |
| Harvey County | Jul 30, 1997 | Det. Par/CR Rtnd KS Supervsn |
| Harvey County | Jul 11, 1997 | Paroled To Detainer |
| El Dorado CF-Central | Mar 12, 1997 | Parole Viol. No New Sentence |
| Harvey County | Mar 04, 1997 | DOC Warrant Issued |
| Harvey County | Mar 04, 1997 | DOC Warrant Issued |
| Harvey County | Nov 05, 1996 | Det. Par/CR Rtnd KS Supervsn |

| Location | Movement Date | Movement Reason |
|---|---|---|
| Harvey County | Sep 20, 1996 | Paroled To Detainer |
| El Dorado CF-Central | Jul 29, 1996 | Inter-Facility Movement |
| Ellsworth CF | May 01, 1996 | Parole Viol. No New Sentence |
| Harvey County | Apr 17, 1996 | DOC Warrant Issued |
| Harvey County | Apr 17, 1996 | DOC Warrant Issued |
| Sedgwick County | Jul 11, 1994 | Intra-parole/CR |
| Shawnee County | Mar 11, 1994 | Det. Par/CR Rtnd KS Supervsn |
| Shawnee County | Mar 04, 1994 | Paroled To Detainer |
| Lansing CF-East | Mar 02, 1994 | Inter-Facility Movement |
| Lansing CF-Central | Dec 22, 1993 | Inter-Facility Movement |
| El Dorado CF-Central | Mar 27, 1992 | Returned From Court Appearance |
| Shawnee County | Mar 20, 1992 | Released For Court Appearance |
| El Dorado CF-Central | Mar 12, 1992 | Inter-Facility Movement |
| Lansing CF-Central | Mar 03, 1992 | Inter-Facility Movement |
| Norton County | Feb 29, 1992 | Intra-Facility Movement |
| Norton CF-Central | Feb 20, 1992 | Inter-Facility Movement |
| Topeka CF-RDU | Jan 30, 1992 | Probation Viol. No New Sent |
| Unknown or N/A | Jul 23, 1990 | Probation |
| Topeka CF-West | Jun 26, 1990 | Inter-Facility Movement |
| Topeka CF-RDU | Jun 11, 1989 | Probation Viol. No New Sent |
| Unknown or N/A | Aug 25, 1986 | Probation |
| Hutchinson CF-Central | Aug 20, 1986 | Inter-Facility Movement |
| Topeka CF-RDU | Jul 23, 1986 | Inter-Facility Movement |
| Hutchinson CF-Central | Jun 13, 1986 | New Court Commitment |

# KDOC Disciplinary Report(s) since January 1996

| Date | Class | Location | Type of report |
|---|---|---|---|
| Oct 20, 2023 | 1 | El Dorado Correctional Fac. - Central | Battery |
| Sep 07, 2023 | 2 | El Dorado Correctional Fac. - Central | Restr Area/Unauth Presence |
| Sep 04, 2023 | 1 | El Dorado Correctional Fac. - Central | Theft |
| Sep 04, 2023 | 2 | El Dorado Correctional Fac. - Central | Restr Area/Unauth Presence |
| Aug 15, 2023 | 1 | El Dorado Correctional Fac. - Central | Disobeying Orders |
| Aug 15, 2023 | 1 | El Dorado Correctional Fac. - Central | Use of Stimulants |
| Jul 27, 2023 | 1 | El Dorado Correctional Fac. - Central | Dangerous Contraband |

