# EL DORADO CORRECTIONAL FACILITY
# NARRATIVE REPORT

**TO:** EDCF-Captains  **DAY/DATE:** 07/26/23
(Day/MM/DD/YY)

**SUBJECT:** Use of force  **FROM:** Perez, Orlando, #82
(Print:Last, First, MI Box #)

Who was involved: (Provide(s) of Victim(s), Perpetrator(s), Witness(es) and specify V, P, or W. Also indicate whether the individual(s) named are Employees or Inmates by specifying E or I. BE SURE TO USE FULL NAMES FOR ALL ENTRIES.)

| Last, First Mi. | KDOC # or I/M # | Living Unit | Cell or Bunk | Last, First Mi. | KDOC# or I/M# | Living Unit | Cell or Bunk |
|---|---|---|---|---|---|---|---|
| Perez, Orlando | K0000241963 | N/A | N/A | | | | |
| Jefferson, Anthony | 44578 | INF | 117 | | | | |
| | | | | | | | |
| | | | | | | | |

Check appropriate box (s) below:

☒ Information - No response request
☐ Information - Response requested
☐ Supplement to Disciplinary Report DR# _ - _

☐ Supplement to Incident Report IR# ___ - ___ - ___
☒ Supplement to Use of Force Report UOF# ___ - ___

**Facts:**
On July 26, 2023, at approximately 1731 a signal was called for offender having chest pains in E-1 dayroom. At approximately 1733 a restraint chair was called for ECH I SST Perez responded to E-1 with the camera to record the placement of resident Jefferson on the chair. Resident Jefferson was secured in the restraint chair and escorted to the trauma room in the clinic. Once he was medically evaluated resident Jefferson was secured in the infirmary in cell 117 for 23-hour observation. Once resident Jefferson was fully secured in the cell I SST Perez ended the recording and took the camera to the captains office.

(Attach additional pages as needed)
Distribution to be made by the ranking shift supervisor in accordance with narrative distribution, supporting documentation and distribution check list.

☐ Warden ☐ DWO Suite ☐ DWP ☐ DWSS ☐ Class. Admin. ☐ I&I ☐ Food Serv. ☐ Maint. ☐ Other: _____

UTM ☐ A ☐ B ☐ C ☐ D ☐ E ☐ U-Dorm  ☐ East A ☐ East F  ☐ North Unit  ☐ East Unit

_signature_
**Signature**

Perez, Orlando, 241963, S/M
Print Full Name & KDOC#

**Supervisory Action Taken:**

_signature_
**Supervisor's Signature**

**DEFENDANT'S EXHIBIT C**