# EL DORADO CORRECTIONAL FACILITY
# NARRATIVE REPORT

**TO:** Captain's Office **DAY/DATE:** Wednesday-07-26-2023
(Day/MM/DD/YY)

**SUBJECT:** ECH Restraint Chair **FROM:** Buchman, Bryan
(Print:Last, First, MI Box #)

**Who was involved: (Provide(s) of Victim(s), Perpetrator(s), Witness(s) and specify V, P, or W. Also indicate whether the individual(s) named are Employees or Inmates by specifying E or I. BE SURE TO USE FULL NAMES FOR ALL ENTRIES.)**

| Last, First Mi. | KDOC # or I/M # | Living Unit | Cell or Bunk | Last, First Mi. | KDOC# or I/M# | Living Unit | Cell or Bunk |
|---|---|---|---|---|---|---|---|
| Buchman, Bryan | K0000227774 | N/A | | Jefferson, Anthony | 44578 | ECH | 128 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Check appropriate box (s) below:

☐ Information - No response request
☐ Information - Response requested
☐ Supplement to Disciplinary Report DR# - -
☐ Supplement to Incident Report IR# ______ - ______ - ______
☒ Supplement to Use of Force Report UOF# ______ - ______

**Facts:**

On Wednesday July 26th 2023 I SST/COII Buchman responded to an Officer needs assistance in ECH for an Offender having trouble breathing. After the code was called, the restraint chair was requested. Upon arrival response had the Offender sitting in the restraint chair attempting to get him fully secured. I then assisted in restraining his right foot and escorting him to the trauma room. Once he was medically cleared, he was escorted to the INF cell 117. Once he was out of the chair we conducted a strip search and three man unrestrained him at the door.

(Attach additional pages as needed)
Distribution to be made by the ranking shift supervisor in accordance with narrative distribution, supporting documentation and distribution check list.

☐ Warden ☐ DWO Suite ☐ DWP ☐ DWSS ☐ Class. Admin. ☐ I&I ☐ Food Serv. ☐ Maint. ☐ Other: ______

UTM ☐ A ☐ B ☐ C ☐ D ☐ E ☐ U-Dorm ☐ East A ☐ East F ☐ North Unit ☐ East Unit

Signature

Buchman, Bryan K0000227774
Print Full Name & KDOC#

**Supervisory Action Taken:**

**Supervisor's Signature**
**EL DORADO CORRECTIONAL FACILITY**

**TO:** ______
**FROM:** ______
**SUBJECT:** ______
**DATE:** ______
**IR#** ______ - ______ - ______
**PAGE:** ______ OF ______

DEFENDANT'S EXHIBIT
D