# EL DORADO CORRECTIONAL FACILITY
# NARRATIVE REPORT

**TO:** Captain Office  **DAY/DATE:** 7/26/2023
(Day/MM/DD/YY)

**SUBJECT:** Jefferson 44578 UOF  **FROM:** SST COI Henry Hiesterman
(Print:Last, First, MI Box #)

Who was involved: (Provide(s) of Victim(s), Perpetrator(s), Witness(es) and specify V, P, or W. Also indicate whether the individual(s) named are Employees or Inmates by specifying E or I. BE SURE TO USE FULL NAMES FOR ALL ENTRIES.)

| Last, First Mi. | KDOC # or I/M # | Living Unit | Cell or Bunk | Last, First Mi. | KDOC# or I/M# | Living Unit | Cell or Bunk |
|---|---|---|---|---|---|---|---|
| Hiesterman, Henry | K0000240404 | | | Jefferson, Anthony | 44578 | INF | 117 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Check appropriate box (s) below:

☐ Information - **No response request**   ☐ Supplement to Incident Report IR# ____ - ____ - ____
☐ Information - **Response requested**   ☒ Supplement to Use of Force Report UOF# ____ - ____
☐ Supplement to Disciplinary Report DR# ____ - ____

**Facts:**
At approximately 1731hrs a medical emergency was called for an inmate claiming chest pains. During the emergency a restraint chair was requested. At that time, I was located in the SST COI Office and walked to E2 dayroom and arrived at approximately 1736hrs. When I arrived, I witnessed Jefferson resisting being placed into the restraint chair. When I witnessed this, I assisted in restraining Jeffersons left leg, right leg waist and shoulder to the restraint chair. Once Jefferson was restrained to the chair, I assisted in escorting him to the trauma room. Jefferson arrived at the trauma room at approximately 1742hrs and was medically evaluated there. Once Jefferson was medically evaluated it was determined that Jefferson would be placed in INF 117hrs for medical observation. Once Jefferson was in the cell, he was strip searched and a three-man unrestrain was performed. Jefferson was secured in the INF 117 at approximately 1755hrs. This is all I have to report at this time.

(Attach additional pages as needed)
Distribution to be made by the ranking shift supervisor in accordance with narrative distribution, supporting documentation and distribution check list.

☐ Warden ☐ DWO Suite ☐ DWP ☐ DWSS ☐ Class. Admin. ☐ I&I ☐ Food Serv. ☐ Maint. ☐ Other: ____

UTM ☐ A ☐ B ☐ C ☐ D ☐ E ☐ U-Dorm ☐ East A ☐ East F ☐ North Unit ☐ East Unit

Signature
**Supervisory Action Taken:**

SST COI Henry Hiesterman
Print Full Name & KDOC#

Supervisor's Signature

DEFENDANT'S EXHIBIT E

Revised: 07/26/23