# EL DORADO CORRECTIONAL FACILITY
## NARRATIVE REPORT

**TO:** Captains Office  **DAY/DATE:** Wednesday/07/26/2023
(Day/M/DD/YY)

**SUBJECT:** ECH  **FROM:** Thatcher, Sarah, C #55
(Print: Last, First, MI Box #)

Who was involved: (Provide(s) of Victim(s), Perpetrator(s), Witness(es) and specify V, P, or W. Also indicate whether the individual(s) named are Employees or Inmates by specifying E or I. BE SURE TO USE FULL NAMES FOR ALL ENTRIES.)

| Last, First Mi. | KDOC # or I/M # | Living Unit | Cell or Bunk | Last, First Mi. | KDOC# or I/M# | Living Unit | Cell or Bunk |
|---|---|---|---|---|---|---|---|
| Thatcher, Sarah C. | K0000221865 | | | | | | |
| JEFFERSON, ANTHONY, L | 44578 | ECH | 128 | | | | |
| | | | | | | | |
| | | | | | | | |

Check appropriate box (s) below:

X  Information - <u>No response request</u>  ☐ Supplement to Incident Report IR# ___-___-___
☐ Information - <u>Response requested</u>  ☒ Supplement to Use of Force Report UOF# ___-___
☐ Supplement to Disciplinary Report DR# ___-___

On 07/26/2023 at aprox. 17:31 a medical emergency was called in ECH Side 1 dayroom for trouble breathing. When I arrived, I assisted response officers in handcuffing Resident Jefferson (#44578). EOR.

(Attach additional pages as needed)
Distribution to be made by the ranking shift supervisor in accordance with narrative distribution, supporting documentation and distribution check list.
☐ Warden ☐ DWO Suite ☐ DWP ☐ DWSS ☐ Class. Admin. ☐ I&I ☐ Food Serv. ☐ Maint. ☐ Other: ____
UTM ☐ A ☐ B ☐ C ☐ D ☐ E ☐ U-Dorm  ☐ East A ☐ East F  ☐ North Unit ☐ East Unit

Signature
**Supervisory Action Taken:**

COI Sarah Thatcher K0000221865
Print Full Name & KDOC#

Supervisor's Signature
**EL DORADO CORRECTIONAL FACILITY**


DEFENDANT'S EXHIBIT E