# EL DORADO CORRECTIONAL FACILITY
# NARRATIVE REPORT

**TO:** Captain's Office      **DAY/DATE:** Wednesday, 07/26/2023
(Day/MM/DD/YY)

**SUBJECT:** Officer Needs Assistance ECH      **FROM:** Grimmett, Kurtis   150
(Print: Last, First, MI Box #)

Who was involved: (Provide(s) of Victim(s), Perpetrator(s), Witness(es) and specify V, P, or W. Also indicate whether the individual(s) named are Employees or Inmates by specifying E or I. BE SURE TO USE FULL NAMES FOR ALL ENTRIES.)

| Last, First Mi. | KDOC # or I/M # | Living Unit | Cell or Bunk | Last, First Mi. | KDOC# or I/M# | Living Unit | Cell or Bunk |
|---|---|---|---|---|---|---|---|
| Grimmett, Kurtis | K0000199548 | N/A | N/A | Jefferson, Anthony | 44578 | E1 | 128 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Check appropriate box (s) below:

☐ Information - No response request      ☐ Supplement to Incident Report IR# ____ - ____ - ____

☐ Information - Response requested      ☒ Supplement to Use of Force Report UOF# ____ - ____

☐ Supplement to Disciplinary Report DR# ____ - ____

**Facts:** On Wednesday, July 26th, 2023, I (CSI Grimmett) responded to an Officer Needs Assistance in ECH at approximately 1731 hours. Upon arriving, I assisted in placing Offender Jefferson #44578 into the mobile restraint chair. He was then escorted to the trauma room for further assessment. Once in the trauma room, I exited the area and returned to my assigned post. E.O.R.

(Attach additional pages as needed)
Distribution to be made by the ranking shift supervisor in accordance with narrative distribution, supporting documentation and distribution check list.

☐ Warden ☐ DWO Suite ☐ DWP ☐ DWSS ☐ Class. Admin. ☐ I&I ☐ Food Serv. ☐ Maint. ☐ Other: ____

UTM ☐ A ☐ B ☒ C ☐ D ☐ E ☐ U-Dorm    ☐ East A ☐ East F    ☐ North Unit    ☐ East Unit

_Signature_

Supervisory Action Taken:

Grimmett, Kurtis K0000199548
Print Full Name & KDOC#

_Supervisor's Signature_

EL DORADO CORRECTIONAL FACILITY



DEFENDANT'S EXHIBIT G