# EL DORADO CORRECTIONAL FACILITY
## NARRATIVE REPORT

**TO:**   Capt. Office                          **DAY/DATE:**   Wed/07/26/2023
                                                                 (Day/MM/DD/YY)

**SUBJECT:**   Jefferson Medical Emergency        **FROM:**   Burk, Trenton M #299
                                                              (Print:Last, First, MI Box #)

Who was involved: (Provide(s) of Victim(s), Perpetrator(s), Witness(s) and specify  V, P, or W.  Also indicate whether the individual(s) named are Employees or Inmates by specifying E or I.  BE SURE TO USE FULL NAMES FOR ALL ENTRIES.)

| Last, First Mi. | KDOC # or I/M # | Living Unit | Cell or Bunk | Last, First Mi. | KDOC# or I/M# | Living Unit | Cell or Bunk |
|---|---|---|---|---|---|---|---|
| Jefferson, Anthony | 44578 | E1 | 128 | | | | |
| Burk, Trenton | 216576 | | | | | | |
| | | | | | | | |
| | | | | | | | |

Check appropriate box (s) below:

☐ Information - No response request                 ☐ Supplement to Incident Report IR# _____ - _____ - _____
☐ Information - Response requested                  ☑ Supplement to Use of Force Report UOF# _____ - _____
☐ Supplement to Disciplinary Report DR# _____ - _____ - _____

**Facts:**
On Wednesday July 26, 2023 at approximately 17:31 a Medical Emergency was called in E1 cell house. I COI Burk responded to the condition as support. Once I arrived, I assisted in restraining and holding resident Jefferson until Special Security Team arrived and placed resident Jefferson in the restraint chair and escorted resident Jefferson out of E1, signal was cleared at 17:36. E.O.R

(Attach additional pages as needed)
Distribution to be made by the ranking shift supervisor in accordance with narrative distribution, supporting documentation and distribution check list.

☐ Warden ☐ DWO Suite ☐ DWP ☐ DWSS ☐ Class. Admin. ☐ I&I ☐ Food Serv. ☐ Maint. ☐ Other: _____

☐ UTM ☐ A ☐ B ☐ C ☐ D ☐ E ☐ U-Dorm ☐ East A ☐ East F ☐ North Unit ☐ East Unit

_____
Signature

**Burk, Trenton K0000216576**
Print Full Name & KDOC#

**Supervisory Action Taken:**

_____
**Supervisor's Signature**
**EL DORADO CORRECTIONAL FACILITY**



DEFENDANT'S EXHIBIT H