# EL DORADO CORRECTIONAL FACILITY
## NARRATIVE REPORT

**TO:** Captains Office

**DAY/DATE:** Wednesday 7/26/23
(Day/M/DD/YY)

**SUBJECT:** Medical Emergency Chest Pains E1

**FROM:** Cooper, Clay #291
(Print: Last, First, MI Box #)

Who was involved: (Provide(s) of Victim(s), Perpetrator(s), Witness(es) and specify V, P, or W. Also indicate whether the individual(s) named are Employees or Inmates by specifying E or I. BE SURE TO USE FULL NAMES FOR ALL ENTRIES.)

| Last, First Mi. | KDOC # or I/M # | Living Unit | Cell or Bunk | Last, First Mi. | KDOC# or I/M# | Living Unit | Cell or Bunk |
|---|---|---|---|---|---|---|---|
| Jefferson, Anthony L. | 44578 | E-1 | 128 | | | | |
| Cooper, Clay | K0000245632 | N/A | N/A | | | | |
| | | | | | | | |
| | | | | | | | |

Check appropriate box (s) below:

- Information - <u>No response request</u>
- ☐ Information - <u>Response requested</u>
- ☐ Supplement to Disciplinary Report DR# ___ - ___ - ___
- ☒ Supplement to Incident Report IR# ___ - ___ - ___
- ☒ Supplement to Use of Force Report UOF# ___ - ___

**Facts:** On Wednesday July 26, at approximately 1731 a code was called for Medical Emergency Chest Pains E-1 Dayroom floor. I COI Cooper responded and found Jefferson#44578 on the floor and in the process of being restrained for his abnormal behavior and resisting staff trying to provide medical attention. I grabbed a leg to help restrain him. After his legs and arms was restrained than I assisted at placing Jefferson in the restraint chair.

(Attach additional pages as needed)
Distribution to be made by the ranking shift supervisor in accordance with narrative distribution, supporting documentation and distribution check list.

☐ Warden ☐ DWO Suite ☐ DWP ☐ DWSS ☐ Class. Admin. ☐ I&I ☐ Food Serv. ☐ Maint. ☐ Other: ___

UTM ☐ A ☐ B ☐ C ☐ D ☐ E ☐ U-Dorm ☐ East A ☐ East F ☐ North Unit ☐ East Unit

*COI Cooper* (Signature)

Clay Cooper K0000245632
Print Full Name & KDOC#

**Supervisory Action Taken:**

*[signature]*
Supervisor's Signature
EL DORADO CORRECTIONAL FACILITY

DEFENDANT'S EXHIBIT 1