# EL DORADO CORRECTIONAL FACILITY
# NARRATIVE REPORT

**TO:** Captains office  **DAY/DATE:** July 26, 2023
(Day/MM/DD/YY)

**SUBJECT:** Officer needs assistance E1/ Medical emergency  **FROM:** Christopher Finch #57
(Print:Last, First, MI Box #)

Who was involved: (Provide(s) of Victim(s), Perpetrator(s), Witness(es) and specify V, P, or W. Also indicate whether the individual(s) named are Employees or Inmates by specifying E or I. BE SURE TO USE FULL NAMES FOR ALL ENTRIES.)

| Last, First Mi. | KDOC # or I/M # | Living Unit | Cell or Bunk | Last, First Mi. | KDOC# or I/M# | Living Unit | Cell or Bunk |
|---|---|---|---|---|---|---|---|
| Finch, Christopher | K0000227304 | NA | NA | | | | |
| JEFFERSON, ANTHONY, L | 44578 | ECH | 128 | | | | |
| | | | | | | | |
| | | | | | | | |

Check appropriate box (s) below:

☐ Information - No response request
☐ Information - Response requested
☐ Supplement to Disciplinary Report DR# ___ - ___
☐ Supplement to Incident Report IR# ___ - ___ - ___
☒ Supplement to Use of Force Report UOF# ___ - ___

**Facts:**
On July 26th 2023 I CSI Finch called a medical emergency in regards to resident Jefferson #44578 saying he needed help was flopping on the E1 day room floor. Once more response arrived resident Jefferson #44578 became non-compliant and resistant therefore I CSI Finch requested the mobile restraint chair once resident Jefferson #44578 was placed in the restraint chair he was escorted out by response to the trauma room. I CSI Finch resumed my normal duties in ECH.

(Attach additional pages as needed)
Distribution to be made by the ranking shift supervisor in accordance with narrative distribution, supporting documentation and distribution check list.

☐ Warden ☐ DWO Suite ☐ DWP ☐ DWSS ☐ Class. Admin. ☐ I&I ☐ Food Serv. ☐ Maint. ☐ Other: _____

UTM ☐ A ☐ B ☐ C ☐ D ☐ E ☐ U-Dorm ☐ East A ☐ East F ☐ North Unit ☐ East Unit

Signature

Christopher Finch #K0000227304
Print Full Name & KDOC#

**Supervisory Action Taken:**

Supervisor's Signature
EL DORADO CORRECTIONAL FACILITY

**TO:** _____  **DATE:** _____
**FROM:** _____  **IR#** ___ - ___ - ___
**SUBJECT:** _____  **PAGE:** ___ OF ___

DEFENDANT'S EXHIBIT
J