# EL DORADO CORRECTIONAL FACILITY
## NARRATIVE REPORT

**TO:** All concerned  **DAY/DATE:** Wednesday, 07/26/23
(Day/MM/DD/YY)

**SUBJECT:** Medical emergency  **FROM:** Wood, Colt
(Print: Last, First, MI Box #)

Who was involved: (Provide(s) of Victim(s), Perpetrator(s), Witness(es) and specify V, P, or W. Also indicate whether the individual(s) named are Employees or Inmates by specifying E or I. BE SURE TO USE FULL NAMES FOR ALL ENTRIES.)

| Last, First Mi. | KDOC # or I/M # | Living Unit | Cell or Bunk | Last, First Mi. | KDOC# or I/M# | Living Unit | Cell or Bunk |
|---|---|---|---|---|---|---|---|
| Wood, Colt | K0000227986 | | | | | | |
| Jefferson, Anthony | 44578 | | | | | | |
| | | | | | | | |
| | | | | | | | |

Check appropriate box (s) below:

☐ Information - No response request
☐ Information - Response requested
☐ Supplement to Disciplinary Report DR# ___ - ___
☐ Supplement to Incident Report IR# ___ - ___ - ___
☒ Supplement to Use of Force Report UOF# ___ - ___

**Facts:**

On 7/26/2023 at Approx. 1731 a medical emergency was called due to resident having chest pains in E1 dayroom, after a few minutes the mobile restraint chair was called for, and I started heading down to ECH. When I arrived resident Jefferson, Anthony # 44578 was screaming in the dayroom and appeared to be foaming from the mouth and was being secured into the mobile restraint chair so he could be taken to the trauma room for further medical assessment. Once in the trauma room he continued to scream and make statements of I'm not on drugs and I'm not resisting, while nursing staff were conducting their medical assessment. After the assessment was complete, he was taken to the Infirmary for 23-hour observation once we arrived in the cell I assisted in maintaining control of the resident while his cloths were cut off so a strip search could be conducted. Once he was strip searched, he was backed up to the cell door once the door was closed, he was unrestrained where he was secured in cell 117 without further incident.

(Attach additional pages as needed)
Distribution to be made by the ranking shift supervisor in accordance with narrative distribution, supporting documentation and distribution check list.

☐ Warden ☐ DWO Suite ☐ DWP ☐ DWSS ☐ Class. Admin. ☐ I&I ☐ Food Serv. ☐ Maint. ☐ Other: ___

UTM ☐ A ☐ B ☐ C ☐ D ☐ E ☐ U-Dorm ☐ East A ☐ East F ☐ North Unit ☐ East Unit

_____  Wood, Colt K0000227986
Signature  Print Full Name & KDOC#
Supervisory Action Taken:

_____
Supervisor's Signature

**DEFENDANT'S EXHIBIT K**