# EL DORADO CORRECTIONAL FACILITY
## NARRATIVE REPORT

TO: **Captains Office**　　　　　　　　　　　DAY/DATE: **Wednesday/07/26/2023**
　　　　　　　　　　　　　　　　　　　　　　　　　(Day/MM/DD/YY)

SUBJECT: **Jefferson UOF**　　　　　　　　　FROM: **Merz, Austin T. #288**
　　　　　　　　　　　　　　　　　　　　　　　　　(Print:Last, First, MI Box #)

Who was involved: (Provide(s) of Victim(s), Perpetrator(s), Witness(es) and specify V, P, or W. Also indicate whether the individual(s) named are Employees or Inmates by specifying E or I. BE SURE TO USE FULL NAMES FOR ALL ENTRIES.)

| Last, First Mi. | KDOC # or I/M # | Living Unit | Cell or Bunk | Last, First Mi. | KDOC# or I/M# | Living Unit | Cell or Bunk |
|---|---|---|---|---|---|---|---|
| Merz, Austin | K0000247947 | | | Jefferson, Anthony | 44578 | INF | 117 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Check appropriate box (s) below:
- ☐ Information - No response request
- ☐ Information - Response requested
- ☐ Supplement to Disciplinary Report DR# ___ - ___
- ☐ Supplement to Incident Report IR# ___ - ___ - ___
- ☐ Supplement to Use of Force Report UOF# ___ - ___

**Facts:**
On Wednesday, July 26, 2023, a signal was called at 1731 for an offender claiming chest pains, a restraint chair was then requested. I then responded to the signal getting the restraint chair on my way to the signal, when I arrived in E1 with the restraint chair, offender Jefferson #44578 had been placed in wrist restraints and leg restraints. I then assisted with placing offender Jefferson into the restraint chair, I then maintained control of offender Jeffersons head. I then pushed the restraint chair to the trauma room where offender Jefferson was assessed by medical staff, I then pushed the restraint chair to the infirmary and placed the chair in cell 117. The chair was then removed from the cell, the leg restraints were then removed from offender Jefferson, offender Jefferson was then strip searched. The cell door was then secured and I then assisted with three-man unrestraining offender Jefferson, the food pass was then secured. EOR

(Attach additional pages as needed)
Distribution to be made by the ranking shift supervisor in accordance with narrative distribution, supporting documentation and distribution check list.

☐ Warden ☐ DWO Suite ☐ DWP ☐ DWSS ☐ Class. Admin. ☐ I&I ☐ Food Serv. ☐ Maint. ☐ Other: ___
UTM ☐ A ☐ B ☐ C ☐ D ☐ E ☐ U-Dorm ☐ East A ☐ East F ☐ North Unit ☐ East Unit

_____
Signature

Austin Merz   K0000247947
Print Full Name & KDOC#

Supervisory Action Taken:
_____
Supervisor's Signature

**DEFENDANT'S EXHIBIT L**

Revised: 07/26/23