IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF KANSAS

ANTHONY JEFFERSON, )
)
    Plaintiff, )
)
v. ) Case No. 23-3263-JWL
)
LEONARD MOORE, et al., )
)
    Defendants. )

### AFFIDAVIT OF AUSTIN MERZ

Pursuant to 28 U.S.C. § 1746, Austin Merz states under oath as follows:

1. I am over eighteen years of age, suffer from no impairment, and am otherwise legally competent to make this Affidavit.

2. My name is Austin Merz. The matters stated in this affidavit are based on my personal knowledge.

3. I am aware that Mr. Jefferson has made a complaint against me, other Kansas Department of Corrections' (KDOC) employees, and a Centurion staff member related to a July 26, 2023 use of force. Centurion is KDOC's provider of medical and dental services.

4. On July 26, 2023, I was employed by KDOC at the El Dorado Correctional Facility (EDCF) as a Correctional Officer I. I began employment with KDOC on April 11, 2022. I am also a member of EDCF's Special Security Team (SST).

5. On July 26, 2023, I responded to a signal that an offender was having chest pains. A mobile restraint chair was requested, and I assisted by bringing a mobile restraint chair when responding. When I arrived, the offender had already been placed in wrist and leg restraints. The resident was identified as Anthony Jefferson, #44578.

6. I was involved in transporting Mr. Jefferson from E cell house to the trauma room and infirmary. It was unknown if Mr. Jefferson was suffering from a medical issue or if he was in



DEFENDANT'S EXHIBIT M

an altered state due to drug use. Regardless of the cause, his behavior required the use of a mobile restraint chair to safely transport him. I participated in securing Mr. Jefferson in the mobile restraint chair so that he could be safely transported to the trauma room. I completed a Narrative Report regarding the use of force necessary to place Mr. Jefferson in the mobile restraint chair on July 26, 2023. My report accurately describes the events of July 26, 2023.

7. Mr. Jefferson claims I choked him until he became semi-unconscious and began spitting up blood. I did not choke Mr. Jefferson and he never became semi-unconscious. Mr. Jefferson was awake and screaming continuously while he was being placed in the mobile restraint chair and for the duration of his transport to the trauma room.

8. While officers were attempting to restrain Mr. Jefferson to the mobile restraint chair, my hands were in the area Mr. Jefferson's neck. Mr. Jefferson was struggling with officers who were attempting to secure him into the mobile restraint chair. I was attempting to gain control of Mr. Jefferson using the hypoglossal nerve pressure point that I've been trained to use. My training instructed that the hypoglossal nerve is located approximately one inch forward of the angle on the mandible and that one inch under the jaw is the most sensitive location of the nerve, where it enters the posterior part of the tongue. I was trained to apply pressure toward the top and center of the skull with the thumb supported by the fist, or by using the two middle fingers unsupported. I was trained to use the hypoglossal nerve pressure point as a distraction tool, for pain compliance or for balance displacement.

9. The pressure I applied to Mr. Jefferson on July 26, 2023 was to his under jaw area, not to his throat.

10. The force I used was reasonable and necessary to perform my job duties and to safely transport Mr. Jefferson.

Pursuant to 28 U.S.C. § 1746, the above statements are true and based upon my personal knowledge to which I am competent to testify at trial. I declare, certify, verify, and state under penalty of perjury under the laws of the United States that the foregoing is true and correct.

FUTHER AFFIANT SAYETH NOT.

2-15-24
DATE

AUSTIN MERZ

State of Kansas
County of Butler

Subscribed and sworn to me before the undersigned on this 16th day of February, 2024.

Notary Public

My appointment expires: 3/3/2026