KDOC Defensive Tactics Instructor Resource Manual

Uses: The effectiveness of this pressure point makes it practical to control any type of resistance where the officer has close proximity to the subject.

3. **Hypoglossal Nerve**

   Location: Approximately one inch forward of the angle on the mandible and one inch under the jaw is the most sensitive location of the hypoglossal nerve, precisely where it enters the posterior part of the tongue.

   Application: Pressure should be applied toward the top and center of the skull with the thumb supported by the fist, or by using the two middle fingers unsupported.

   Effects: Medium to high intensity pain, cessation of all motor activity, immediate signs of submission, and involuntary hyperextension of the arms when used in the inside position; just from touch pressure. If quick penetration is used there will be an immediate cessation of all intentional motor activity and mental stunning for 3 to 7 seconds.

   Uses: A distraction tool, for pain compliance, or balance displacement.

4. **Brachial Plexus Origin**

   Location: The brachial plexus origin is the beginning of several nerve fibers stemming from the vertebrae in the neck at 4a that includes the median, radial, and ulnar nerves. The nerves meet and form the brachial plexus group at the side of the neck, approximately six inches from the base, between the two groups of the sternocleidomastoid muscle, formed at the clavicle, 4b.

   Application: Pressure should be applied directly toward the center of the neck. An officer should never deliver a brachial stun with any bony structure of the wrist or hand.

   Effects: Touch pressure will cause medium to high intensity pain, weak motor dysfunction to the affected arm and hand, and probable signs of submission. A quick penetration tool will create high intensity pain, immediate cessation of motor activity, and probable temporary motor dysfunction to the affected arm, mental stunning, and possibly low level unconsciousness.

   Uses: Pain compliance and motor dysfunction.

5. **Clavicle Notch**

   Location: On the front of the body centered at the base of the neck where the two clavicle bones meet.

   Application: Pressure should be applied through touch pressure with the fingertips in a downward motion. Care should be exercised to avoid the throat.

   Effects: Medium to high-intensity pain and low level stunning.

   Uses: Balance displacement and involuntary movement.

6. **Brachial Plexus Tie-In**

   Location: This tie-in is a motorpoint where the brachial plexus runs through the shoulder into the arm at the junctions of the pectoralis major, bicep, and deltoid muscles.

   Application: Affecting the median, radial, and ulnar at this location is most successful when the arm of the subject is next to the side of the body and a striking tool is used. To insure that motor dysfunction occurs, it is imperative that no less than three strikes are delivered with the fluid shock wave striking pri[nciple].

   Effect: High intensity pain, temporary motor dysfunction to the affected arm and hand, poss[ible...] hand, and mental stunning. The affected hand and arm may experience numbing or tingling[...]

   Uses: Motor dysfunction of the shoulder, arm, and hand when necessary to disarm a subject[...]

DEFENDANT'S EXHIBIT N

Revised 04-22-2020