## EDCF
### <u>Use of Force Pictures</u>

INMATE NAME _Jefferson_ # _44578_

CELLHOUSE ~~IMF~~ E-1 CELL ~~#7~~ 128

| DATE | Time Taken | Officer's Name |
|---|---|---|
| 1. 07/26/23 | 2006 | COI Dufoe |
| 2. 7-27-23 | 1720 | COI Anderson |
| 3. ~~7/28/23~~ | ~~0450~~ | COI |
| 4. 7/28/23 | 0450 | COI Dufoe |
| 5. 7/28/23 | 1731 | COI Salas |



DEFENDANT'S
EXHIBIT



PHOTO ID LABEL                                    P-1039

CARD              PICTURE   1   OF   1

INMATE NAME(S) AND NUMBER(S)
JEFFERSON  44378

DESCRIPTION OF PHOTO
CSI GRIMMETT  USE OF FORCE PHOTO

PLACE PHOTO TAKEN
CAPTAIN'S OFFICE
DATE AND TIME OF PHOTO
7/30/23  0830
PHOTO TAKEN BY
CSII



PHOTO ID LABEL                           P-1030

CASE                    PICTURE #          1   OF   1

INMATE NAME(S) AND NUMBER(S)
JEFFERSON   44578

DESCRIPTION OF PHOTO
COI BURK   USE OF FORCE PHOTO

PLACE PHOTO TAKEN
CAPTAIN'S OFFICER

DATE AND TIME OF PHOTO
2/30/23  0800

PHOTO TAKEN BY
CSII O8



PHOTO ID LABEL

P-1030

CASE #

PICTURE #                    OF

INMATE NAME(S) AND NUMBER(S)

DESCRIPTION OF PHOTO

PLACE PHOTO TAKEN

DATE AND TIME OF PHOTO

PHOTO TAKEN BY



## PHOTO ID LABEL

P-1030

CASE # _____

PICTURE # _____ OF _____

INMATE NAME(S) AND NUMBERS(S)
_NA_

DESCRIPTION OF PHOTO
_Post  wof cat Buchman_

PLACE PHOTO TAKEN
_Sgt  office_

DATE AND TIME OF PHOTO
_7-26-22_  _1152_

PHOTO TAKEN BY
_CoII  Hancock_



PHOTO ID LABEL

P-1030

PICTURE # _2_ OF _____

CASE # _____

INMATE NAME(S) AND NUMBER(S)
n/a

DESCRIPTION OF PHOTO
Post cap MCI

PLACE PHOTO TAKEN
Prospers Hallway

DATE AND TIME OF PHOTO
7-14-23 1950

PHOTO TAKEN BY
COII Hancock



**PHOTO ID LABEL**

P-1038

CASE #

PICTURE #   3   OF

INMATE NAME(S) AND NUMBER(S)

*mf*

DESCRIPTION OF PHOTO

*Post cof of Heisterman*

PLACE PHOTO TAKEN

*Inf*

DATE AND TIME OF PHOTO

*7-26-23   1:40*

PHOTO TAKEN BY

*CD Heunck*



PHOTO ID LABEL

P-1030

CASE #

PICTURE # 1 OF 5

INMATE NAME(S) AND NUMBERS(S)
Johnson #44578

DESCRIPTION OF PHOTO
UOF Photographs

PLACE PHOTO TAKEN
Rue 14

DATE AND TIME OF PHOTO
07/26/02 9005

PHOTO TAKEN BY
CO Defoe



**PHOTO ID LABEL**

CASE

PICTURE #   1   of   5   PAGE

INMATE NAME(S) AND NUMBER(S)
Jefferson # 44578

**DESCRIPTION OF PHOTO**
I/M Photograph

**PLACE PHOTO TAKEN**
Dorm 114

**DATE AND TIME OF PHOTO**
07/6/03   2005

PHOTO TAKEN BY
CO Dufoe

07/26/2023 20:06:18

PHOTO-D LABEL

PHOTO #: 1 OF 5   PAGE

INMATE NAME(S) AND NUMBER(S)
Jefferson #148578

DESCRIPTION OF PHOTO
UOF Photograph

PLAFF PHOTO TAKEN
DWF 117

DATE AND TIME OF PHOTO
07/26/23   2006

PHOTO TAKEN
COT Dufoe

PHOTO ID LABEL

PICTURE # 1 of 5 PHOTO

CASE #

INMATE NAME(S) AND NUMBER(S): Jefferson 44578

DESCRIPTION OF PHOTO: UOF Photograph

PLACE PHOTO TAKEN: DWF 117

DATE AND TIME OF PHOTO: 01/26/23 2006

PHOTO TAKEN BY: COT Duffee

07/27/2023 05:43:07

PHOTO ID LABEL

CASE #

PH THGR #        ☐        OF        5        P. 103#

INMATE NAME(S) AND NUMBER(S)

