IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| ANTHONY JEFFERSON, | ) | |
|    Plaintiff | ) | |
| v. | ) | Case No. 23-3263-JWL |
| LEONARD MOORE, et al., | ) | |
|    Defendants. | ) | |

### AFFIDAVIT OF SIERRA PALACIO-OLIVER

Pursuant to 28 U.S.C. § 1746, Sierra Palacio-Oliver states under oath as follows:

1. I am over eighteen years of age, suffer from no impairment, and am otherwise legally competent to make this Affidavit.

2. My name is Sierra Palacio-Oliver. The matters stated in this affidavit are based on my personal knowledge and review of the medical records of inmate Anthony Jefferson, as maintained by Centurion of Kansas, LLC ("Centurion") as custodian on behalf of the Kansas Department of Corrections ("KDOC").

3. Centurion is the contracted provider of medical and dental services for KDOC facilities and performs its services under the State of Kansas Contract ID 48210 ("Centurion Contract").

4. I am familiar with the retention of medical records by Centurion and KDOC. The case file, records, and notes for patients, including Mr. Jefferson, contain opinions, acts, and events made at or near the time of entry by a person with knowledge and were made and kept during the regularly conducted business activity by Centurion and KDOC. These records were made in the ordinary course of the provision of health care services to inmates in custody. It was a regular business activity of Centurion and KDOC to make

{0283082.DOCX}



DEFENDANT'S EXHIBIT P

and keep such records. I am relying on my personal recollection and the information contained in Mr. Jefferson's case file, records, and notes in accordance with standard medical health professional practice. I have given the opinions stated herein with a reasonable degree of certainty.

5. I am aware that Mr. Jefferson has made a complaint against El Dorado Correctional Facility ("EDCF") staff and providers for issues surrounding his medical care.

6. The following is a non-exhaustive summary of the care and treatment provided to Mr. Jefferson related to the health issues raised in his complaint.

7. On July 20, 2023, Mr. Jefferson had a provider visit for complaints of back pain.

8. On July 26, 2023, at 5:10 pm, an emergency response nurse visit for altered mental status was made for Mr. Jefferson. Mr. Jefferson was screaming, placed in a restraint chair, and escorted to the trauma room.

9. During the emergency response, I do not recall witnessing an excessive use of force to restrain Mr. Jefferson.

10. Altered mental status patients are generally transported via restraint chair to ensure the safety of the patient, ECF staff, and medical providers.

11. On July 26, 2023, at or around 5:20- 5:40 pm, Mr. Jefferson was observed by Dr. Stopp, who ordered Mr. Jefferson to the infirmary for twenty-four-hour observation.

12. On July 26, 2023, at 5:52 pm, Mr. Jefferson entered the infirmary for a twenty-three-hour observation due to an altered mental status. Mr. Jefferson arrived via restraint chair and was observed to be screaming and crying. Mr. Jefferson was noted to be drooling, wide-eyed, and experiencing visual hallucinations.

13. On July 26, 2023, at 6:00 pm, Mr. Jefferson had a nurse visit in the infirmary.

14. On July 26, 2023, at 10:59 pm, Mr. Jefferson was observed on nursing rounds.

15. On July 27, 2023, Mr. Jefferson provided a urine culture, which was positive for e-coli. It was unclear whether Mr. Jefferson's back pain was related to e-coli.

16. On July 31, 2023, Mr. Jefferson tested negative for a genitourinary infection. Mr. Jefferson denied any pain from low back or kidneys.

17. On August 1, 2023, Mr. Jefferson had a medication management without psychotherapy visit where he complained of severe back or kidney pain.

18. On August 1, 2023, Mr. Jefferson had a health assessment for lower back pain. Five lower-spine X-rays were taken.

19. On August 2, 2023, Mr. Jefferson had a provider visit where his X-ray results were reviewed. The results showed disc space narrowing form L4-S1 with anterolisthesis of L4 and L5 and posterior facet sclerosis from L4-S1.

20. On September 7, 2023, Mr. Jefferson had a follow-up visit for back pain. Mr. Jefferson's Tylenol and Naproxen order was renewed to address his lower back pain.

21. On November 1, 2023, Mr. Jefferson complained of left kidney pain. X-rays were taken of Mr. Jefferson's abdomen and no intestinal obstruction was seen.

22. On November 4, 2023, Mr. Jefferson had a nurse visit after complaints of pain in his left kidney. Mr. Jefferson was referred to a practitioner for his genitourinary complaint.

23. On November 9, 2023, Mr. Jefferson had a chronic care visit where he complained of pain in his left side. Mr. Jefferson claimed that this pain began on October 21, 2023, after he was in an altercation. Mr. Jefferson was provided with Voltaren to use topically to manage his pain.

{0283082.DOCX}

24. On January 4, 2024, Mr. Jefferson had a nurse visit where he complained of chronic back pain. Mr. Jefferson was given Capsaicin for his back pain and an MRI appointment was confirmed.

25. On January 15, 2024, Mr. Jefferson had a nurse visit where he complained of lower back pain.

26. On January 18, 2024, Mr. Jefferson had a nurse visit where he complained that he had not received his Tylenol for his back pain. Mr. Jefferson was then provided Tylenol.

Pursuant to 28 U.S.C. 1746, the above statements are true and based upon my personal knowledge to which I am competent to testify at trial. I declare, certify, verify, and state under penalty of perjury under the laws of the United States that the foregoing is true and correct.

FUTHER AFFIANT SAYETH NOT.

*Sierra Palacio-Oliver LPN*    3/1/24

_____    _____
Sierra Palacio-Oliver           Date

{0283082.DOCX}