# DISCIPLINARY REPORT

Attachment B, IMPP 11-119
Effective: 12-11-13

**El Dorado Correctional Facility**
(FACILITY)

| | | |
|---|---|---|
| Case No. 23-07-472 | Date of Alleged Violation: 7/27/2023 | Time: 0200 ☒ A.M. ☐ P.M. |
| Date This Report Written: 07/27/2023 | | Time: 0250 ☒ A.M. ☐ P.M. |

| Name of Inmate: | JEFFERSON | Anthony | L. | No.: 44578 |
|---|---|---|---|---|
| | LAST | FIRST | MI | |
| Duty Assignment: | Custodian | | | Cell No.: E1-128 |

**Alleged Violation of Law or Rule** *(Identify by Code No., Short Title, and Class)* ~~44-12-901 Dangerous Contraband, Class I.~~
44-12-903 Tobacco Class 1

**FACTS:** On the above date and time, I, CSI Mitchell, was conducting a cell search and pack out of E1-128. During my search, I found an altered lightbub and altered highlighter that appears to have been used as a home made smoking device. Because 44-12-901 states, "No inmate shall possess, hold, sell, transfer, receive, control, or distribute any dangerous contraband." I hereby charge Resident Jefferson, Anthony 44578 with the above charge, a Class I offense. Evidence will be placed in TEL #1.

*(Attach Additional Sheet(s) if necessary)*

Staff Witness: _____

X _____ (Signature)

CSI Mitchell 18-6 S/M/T
Printed Name and Title of Employee Writing Report

Approved by: (Shift Supervisor, Unit Team Manager & Title)

I declare (or verify, certify, or state) under penalty of perjury under the laws of the State of Kansas that the foregoing is true and correct.

Executed on 7/27/2023      Signature X _____

| I received a copy of this report on | JUL 2 7 2023 | | Refused | |
|---|---|---|---|---|
| | Date | Time | (Inmate Signature & No.) | |
| I served a copy of this report on | JUL 2 7 2023 | 1658 | | |
| | Date | Time | (Signature of Officer or Unit Team Manager & Title) | |

DEFENDANT'S EXHIBIT R

Technical and clerical errors in the writing and/or processing of the Disciplinary report shall not be grounds for dis[missal] substantial prejudice to the inmate, which is the burden of the inmate to provide. Pursuit to K.A.R. 44-13-707. Ha[…]

*30 day rest. /$10.00 fine 90 sus*

PLEA OF: ☒ GUILTY ☐ NO CONTEST BY INMATE

CASE # 23-07-472

NAME: Jefferson Anthony          NUMBER: 44578

HEARING DATE: 7/28/23    HEARING OFFICER: CSI Teach

RULE VIOLATION(S): 901

**WAIVER:**

(To be read to inmate)
☒ YES  ☒ NO

Inmate's Initials

| ☒ | ☐ | 1. | Do you understand the charges against you? | AJ |
| ☒ | ☐ | 2. | Do you understand the penalty or penalties the Hearing Officer may set for the rule violation(s) you are pleading to? (If answer is "NO", read the penalties for each violation from rule book.) | AJ |
| ☒ | ☐ | 3. | Do you understand that with your plea, that you may be able to appeal under limited circumstance per 44-13-703(d)(1)(2)(3)? | AJ |
| ☒ | ☐ | 4. | Do you understand that with your plea that you are waiving your right to a full hearing before a Hearing Officer? | AJ |
| ☒ | ☐ | 5. | You waive your right to be confronted with the evidence against you? | AJ |
| ☒ | ☐ | 6. | You waive your right to cross-examine the witness(es) against you? | AJ |
| ☒ | ☐ | 7. | You waive your right to remain silent and to be presumed innocent until proven guilty by preponderance of the evidence? | AJ |
| ☐ | ☒ | 8. | Have any promises, threats or inducements been made to you in exchange for your plea? | AJ |

Hearing Officer/Unit Manager Signature         Date: 7/28/23

Inmate Signature: A. L. Jefferson    Number: 44578    Date: 7/28/23

Attachment I, IMPP 11-119
Effective: 12-11-13

# ACKNOWLEDGMENTS/INMATE WAIVER OF RIGHTS

INMATE NAME/NUMBER: Jefferson Anthony 44578          CASE NO: 23-07-472

## ACKNOWLEDGMENTS

☒ I received a copy of the Disciplinary Report and was advised of the charge within 48 hours after issuance of the report.

☐ I submitted request for Witness Form within 48 hours after receipt of the Disciplinary report.

☒ I received at least 24 hour notice of the time of the hearing.

☐ I was advised at the beginning of the hearing of the amount of restitution proposed and had opportunity to submit contrary evidence regarding value.

☒ I was advised as to the possible penalty involved with a plea or a finding of guilty.

## WAIVERS

☒ Waive time limits or other procedure(s) as stated below:        Inmate's Initials

Time limits Waiver or other procedure(s): _____

☒ I Waive reporting officer/reporting staff member testifying. Class I cases.    Inmate's Initials

Inmate Signature: _____  No: 44578  Date: 7/28/23
                  Advised & Acknowledged

Hearing Officer: CSI Teach                                Date: 7/28/23

Attachment I, IMPP 11-119
Effective: 12-11-13

# ACKNOWLEDGMENTS/INMATE WAIVER OF RIGHTS

INMATE NAME/NUMBER: JEFFERSON, ANTHONY #44578          CASE NO: 23-07-472

## ACKNOWLEDGMENTS

☒ I received a copy of the Disciplinary Report and was advised of the charge within 48 hours after issuance of the report.

