IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ANTHONY JEFFERSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LEONARD MOORE, et al., )<br>)<br>Defendants. ) | Case No. 23-3263-JWL |

**MOTION TO FILE UNDER SEAL EXHIBITS IN THE INVESTIGATIVE REPORT
PREPARED PURSUANT TO "MARTINEZ V. AARON"**

Comes now, Laine C. Barnard, Legal Counsel of the Kansas Department of Corrections, and respectfully moves the Court pursuant to Rule 5.4.2 for permission to file certain exhibits under seal and to be considered as a part of the *Martinez* Report in the above captioned matter.

In Support of this Motion, Counsel would state as follows:

1. Pursuant to Local Rule 5.4.2 counsel must file a motion for leave to file documents under seal and conventionally in the Electronic Filing System.

2. The documents sought to be filed under seal are Exhibit B, Exhibit Q, Exhibit S and Exhibit T.

3. Exhibit B is the July 26, 2023, Kansas Department of Corrections (KDOC) Use of Force Report regarding Plaintiff's claim.  The form is attachment A of Internal Management Policy and Procedure (IMPP) 12-111A.  KDOC has designated the IMPP and the report form as "Staff Read Only", deeming the release of a Use of Force Report to be detrimental to the safety and security of its operations.

4. Counsel seeks to file Exhibit Q under seal.

5. Exhibit Q contains Plaintiff's relevant medical records. The records include personal health information as well as Plaintiff's date of birth.

6. Counsel seeks to file Exhibit S and Exhibit T under seal.

7. Exhibit S is KDOC's IMPP 12-111A, *Use of Force*. KDOC has designated IMPP 12-111A as "Staff Read Only" as described in paragraph 3 above. Exhibit T is KDOC's IMPP 12-113, *Use of Physical, Electronic, and Therapeutic Restraints*. KDOC has designated IMPP 12-113 as "Staff Read Only" as described in paragraph 3 above. For security reasons Plaintiff cannot view or possess these policies.

Pursuant to Rule 5.4.6 Counsel respectfully requests the Court's permission to file Exhibits B, Q, S and T under seal. Counsel further requests the Court enter an Order prohibiting Plaintiff from viewing or possessing Exhibit S, IMPP 12-111A and Exhibit T, IMPP 12-113.

Respectfully submitted,

s/ *Laine C. Barnard*
Laine C. Barnard, KS # 19467
Legal Counsel
Kansas Department of Corrections
714 SW Jackson St, Suite 300
Topeka, KS 66603
Tel: (785) 600-0698
Email: Laine.Barnard@ks.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2024, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing. I further certify I placed a true and correct copy of the foregoing MOTION was placed in inter-facility mail to non-CM/ECF participant:

Anthony Jefferson, #44578
EDCF

El Dorado, KS 67042
Plaintiff *pro se*

                                           *s/ Laine C. Barnard*
                                           Laine C. Barnard