IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ANTHONY JEFFERSON,

    **Plaintiff,**

    v.                                                CASE NO. 23-3263-JWL

LEONARD MOORE, et al.,

    **Defendants.**

**ORDER**

Plaintiff brings this pro se civil rights action under 42 U.S.C. § 1983. Plaintiff is incarcerated at the El Dorado Correctional Facility in El Dorado, Kansas. The Court granted Plaintiff leave to proceed in forma pauperis. On January 3, 2024, the Court entered a Memorandum and Order (Doc. 5) directing Kansas Department of Corrections ("KDOC") officials to prepare a *Martinez* Report. This matter is before the Court on the KDOC's Motion to File Under Seal Exhibits in the Investigative Report Prepared Pursuant to "Martinez v. Aaron" (Doc. 10).

The KDOC seeks to file under seal Exhibits B, Q, S, and T. Exhibit B is the Use of Force Report designated as "Staff Read Only" for safety and security reasons. Exhibit Q contains Plaintiff's relevant medical records. Exhibit S is KDOC's IMPP regarding Use of Force, and Exhibit T is the KDOC's IMPP regarding the Use of Physical, Electronic, and Therapeutic Restraints. Both IMPPs are designated as "Staff Read Only" for safety and security reasons. The motion is granted.

**IT IS THEREFORE ORDERED BY THE COURT** that the KDOC's Motion to File Under Seal Exhibits in the Investigative Report Prepared Pursuant to "Martinez v. Aaron" (Doc. 10) is **granted.**

**IT IS FURTHER ORDERED** that Exhibits B, Q, S, and T, to the *Martinez* Report shall be filed under seal.

**IT IS SO ORDERED**.

**Dated March 4, 2024, in Kansas City, Kansas.**

<u>S/ Julie A. Robinson</u>
**JULIE A. ROBINSON**
**UNITED STATES DISTRICT JUDGE**