IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ANTHONY JEFFERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 23-3263-JWL |
| ) | |
| LEONARD MOORE, et al., ) | |
| ) | |
| Defendants. ) | |

### RESPONSE TO PLAINTIFF'S MOTION TO DEPOSE

Comes now, Laine C. Barnard, Legal Counsel of the Kansas Department of Corrections, and respectfully moves the Court to deny Plaintiff's Motion to Depose.

In Support, Counsel would state as follows:

1. Plaintiff was provided a paper copy of Doc. 9-1 of the *Martinez* report, his relevant medical records, when served with a copy of the report. Plaintiff signed a "Receipt of Legal Documents" form acknowledging the receipt of the *Martinez* report on March 4, 2024 at 2:24 p.m. (Exhibit A)

2. To prepare the *Martinez* report, a portion of Plaintiff's medical records were requested from Centurion, KDOC's medical services provider. The records requested cover July of 2023 until January 18, 2024. (Exhibit B) Upon receipt of the Court's May 15, 2024 Order, the records were searched for "Alicia Mefford", "John Martin", "Mefford" and "Martin". All responsive documents are attached as Exhibit C.

3. Similar to the originally filed Doc. 9-1 medical records, the additional records document Plaintiff's ongoing care, his denial of using illicit substances, describe his

excessive back pain and his frustration with KDOC staff.

4. At issue in this case is not the cause of Plaintiff's behavior requiring the use of force, but whether the use of force was excessive. The additional records fail to show, as would depositions of Mefford and Martin, information that would assist the Court in its screening of Plaintiff's claim of excessive force.

For those reasons Counsel respectfully requests the Court deny Plaintiff's Motion to Depose.

Respectfully submitted,

/s/ *Laine C. Barnard*
Laine C. Barnard, KS # 19467
Legal Counsel
Kansas Department of Corrections
714 SW Jackson St, Suite 300
Topeka, KS 66603
Tel: (785) 600-0698
Email: Laine.Barnard@ks.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2024, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing. I further certify I placed a true and correct copy of the foregoing MOTION was placed in inter-facility mail to non-CM/ECF participant:

Anthony Jefferson, #44578
EDCF
El Dorado, KS 67042
Plaintiff *pro se*

/s/ *Laine C. Barnard*
Laine C. Barnard, KS # 19467