IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ANTHONY JEFFERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 23-3263-JWL |
| | ) |
| LEONARD MOORE, et al., | ) |
| | ) |
| Defendants. | ) |

**MOTION TO FILE UNDER SEAL EXHIBIT C**
**IN RESPONSE TO PLAINTIFF'S MOTION TO DEPOSE**

Comes now, Laine C. Barnard, Legal Counsel of the Kansas Department of Corrections, and respectfully moves the Court pursuant to Rule 5.4.2 for permission to file exhibit C under seal in the above captioned matter.

In Support of this Motion, Counsel would state as follows:

1. Pursuant to Local Rule 5.4.2 counsel must file a motion for leave to file documents under seal and conventionally in the Electronic Filing System.

2. The document sought to be filed under seal is Exhibit C.

3. Exhibit C contains Plaintiff's relevant medical records. The records include personal health information as well as Plaintiff's date of birth.

Pursuant to Rule 5.4.6 Counsel respectfully requests the Court's permission to file Exhibit C under seal.

Respectfully submitted,

/s/ *Laine C. Barnard*
Laine C. Barnard, KS # 19467
Legal Counsel
Kansas Department of Corrections

714 SW Jackson St, Suite 300  
Topeka, KS 66603  
Tel: (785) 600-0698  
Email: Laine.Barnard@ks.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 29, 2024, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing. I further certify I placed a true and correct copy of the foregoing MOTION was placed in inter-facility mail to non-CM/ECF participant:

Anthony Jefferson, #44578  
EDCF  
El Dorado, KS 67042  
Plaintiff *pro se*

                        /s/ *Laine C. Barnard*  
                        Laine C. Barnard