IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

ANTHONY JEFFERSON, )
    Plaintiff )
                 )
V,              )     Case No. 23-3263
                 )
                 )
LEONARD MOORE, et al., )
    Defendants )

## VERIFIED RESPONSE TO SHOW CAUSE ORDER

I hereby verify, under penalty of perjury that the above and foregoing is true and correct to the best of my knowledge and belief.

1. NATURE OF THE MATTER BEFORE THE COURT

Plaintiff suffered from a medical condition on July 26, 2023. Plaintiff explains that the EDCF staff strapped him into a restraint chair w/ leg irons that were TETHERED, to the chair along w/ being cuffed behind his back, abused there Authority w/ there use of excessive force by choking him until he began spitting up blood.

Plaintiff filed a personal injury claim that major, moore agreed to settle on the facility level. His willingness to settle my injury claim gives CREDENCE to Plaintiff's claim of EXCESSIVE USE OF FORCE. SEE EXHIBIT H by Plaintiff and I (letter to W.T.M. martin)

II. THE REPORT.

On July 26, 2023 I was EXPERIENCING medical issues w/ my lower back and seizing up, I left my cell holding my lower back area before seizing up and falling to the floor, once I fell to the floor I spoke w/ CSI Finch and ask him to call for medical help and he called a medical code at 5:30 pm.

Once the code was called I attempted to walk toward the clinic and my body siezed up again in my lower back area and I grabbed my lower back prior to falling to the floor a second time.

My second time falling to the floor I was restraint by D.I.C. Remero, leg irons and cuffed behind my back. When placed in the restraint chair by Remero he was assisted by COII buchman, COI merz, COI Hiesterman while COI perez was recording w/ a camera.

During my placement in the restraint chair my body seized up from the pain in my lower back area and my body became stiff.

While I have a lap strap strapped around my waist and COI burk is holding my right leg and COI cooper is holding my left leg and my leg irons are TETHER to the restraint chair,

COII Buchman comes over and started dropping knee's on me from a standing position to my thigh and hip area.

During this medical condition, any non complaiant acts WERE due to my medical condition.

In the process of being placed in the restraint chair COI merz claims to use his training to apply hypoglossal nerve pressure point for me to comply, during which time I started spitting up blood while he used this TECHNIQUE.

During the process of my transport to the trauma room I kept telling staff I wasn't high nor resisting and I was told by the doctor to call for medical help next time this condition happened.

once in the trauma room COI merz applied the hypoglossal nerve pressure point again until I started choking again, yet I'm fully compliant.

The pain in my lower back was so sharp all I could do was scream and once SST. and Staff started pulling me and the use of pain compliance on me, it made the pain I was already experiancing 10 times worse.

While in the trauma room I told the nurse that my cuff's were to tight and my wrist was twisted and it was restricting my movement. The nurse stated I was fine even though my hands were numb my fingers were tingling, COI Hiesterman double locked my cuffs at that point while in the trauma room.

## III. ARGUMENT

1. Centurion states; it is unknown whether Jeffersons behavior requiring the use of the mobile restraint chair to transport him on July 26, 2023 was due to medical condition or drug use causing an AMS.

2. Plaintiff received a M.R.I. which came back that I have 2 herniated disc in his lower back which is pinching a nerve.

3. Plaintiff has provided several urine sample's which all have come back NEGATIVE.

4.

2. on July 26, 2023 plaintiff told CSI Finch I was having trouble w/ my lower back kidneys area at 5:30 pm CSI then called a medical.

A. plaintiff found out from his MRI that he had two herniated disc L4 and L5 which is pinching a nerve in his lower back.

B. Due to the facts above, the medical was called at my request. See Narrative report by CSI Christopher Finch.

3. Remero states the reason for the use of force: while working in A-cellhouse as the O.I.C. I responded to E-cellhouse for an officer needs assistance offender trouble breathing. I arrived and saw offender Jefferson #44578 screaming in the day room and displaying violent behavior. offender Jefferson #44578 through himself on the floor and became combative.

A. Remero's statement about me throwing myself to the floor is untrue due to the fact that I seized up and prior to me falling to the floor I grabbed my lower back area from the extreme pain.

B. The Fact that O.I.C. Remero states I became combative once on the Floor is untrue due to the Fact that once plaintiff seized up due to his medical condition, ALL my movements at that Point were INVOLUNTARY.

4. Remero describes the application of Force as: ''' I double locked the hand restraints For safety purposes ''' I put the lap belt on resident Jefferson #44578 '''

A. These statements are untrue due to the Fact that its clear in the video that CSI Grimmett Placed the lap strap on me and while in the trauma room COI Heisterman was the one who double locked the hand restraints.

