Form 9
For Cellhouse Transfer
Work Assignment
Interview Requests

EXHIBIT A

RECEIVED
BOARD OF COSMETOLOGY
DEC 04 2023

44578
Last Name Only

Jefferson
Number

## KANSAS DEPARTMENT OF CORRECTIONS
### INMATE REQUEST TO STAFF MEMBER

To: CoI Thatcher
(Name and Title of Officer or Department)
Date: 7-29-23

State completely but briefly the problem on which you desire assistance. (Be specific.)

On 7-26-23 During a med. Condition while in cuffs, leg irons, and strapped in a chair. Did you witness SST or any other officer choking me?

Work Assignment: _____
Comment: _____
Living Unit Assignment: E-1 128
Unit Team Members Signature: _____

Disposition: On 7-26-23 during this medical emergency with Resident Jefferson, I witnessed SST Merz apply his fingers in Jeffersons throat underneath his jaw to the point where blood was coming from his mouth. He was in restraint chair and restrained at this point.

To: Jefferson #44578
(Name & Number)
Date: 7-29-2023

Disposition: _____

Employee's Signature

009b

To be returned to inmate.