RECEIVED
BOARD OF COSMETOLOGY
DEC 04 2023

Form 9 **EXHIBIT B**
For Cellhouse Transfer
Work Assignment _____
Interview Requests

Jefferson
Last Name Only

## KANSAS DEPARTMENT OF CORRECTIONS

44578
Number

### INMATE REQUEST TO STAFF MEMBER

To: CST Finch          Date: Aug 2, 2023
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

On 7-26-23 During a response code while in cuffs, leg irons, and strapped in a chair, Did you witness SST or any other officer choking me?

Work Assignment: _____   Living Unit Assignment: E-1 128
Comment: _____   Unit Team Members Signature: _____

Disposition: On 7-26-23 during a emergency while putting resident Jefferson in the moble restraint chair SST used the pressure point underneath the jaw line pulling upward to gain compliance. Jefferson was not spitting or trying to do anything at the time he was strapped in and as far as i could see he was compliant

To: Jefferson 44578          Date: 8-2-23
(Name & Number)

Disposition: During the use of the pressure point there was blood appearing to come from the residents mouth.

CSI F__
Employee's Signature

To be returned to inmate.

P-0009b