# Health Services Request Form

EXHIBIT D

RECEIVED
BOARD OF COSMETOLOGY
DEC 04 2023

| For Medical Use Only / Sólo para uso médico | |
|---|---|
| Date Received: | 8/2/23 |
| Time Received: | 0001 |

Print Name (Imprimir nombre): Jefferson, Anthony
Date of Request: Aug 1, 2023
ID #: 44578
Date of Birth (Fecha de nacimiento): Follow up
Housing Location (Ubicación de la vivienda): E-1-128
Nature of problem or request (Naturaleza del problema o solicitud): use of force was used on me 7-26-23 I was choked out, blood & froth came from my mouth, my ribs & throat are very sore, along w/ my glands

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to health care staff if it is not a follow-up visit or referral.

(Entiendo que mi solicitud respect de recibir servicios de salud no necesariamente inplica que estoy de acuero en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuero con el cobro de algún cargo, puedo presentar un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de ugencia, si no se trata de una visita de seguimiento o por una derivación.)

A. L. Jefferson
Patient Signature (Paciente Firma)

Place the slip in medical request box or designated area.
(Pon este articulo en la caja médica u otra área designada.)
Do not write below this area. (No escribe debajo de esta área.)

(Original – Medical Record, Yellow Copy – Inmate/Patient, Pink Copy – Business Office)

---

(The area below is not to be used for education, counseling or documenting a clinical encounter)
Triaged by: Barajas LPN      ☒ Routine    ☐ Urgent    ☐ Emergent
Date: 8/2/23                  Time: 0001
Date of Face-to-Face Visit:
Other: Written response

Response Recommendation (to be completed by Medical Staff only)
Initial         ☐ Nurse  ☐ Doctor  ☐ Dentist  ☐ Eye Doctor  ☐ Mental Health  ☐ ARNP
Appointment  ☐ Nurse  ☐ Doctor  ☐ Dentist  ☐ Eye Doctor  ☐ Mental Health  ☐ ARNP
Fee Charge   ☐ $2.00
Comments: Per NP Johnson you were seen - have apt w/ NP today
Doherty                                                    8-1-23
Staff Signature                                            Date

Centurion: REC-013KS
07/01/2020

centurion