# DISCIPLINARY REPORT

**RECEIVED**
**BOARD OF COSMETOLOGY**
**DEC 0 4 2023**

Attachment B, IMPP 11-119
Effective: 12-11-13

Ellsworth Correctional Facility
(FACILITY)

EXHIBIT E

| Case No. 23-07-458 | Date of Alleged Violation: 07/26/2023 | Time: 1731 ☐A.M. ☒P.M. |
|---|---|---|
| Date This Report Written: 07/26/2023 | | Time: 1800 ☐A.M. ☒P.M. |

| Name of Inmate: | JEFFERSON | Anthony | L | No.: 44578 |
|---|---|---|---|---|
| | LAST | FIRST | MI | |
| Duty Assignment: | CUSTODIAN E CELLHOUSE | | | Cell No.: E1-128 |

**Alleged Violation of Law or Rule** *(Identify by Code No., Short Title, and Class)* 44-12-311 Being in a condition of drunkenness, intoxication, state of altered consciousness. Violation of this rule shall be a class I offense.

**FACTS:** On July 26th 2023 at approx. 1731 resident Jefferson #44578 ran out of his cell and complained about his kidneys hurting. Resident Jefferson proceded to flop on the floor and roll around resident Jefferson was not able to stand or speak cleary enough for us to understand him his speech was slurred. In my time knowing this resident this is unusal behaiver from this resident. Due to the above facts I CSI Finch am charging resident Jefferson #44578 44-12-311 being in an altered state of consciousness a class I offense.

(Attach Additional Sheet(s) if necessary)

Staff Witness:

_____
(Signature)
CSI Finch 0600-1800 ECH
S/M/T
Printed Name and Title of Employee Writing Report

_____
Approved by: (Shift Supervisor, Unit Team Manager & Title)

I declare (or verify, certify, or state) under penalty of perjury under the laws of the State of Kansas that the foregoing is true and correct.

Executed on 07/26/2023        Signature _____

I received a copy of this report on JUL 2 7 2023 , _____
                                       Date         Time              (Inmate Signature & No.)

I served a copy of this report on JUL 2 7 2023 , 1058
                                    Date         Time     (Signature of Officer or Unit Team Manager & Title)

Technical and clerical errors in the writing and/or processing of the Disciplinary report shall not be grounds for dismissal, unless there is substantial prejudice to the inmate, which is the burden of the inmate to provide. Pursuit to K.A.R. 44-13-707. Harmless error; Plain error.