| Date | Class | Location | Type of report |
|---|---|---|---|
| Feb 27, 2023 | 1 | El Dorado Correctional Fac. - Central | Disobeying Orders |
| Feb 22, 2023 | 1 | El Dorado Correctional Fac. - Central | Theft |
| Feb 22, 2023 | 1 | El Dorado Correctional Fac. - Central | Dangerous Contraband |
| Feb 22, 2023 | 2 | El Dorado Correctional Fac. - Central | Misuse of State Property |
| Oct 26, 2022 | 1 | El Dorado Correctional Fac. - Central | Fighting |
| Feb 05, 2021 | 1 | El Dorado Correctional Fac. - Central | Threaten or Intim Any Person |
| Dec 30, 2020 | 2 | El Dorado Correctional Fac. - Central | Restr Area/Unauth Presence |
| Dec 23, 2020 | 2 | El Dorado Correctional Fac. - Central | Taking W/O Permission |
| Dec 23, 2020 | 2 | El Dorado Correctional Fac. - Central | Work Performance |
| Jan 13, 2020 | 1 | El Dorado Correctional Fac. - Central | Threaten or Intim Any Person |
| Jan 09, 2020 | 1 | El Dorado Correctional Fac. - Central | Disobeying Orders |
| Nov 22, 2019 | 1 | Hutchinson Correctional Fac. - Central | Dangerous Contraband |
| Nov 22, 2019 | 2 | Hutchinson Correctional Fac. - Central | Insub/Disrespect Officer/Other |
| Sep 20, 2018 | 1 | Hutchinson Correctional Fac. - Central | Battery |
| Aug 07, 2018 | 1 | Hutchinson Correctional Fac. - Central | Being Drunk,Intox,Altered Con. |
| Nov 22, 2017 | 1 | Hutchinson Correctional Fac. - Central | Battery |
| Nov 01, 2017 | 2 | Hutchinson Correctional Fac. - Central | Taking W/O Permission |
| Dec 17, 2016 | 1 | El Dorado Correctional Fac. - Central | Threaten or Intim Any Person |
| Nov 13, 2016 | 1 | El Dorado Correctional Fac. - Central | Threaten or Intim Any Person |
| Oct 11, 2016 | 1 | El Dorado Correctional Fac. - Central | Fighting |
| Oct 05, 2016 | 1 | El Dorado Correctional Fac. - Central | Responsibility for Counts |
| Oct 05, 2016 | 1 | El Dorado Correctional Fac. - Central | Interf W/Cell Oper/Visibility |
| Oct 04, 2016 | 1 | El Dorado Correctional Fac. - Central | Disobeying Orders |
| Oct 04, 2016 | 2 | El Dorado Correctional Fac. - Central | Insub/Disrespect Officer/Other |
| Aug 29, 2016 | 1 | El Dorado Correctional Fac. - Central | Disobeying Orders |
| Aug 10, 2016 | 1 | El Dorado Correctional Fac. - Central | Disobeying Orders |
| Aug 10, 2016 | 2 | El Dorado Correctional Fac. - Central | Misuse of State Property |
| Jul 28, 2016 | 1 | El Dorado Correctional Fac. - Central | Disobeying Orders |
| Jul 28, 2016 | 1 | El Dorado Correctional Fac. - Central | Disobeying Orders |
| Jul 28, 2016 | 1 | El Dorado Correctional Fac. - Central | Disobeying Orders |
| Apr 05, 2016 | 1 | Lansing Correctional Facility - Central | Battery |
| Apr 05, 2016 | 1 | Lansing Correctional Facility - Central | Theft |
| Oct 28, 2015 | 1 | Lansing Correctional Facility - Central | Tobacco Contraband Possession |
| Aug 25, 2015 | 2 | Lansing Correctional Facility - Central | Unauthorized Dealing or Trade |
| Mar 16, 2015 | 1 | Lansing Correctional Facility - Central | Theft |

| Date | Class | Location | Type of report |
|---|---|---|---|
| Oct 28, 2014 | 1 | Lansing Correctional Facility - Central | Tobacco Contraband Possession |
| Oct 28, 2014 | 2 | Lansing Correctional Facility - Central | Misuse of State Property |
| Oct 28, 2014 | 2 | Lansing Correctional Facility - Central | Less Dangerous Contraband |
| Jul 21, 2014 | 1 | Lansing Correctional Facility - Central | Battery |
| Jun 08, 2014 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| May 01, 2014 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| Apr 10, 2014 | 1 | Lansing Correctional Facility - Central | Theft |
| Apr 10, 2014 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Apr 21, 2013 | 1 | Lansing Correctional Facility - Central | Interf W/Cell Oper/Visibility |
| Jan 17, 2013 | 2 | Lansing Correctional Facility - Central | Unauthorized Dealing or Trade |
| Nov 17, 2012 | 1 | Lansing Correctional Facility - Central | Fighting |
| Jul 09, 2012 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| Jul 09, 2012 | 2 | Lansing Correctional Facility - Central | Insub/Disrespect Officer/Other |
| Mar 28, 2012 | 2 | Lansing Correctional Facility - Central | Unauthorized Dealing or Trade |
| Mar 28, 2012 | 1 | Lansing Correctional Facility - Central | Battery |
| Oct 04, 2011 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| Oct 04, 2011 | 1 | Lansing Correctional Facility - Central | Responsibility for Counts |
| Oct 04, 2011 | 2 | Lansing Correctional Facility - Central | Insub/Disrespect Officer/Other |
| Aug 09, 2011 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Jul 25, 2011 | 2 | Lansing Correctional Facility - Central | Restr Area/Unauth Presence |
| Dec 20, 2010 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| Dec 20, 2010 | 1 | Lansing Correctional Facility - Central | Battery |
| Nov 09, 2010 | 2 | Lansing Correctional Facility - Central | Gambling and Bookmaking |
| Sep 27, 2010 | 1 | Lansing Correctional Facility - Central | Violation of Published Orders |
| Sep 27, 2010 | 2 | Lansing Correctional Facility - Central | Taking W/O Permission |
| Apr 21, 2009 | 2 | Lansing Correctional Facility - Central | Lying |
| Dec 15, 2008 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| Sep 04, 2006 | 2 | El Dorado Correctional Fac. - Central | Insub/Disrespect Officer/Other |
| Jul 19, 2005 | 1 | Hutchinson Correctional Fac. - Central | Disobeying Orders |
| Apr 22, 2005 | 1 | Hutchinson Correctional Fac. - Central | Battery |
| Mar 18, 2005 | 3 | Lansing Correctional Facility - Central | Care of Living Quarters |
| Jul 16, 2004 | 1 | Lansing Correctional Facility - Central | Viol Statutes (Felony Crime) |
| May 23, 2000 | 2 | Lansing Correctional Facility - Central | Restr Area/Unauth Presence |
| Apr 10, 2000 | 1 | Lansing Correctional Facility - Central | Theft |
| Dec 29, 1999 | 2 | Lansing Correctional Facility - Central | Misuse of State Property |