Pearson 4578

DESCRIPTION OF PHOTO

UoF Photograph

PLACE PHOTO TAKEN

PHE 117

DATE AND TIME OF PHOTO

08/27/23        0543

PHOTO TAKEN BY

Cpl Dohee

07/27/2023 05:43:03

PHOTO ID LABEL

CASE _____   PICTURE # 2-1039

PICTURE # ____ 2 ____ OF ____ 5 ____

INMATE NAME(S) AND NUMBER(S)
Jefferson   44578

DESCRIPTION OF PHOTO
ioP Photograph

PLACE PHOTO TAKEN
LWF 117

DATE & TIME OF PHOTO
01/27/23   0843

PHOTO TAKEN BY
Cpl Dukes

PHOTO ID LABEL

PICTURE #   2   OF   5        P-1030

INMATE NAME(S) AND NUMBER(S)
Jefferson
44973

DESCRIPTION OF PHOTO
W/P Photograph

PLACE PHOTO TAKEN
LCF 117

DATE AND TIME OF PHOTO
07/27/23   0543

PRINTED BY:
GOT Olsen





PHOTO ID LABEL

Jefferson #445-78

E-1 Dayroom
7-27-23 17oc
COI anderson





PHOTO ID LABEL

PICTURE #: 4

PHOTO #: 2B 5

P-1030

INMATE'S NAME (ASSIGNED NUMBER(S)

Jeferson #44578

DESCRIPTION OF PHOTO

L. wrist marks

PLACE PHOTO TAKEN

E—1 Dayroom

DATE & TIME OF PHOTO

2-27-23 1728

PHOTO TAKEN BY

to anderson



PHOTO ID LABEL

P-1030

NAME OF THE ARRESTING AGENT NUMBER(S)

Jefferson 46578

PHOTO NUMBER 4 OF 5

DESCRIPTION OF PHOTO

DOF Photograph

PERSON TAKEN

Rich MB

DATE OF THE PHOTO

07/28/23    8450

PERSON TAKEN

Cal DoRoe



PHOTO ID LABEL

PICTURE: P-1030

PART:

INMATE NAMES AND NUMBERS)
Jefferson  44578  4  03  5

DESCRIPTION OF PHOTO
UOF Photographs

PHOTOGRAPHIC TAKEN
EICH  198

DATE AND TIME OF PHOTO
07/28/23  0450

PHOTOGRAPHER:
COT Dufor

PHOTO ID LABEL

PICTURE(S)   4   OF   5

8-1039

NAME OF SUSPECT/INCIDENT NUMBER(S)
Jefferson   44578

DESCRIPTION OF PHOTO
UOF Photograph

PERSON PHOTO TAKEN
Rich 128

DATE AND TIME OF PHOTO
01/28/23   0450

PERSON PHOTO TAKEN BY
COI DuFee



PHOTO ID LABEL                                      P-1030

CASE

INITIALS AND NUMBER(S)        PICTURE #  5  of  5

Jefferson  #46578

DESCRIPTION OF PHOTO

UOF

PHOTO TAKEN BY

E. dayreen

DATE OF PHOTO

7/28/23          1731

COl Sales



PHOTO LABEL

PICTURE 5 of 5

Jefferson # 44578

DESCRIPTION OF PHOTO: UOP

COP

173(

E. Clayman

7/28/23

Col Salas



07/28/2023 17:31:36

PHOTO ID LABEL

PICTURE # 5 of 5

NAME (ADDRESS) AND NUMBER(S)
Jefferson #4578

DESCRIPTION OF PHOTO
130F

PLACE PHOTO TAKEN
E' dayroom

DATE OF PHOTO
1/28/23  1731

Col Sales