☐ I submitted request for Witness Form within 48 hours after receipt of the Disciplinary report.

☒ I received at least 24 hour notice of the time of the hearing.

☐ I was advised at the beginning of the hearing of the amount of restitution proposed and had opportunity to submit contrary evidence regarding value.

☒ I was advised as to the possible penalty involved with a plea or a finding of guilty.

## WAIVERS

☒ Waive time limits or other procedure(s) as stated below:                    Inmate's Initials

Time limits Waiver or other procedure(s): _____

☒ I Waive reporting officer/reporting staff member testifying. Class I cases.        Inmate's Initials

Inmate Signature: _____   No: _____   Date: _____
                   Advised & Acknowledged

Hearing Officer: _____CSI Teach_____                              Date: 07/28/2023

# DISPOSITION AND HEARING RECORD

**INMATE NAME & NO:** JEFFERSON, ANTHONY   #44578

| FACILITY: | EDCF | CASE NO: | 23-07-472 | HEARING DATE: | 07/28/2023 |
|---|---|---|---|---|---|
| CHARGING | EDCF | | | TIME: | 0925 |
| HEARING | EDCF | | | | |

| Violation | Class | Amended Violation | Amended Class | Plea | Finding |
|---|---|---|---|---|---|
| 903 | 1 | — | — | ☒G ☐N/G ☐NC | ☒G ☐N/G ☐DISM. |

Reason: Pled Guilty

| — | | — | — | ☒G ☐N/G ☐NC | ☒G ☐N/G ☐DISM. |

Reason:

| — | | — | — | ☒G ☐N/G ☐NC | ☒G ☐N/G ☐DISM. |

Reason:

| | | — | — | ☐G ☐N/G ☐NC | ☐G ☐N/G ☐DISM. |

Reason:

| | | — | — | ☐G ☐N/G ☐NC | ☐G ☐N/G ☐DISM. |

Reason:

☐ Reporting Officer Sworn In / Affirmed    ☐ Testimony Read into the Record

**Staff Testimony / Cross Examination (Attach Testimony)**

☒ Inmate Sworn in / Affirmed

☐ Hearing held in absentia    Reason:

**Staff Assistant Assigned:**

☐ Inmate Not Sworn In/Affirmed    Explain:

**Inmate Testimony / Cross Examination (Attach Testimony)**



# DISPOSITION OF DISCIPLINARY CASE

| INMATE NAME & NO  # JEFFERSON, ANTHONY   #44578 | CASE NO. 23-07-472 |
|---|---|

## TESTIMONY

| | |
|---|---|
| Date & Time: 07/28/2023 0925 | Hearing Officer: CSI Teach |

Hearing begins: At cell
H/O Finds it necessary due to the facts of the case to amended the charges to 44-12-903 Tobacco contraband
Offender acknowledges that he received a copy of the D/R and Summons.
Offender declines to question the R/O
Offender has no witness to call
Offender states that he has no defense and pleads Guilty
Offender acknowledges and signed acknowledgement waiver
H/O advised offender of sanctions

**Sanctions: 903- 30 Day Rest./$10.00 Fine 90 Day SUS**



E1 128

| INMATE NAME & NO  #44578   JEFFERSON, ANTHONY | CASE NO. 23-07-472 |
|---|---|

☐ Witness(es) Sworn In/Affirmed

Witness(es) Testimony / Cross Examination (Attach Testimony)

**Closing Statement(s):** (Attach Arguments)

If applicable include inmate's testimony/ arguments on restitution

**Sanction(s):**   903- 30 Day Rest./$10.00 Fine 90 Day SUS

**Reason for Sanctions:**   Sentence Guidelines

**Disposition of Evidence:**   N/A

☒ Inmate advised of right to Appeal,   Inmate Initial   Advised

**HEARING OFFICER SIGNATURE**
  CSI Teach     DATE: 07/28/2023

**FINAL ACTION BY FACILITY WARDEN:**   Ree 8/1/2023

☒ APPROVED
☐ REINSTATE DISMISSED CHARGES; REMAND NEW HEARING
☐ AMEND THE CHARGE
☐ DISAPPROVE/DISMISS
☐ REDUCE THE PENALTY
☐ SUSPEND ALL OR PART OF SENTENCE
☐ REMAND NEW HEARING
☐ CLARIFICATION OF RECORD

☐ REDUCE TO SUMMARY JUDGMENT
- restriction from privileges up to 10 days
- fine not to exceed $10.00
- extra work w/o incentive pay for no more than 2 hrs/day no more than 5 days
- work w/o incentive pay not to exceed 5 days
- restitution not less than $3.00 or more than $20.00

**Comments:**

WARDEN/DESIGNEE SIGNATURE     8/2/2023 DATE

I received a Copy of the Hearing Record and understand I have 15 days to Appeal this decision.

INMATE SIGNATURE     AUG 0 4 2023 DATE

**I served a copy of the Hearing Record**

STAFF SIGNATURE     AUG 0 4 2023 DATE

Technical and clerical errors in the writing and/or processing of the Disciplinary Report shall not be grounds for dismissal, unless there is substantial prejudice to the inmate, which is the burden of the inmate to prove. Pursuit to K.A.R 44-13-707. Harmless error; Plain error.