B. Due to the Facts, Remero's reason's for the use of Force is untrue and a lie.

5. Remero states the reason for the use of Force as: ''' Jefferson's display of violent behavior and his screaming. '''

A. my behavior was due to my medical condition which was clearly stated when the code was called and EXPRESSED BY ME.

B. Cooper describes petitioners behavior as "ABNORMAL" Finch describes Petitioners behavior as "non compliant" Woods report describes petitioner" screaming in the day Room and Foaming at the mouth"

C. Yes my behavior was abnormal due to my medical condition, yes my behavior could be looked at as non compliant due to my medical condition causing involuntary movements. my screaming in the day room and my Foaming at the mouth was also due to my medical condition, which caused me extreme Pain.

6. The Report states that: ... Due to plaintiff's non compliance the use of control tactics were necessary to restrain him into the chair to safely transport him...

A. Due to my medical condition and under the circumstances, I understand why the officers thought I was non compliant, but once I was restrained in the chair for safe transport. There WAS NO REASON FOR SST. merz to apply the hyplossal nerve pressure point,

7.

B. The hypoglossal nerve pressure point would be necessary as a control tactic to restrain a person but once restrained the use of the control tactic would be looked at as malicious or simply done to hurt one.

C. SST. merz applied the hypoglossal while I was FULLY RESTRAINED and being ASSEST in the trauma room.

D. IF the hypoglossal nerve pressure point was applied due to my non compliant and consistant w/ SST. merz training then BuchmANS EXECUTION by dropping several Knee's to my thigh and hip area was unnecessary and EXCESSIVE use of Force.

7. On 7-29-23 I sent a Form 9 to CSI Finch and CoI Thatcher stating: "   On 7-26-23 during a medical condition while in cuff's, leg iron's and strapped in a chair, Did you witness SST or any other officer choking me?"

8.

A. The report states: ... Video evidence clearly negates Plaintiff's claim that officers choked him until he was semi unconscious and spitting up blood. on 7-29-23 I received a Form 9 response from COI Thatcher stating: " on 7-26-23 during this medical emergency w/ resident Jefferson I witnessed SST merz apply his fingers in Jeffersons throat underneath his Jaw ~~the~~ the point where blood was coming from his mouth. He was in restraint chair and restrained at this point".
   SEE EXHIBIT A

B. on 8-29-23 I also received a Form 9 response from CSI Finch stating: " on 7-26-23 during a medical emergency while putting resident Jefferson in the mobile restraint chair SST used the pressure point underneath the Jaw line pulling upward to gain compliance. Jefferson was not spitting or trying to do anything, at the time he was strapped in and as far as I could see he was compliant. During the use of the pressure point there was blood appeared to come from the residents mouth."
   SEE EXHIBIT B

8. The Report States: ...  It is highly Plausible that Plaintiff did suffer from a sore throat in the days after July 26, 2023 not due to any one choking him, but instead, from screaming for an extended period of time.

A. on Aug. 18, 2023 I submitted a sick call for my neck being sore and my glands swollen and hurting. I seen the RN on Aug 19, 2023 and was informed my glands were swollen and that I needed to take IBP x 3 days to remedy my injury. SEE EXHIBIT C AND D

B. This is only an opioion w/ no Basis or FACT backed by medical, due to this Fact the opioion of the K.D.O.C. is untrue and a lie.

9. on July 26, 2023 Petitioner is assessed immediately after arriving in the infirmary in the mobile restraint chair. Petitioner is described as screaming, crying, drooling, wide eyed and experiencing Visual hallucinations

A. nothing was said nor done for medical staff to come with a conclusion of me having or experiencing visual hallucinations

B. Due to my medical condition the medical staff's statement is untrue, Petitioners wasn't drooling but instead it was blood that was spit up from the use of the hypoglossal nerve pressure point used on me.

C. yes petitioners was wide eyed and screaming only because he was in extreme pain from his L4 and L5 disc pinching his nerve in his lower back.

D. To come to a conclusion that plaintiff was EXPERIENCING visual hallucinations seem's more Plausible as a means of cover up from the said happenings of E.U.O.F. or unnecessary use of force.

10. The photos taken after the incident do not reflect any serious injuries, although they do show marks on Plaintiffs wrists, presumably from the hand cuffs used while he was in the restraint chair.

A. Plaintiff told staff several times the cuffs were to tight and cutting off his circulation, while in the trauma room, Plaintiff was EXPERIENCING numbness, Tingling in his fingers, coldness which are all symptom's of poor circulation.

B. Plaintiff has several scar's from the same marks on his wrists that the photos taken of the incident shows, yet the K.D.D.C. States "' the photo's of the incident do not reflect any serious injuries.

C. The scar's plaintiff has is due to the NEGLIGENCE of EDCF medical staff and The Use of EXCESSIVE force by SST. and K.D.D.C. Correctional officers, medical for not asking question's or following protacol, The K.D.D.C. for not double locking my cuffs per policy

12.