| Date | Class | Location | Type of report |
|---|---|---|---|
| Dec 28, 1999 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| Dec 28, 1999 | 1 | Lansing Correctional Facility - Central | Battery |
| Dec 28, 1999 | 2 | Lansing Correctional Facility - Central | Insub/Disrespect Officer/Other |
| Nov 30, 1999 | 2 | Lansing Correctional Facility - Central | Lying |
| Nov 30, 1999 | 2 | Lansing Correctional Facility - Central | Violation of Published Orders |
| Nov 17, 1999 | 1 | Lansing Correctional Facility - Central | Theft |
| Nov 17, 1999 | 2 | Lansing Correctional Facility - Central | Misuse of State Property |
| Nov 09, 1999 | 2 | Lansing Correctional Facility - Central | Work Performance |
| Aug 15, 1999 | 1 | Lansing Correctional Facility - Central | Avoiding an Officer |
| Aug 09, 1999 | 2 | Lansing Correctional Facility - Central | Restr Area/Unauth Presence |
| Jul 29, 1999 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| Jul 29, 1999 | 2 | Lansing Correctional Facility - Central | Restr Area/Unauth Presence |
| Jun 28, 1999 | 2 | Lansing Correctional Facility - Central | Work Performance |
| May 20, 1999 | 1 | Lansing Correctional Facility - East | Use Stimulants, Sedatives, Etc |
| Aug 27, 1998 | 3 | Lansing Correctional Facility - Central | Rest Area/Unauth Presence |
| May 15, 1998 | 3 | Lansing Correctional Facility - Central | Answering Calls or Passes |
| Mar 04, 1998 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Feb 14, 1998 | 3 | Lansing Correctional Facility - Central | Rest Area/Unauth Presence |
| Jun 16, 1997 | 2 | El Dorado Correctional Fac. - Central | Interf W/Cell Oper/Visibility |
| Sep 03, 1996 | 1 | El Dorado Correctional Fac. - Central | Battery |
| Sep 03, 1996 | 2 | El Dorado Correctional Fac. - Central | Misuse of State Property |
| Aug 03, 1996 | 2 | El Dorado Correctional Fac. - Central | Unauthorized Dealing or Trade |
| Jul 24, 1996 | 1 | Ellsworth Correctional Facility | Disobeying Orders |
| Jul 15, 1996 | 1 | Ellsworth Correctional Facility | Disobeying Orders |
| Jul 15, 1996 | 1 | Ellsworth Correctional Facility | Battery |
| Jul 15, 1996 | 2 | Ellsworth Correctional Facility | Insub/Disrespect Officer/Other |
| Jul 14, 1996 | 3 | Ellsworth Correctional Facility | Rest Area/Unauth Presence |
| Jul 02, 1996 | 1 | Ellsworth Correctional Facility | Disobeying Orders |
| Jul 02, 1996 | 2 | Ellsworth Correctional Facility | Insub/Disrespect Officer/Other |
| Jun 06, 1996 | 2 | Ellsworth Correctional Facility | Work Performance |