11. Plaintiff received a Disciplinary Report on July 26, 2023 for violation of K.A.R. 44-12-311 being in an altered state of consciousness a class I offense.  SEE EXHIBIT E

A. On 8-2-2023 at 12:00pm The R/O CSI Finch requested to Disciplinary that my D/R be dismissed Due to the FACT the clinic told him I WAS NOT HIGH.  See Disposition EXHIBIT F.A.

B. Due to the Facts Stated above the Clinic lied about my A.m.s. Status of Altered mental Status ( as being High or under the influence)

C. The Ams or Altered mental status is a general labeled Condition NOT A DIAGNOSE'S, this label is used when medical doesn't Know what the medical problem is.

## IIII. ARGUMENT

13.

1. Defendants want the courts to believe that on 7-26-2023 During a medical condition Plaintiff requested CSI Finch to call for medical help. That plaintiffs behavior was so non compliant that he Threw himself to the floor and became violent and combative towards Staff, he had to be placed in a mobile restraint chair by force or pain compliance Technique's.

2. Deffendants will also like the courts to believe that any Force or excessive Force used that day was due to plaintiff's non compliant, combative and violent behavior or his drug use or AMS from the use of drugs.

3. Deffendants would also have the courts believe that plaintiff has not met the burden of proof that plaintiff's 8th and 14th amendment's were not violated by the Defendants.

4. III. Discussion III " An excessive force claim involves two prongs: (1) an objective prong that ask if the alleged wrongdoing was objectively harmful enough to establish a constitutional violation, and

(2) a subjective prong under which the plaintiff must show that the officials acted with a sufficiently culpable state of mind.

A. Lets start with the first prong; III was the wrong-doing harmful enough to establish a constitutional violation. The answer is YES.

B. III prong two; Has plaintiff shown that officials acted with a sufficiently culpable state of mind. The answer is Yes.

C. On the 1st prong was the wrongdoing harmful enough to establish a constitutional violation of Plaintiff's 8th amendment cruel and unusual punishment? The answer is YES.

1. Plaintiff was the one who requested medical help through CSI Finch prior to him seizing up and falling to the floor. See Defendants EXHIBIT J.

2. ALL responding parties were aware the code was a medical, See narratives and DEFENDANTS EXHIBITS by Buchman, Romero, wood, Hiesterman, Thatcher, cooper, burk, Finch, Grimmett. EXHIBITS by Defendants H.I. J, K,F.

3. The fact that ALL responding parties Knew it was a medical yet they treated my condition as something other than a medical which turned into a use of Force and excessive force establishes a constitutional Violation.

5. A subjective prong under which the plaintiff must show that the officials acted with a sufficiently culpable state of mind. Has plaintiff shown that, YES.

A. All parties responding Knew it was a medical condition, CSI Finch and COI Thatcher has had prior dealings with plaintiff with the some medical issues.

B. The actions of SST. merz and SST. Bechman shows they are culpable and there mind state as such as well.

C. once plaintiff was cuffed behind his back and placed in leg irons, ORDER AT THAT POINT WAS RESTORED,

16.

6. Once Plaintiff was placed in the mobil restraint chair order was restored, It is not reasonable for an officer to perceive that one person is a threat if they are in a restraint chair, cuffed behind the back, leg iron's on and tethered to the chair.

Through CSI Finch and COI Thatchers statements, I was fully restraint and I was not kicking, spitting or combative toward staff SEE EXHIBITS A + B by Plaintiff,

7. Defendants state the force that was used was only due to plaintiff's violent and combative behavior, The video shows Plaintiff in a medical state of need and SST. Buchman dropping several knee's on Plaintiff during his medical needs yet I'm fully compliant not kicking, spitting nor doing harm to ones self,

8. SST merz stated he used his training to apply hypoglossal nerve pressure point for me to comply, SEE plaintiffs EXIBITS A + B EYE witnesses that I was fully compliant and SST merz applied his training in the TRAUMA ROOM and before to soley hurt Plaintiff and he done this fully knowing plaintiff's medical condition.

17.

# V.   CONCLUSION

1. Plaintiff has two eye witnesses from his July 26, 2023 medical condition that have stated I was Fully compliant and Fully restraint when SST. merz applied his training Techniques and I started spitting up blood.

2. The excessive Force used by COII Buchman dropping several knee's on Plaintiff while plaintiff is fully compliant was done soley to harm plaintiff and is done with sadistically and maliciously to cause HARM, excessive Pain and shows the Defendants culpable state of mind.

3. ALL the Photo's taken after the incident do reflect serious injuries simply because Plaintiff has several scar's from the cuffs being to tight and cutting off Plaintiff's blood. scar's in the same Places the Photo's show his injuries.

4. Plaintiff has had his ongoing medical condition well documented w/ clinical staff and E cellhouse staff Ie., CSI Finch, COI Thatcher.

5. See the Report: III   Although Plaintiff complained that the hand cuffs were cutting off his circulation, medical staff checked the hand cuffs while he was being assessed and indicated that they were doing just fine.

A. The symptoms of poor circulation or blood being cut off are numbness, Tingling, tissue damage, cold, all the symptoms I told the nurse I was having. AT NO POINT AND TIME did any nurse or nursing staff ask plaintiff how his hands felt.

B. During my evaluation while nursing staff claimed I was doing just fine, the nurse never looked at the fact the cuffs had cut into my skin nor the fact that my wrists was turned and the cuffs put on to tight from the start.

6. 44-5-106  USE OF FORCE or RESTRAINT ON INMATES.

(c) No restraining device shall be applied in a manner which would cause significant physical pain or undue discomfort, restrict blood circulation or breathing, or otherwise injure or incapacitate the inmate beyond the extent necessary to maintain security and control.
    SEE Plaintiff's EXHIBITS G.

A. See Defendant's EXHIBIT W ''' <u>III</u>. General Procedures for use of the safety Restraint Chair '''

<u>III</u> I. ALL staff involved in the initial placement of the restraint chair must be CERTIFIED in the operations of the restraint chair and application of the restraints.

B. Since all staff involved w/ my initial placement in the restraint chair ARE CERTIFIED it would be safe to say merz and Buchman's application of Force used on Plaintiff would be excessive by ImPPS, G.D.s and the standard set by K.S.A. 21-3215 along w/ 44-5-106

C. All responding medical and correctional staff on July 26, 2023 has lied about what occured, they have stood silent on the issues of excessive Force being used and Failer to INTERVENE when they witnessed excessive us of Force being used yet they stood silent.

20.

7. Plaintiff was seen by FLINTHILLS ORTHOPEDICS Paula Foster, APRN on April 2, 2024 to go over a Plan of action ranging from a spinal injection, Physical Therapy, nerue medication and surgery options.

8. SST. merz and SST. Buchman are no longer employeed by the K.D.O.C. E.D.C.F. due to DISCIPLINARY REASONS.

9. Per Policy ALL parties involved w/ the placement of a Person in the mobile restraint chair are to be CERTIFIED w/ the use of the chair.

A. on July 26, 2023 during my medical condition, Staff responding to the medical were not CERTIFIED w/ the use of the restraint chair and its use, from COI cooper to COI burk, which shows NEGLIGENCE.

10. It IS not reasonable to believe that plaintiff's action's once he was placed in leg iron's, cuffed behind his back, tethered to the mobile chair w/ a lap strap strapped to him.  Could EVER be PERCEIVE by Staff as combative, non compliant or Violent.

11. It would also be unreasonable to believe that once a person has been restrained w/ leg irons and cuffed behind the back who is not kicking, spitting or bitting is a THREAT to staff or one's self.

12. Video does show NEGLIGENCE by SST. and staff. Statements by eye witnesses show SST. merz was applying his training wrong and done so w/ the intent to harm plaintiff and continued his MALICIOUS acts even after he became aware plaintiff was spitting up blood.

13. Video and statements also show SST. Buchmans actions when standing over plaintiff dropping several knees on him while I'm fully compliant, was done MALICIOUS w/ the sole intent to harm plaintiff and did.

14. Plaintiff has proven his legal dispute to the courts, Plaintiff has proven his Excessive use of force, Plaintiff has proven the state of mind of SST. merz and Buchmans as culpable and all actions were done w/ malicious intent.

For the reason's stated above plaintiff has stated a claim for excessive use of force, failure to intervene and has proven that SST. Merz and SST. Buchman acted with a sufficiently culpable state of mind and or used force maliciously and sadistically to cause harm only, to the plaintiff. Plaintiff ask the courts to approve his motion and set his claims for TRIAL in the above matter.

The above statements and documents are true and correct and based upon my personal knowledge to which I am competent to testify at trial. I verify, and state under penalty of perjury that the forgoing is true and correct.

STATE OF KANSAS
COUNTY OF Butler

_A. L. Jefferson_
Anthony Jefferson #44578

Subscribed and sworn to me before the undersigned on this __14__ day of __June__ 2024

My appointment expires: 10-10-26



NOTARY PUBLIC - State of Kansas
JENNELL BUCHANAN
My Appt Expires 10-10-26

NOTARY PUBLIC

CERTIFICATE OF SERVICE

I hereby certify that on June 27 2024 I gave my Verified Rebuttal to Defendants martinez report and my Verified Response to show cause order, to my unit team SCOLARI so she can electronically File it with the Clerk of the court by using the cm/ECF system which will send notice of electronic Filing.

A. L. Jefferson