B1 236  EXHIBIT F.A.

~~A1254~~

Attachment I, IMPP 11-119
Effective: 12-11-13

# ACKNOWLEDGMENTS/INMATE WAIVER OF RIGHTS

INMATE NAME/NUMBER: __JEFFERSON, ANTHONY #44578__   CASE NO: __23-07-458__

## ACKNOWLEDGMENTS

☒ I received a copy of the Disciplinary Report and was advised of the charge within 48 hours after issuance of the report.

☐ I submitted request for Witness Form within 48 hours after receipt of the Disciplinary report.

☒ I received at least 24 hour notice of the time of the hearing.

☐ I was advised at the beginning of the hearing of the amount of restitution proposed and had opportunity to submit contrary evidence regarding value.

☒ I was advised as to the possible penalty involved with a plea or a finding of guilty.

## WAIVERS

**Inmate's Initials** [ ]

☐ Waive time limits or other procedure(s) as stated below:

Time limits Waiver or other procedure(s): _____

☐ I Waive reporting officer/reporting staff member testifying. Class I cases.   [ ] **Inmate's Initials**

Inmate Signature: _____Advised & Acknowledged_____ No:_____ Date:_____

Hearing Officer: _____Lt. McCollough_____   Date: __08/02/23__

Page 1 of 3, Attachment L, IMPP 11-119
Effective: 12-11-13

## DISPOSITION AND HEARING RECORD

INMATE NAME & NO: JEFFERSON, ANTHONY    #44578

FACILITY:    EDCF
CHARGING: EDCF
HEARING: EDCF

CASE NO: 23-07-458

HEARING DATE: 08/02/23
TIME: 1200

| Violation | Class | Amended Violation | Amended Class | Plea | Finding |
|---|---|---|---|---|---|
| 311 | 1 | — | — | ☐G ☒N/G ☐NC | ☐G ☐N/G ☒DISM. |

Reason: Dismiss per Disciplinary Administrator- H/O Request

| | | | | ☐G ☒N/G ☐NC | ☐G ☐N/G ☒DISM. |

Reason: Dismiss per Disciplinary Administrator- H/O Request

| | | | | ☐G ☐N/G ☐NC | ☐G ☐N/G ☐DISM. |

Reason:

| | | | | ☐G ☐N/G ☐NC | ☐G ☐N/G ☐DISM. |

Reason:

| | | | | ☐G ☐N/G ☐NC | ☐G ☐N/G ☐DISM. |

Reason:

☐ Reporting Officer Sworn In / Affirmed        ☐ Testimony Read into the Record

Staff Testimony / Cross Examination (Attach Testimony)

☐ Inmate Sworn in / Affirmed

☐ Hearing held in absentia    Reason:

Staff Assistant Assigned:

☐ Inmate Not Sworn In/Affirmed        Explain: Dismissed

Inmate Testimony / Cross Examination (Attach Testimony)

EXHIBIT
F.A.

## DISPOSITION OF DISCIPLINARY CASE

| INMATE NAME & NO  # JEFFERSON, ANTHONY   #44578 | CASE NO. 23-07-458 |
|---|---|

### *TESTIMONY*

| Date & Time: 08/02/23 1200 | Hearing Officer: Lt. McCollough |
|---|---|

Case reviewed by Disciplinary Administrator at request of H/O.

Disciplinary Hearing Officer starts hearing, R/O requests D/R dismissed due to a misunderstanding involving the defendant. R/O requests to no longer charge defendant with KAR's  H/O advised Disciplinary Administrator of findings. Disciplinary Administrator advised to dismiss D/R.

Case dismissed due to R/O request.

Nature of charge(s) and facts of case taken into consideration in regards to H/O decision.

E1 128

| INMATE NAME & NO  #44578   JEFFERSON, ANTHONY | CASE NO. 23-07-458 |
|---|---|

☐ Witness(es) Sworn In/Affirmed

Witness(es) Testimony / Cross Examination (Attach Testimony)

Closing Statement(s): (Attach Arguments)
If applicable include inmate's testimony/ arguments on restitution

Sanction(s): __311- Dismissed__

Reason for Sanctions:

Disposition of Evidence: __N/A__

☒ Inmate advised of right to Appeal,    Inmate Initial __Advised__

HEARING OFFICER SIGNATURE  __Lt. McCollough__    DATE: __08/02/23__

**FINAL ACTION BY FACILITY WARDEN:**
☒ APPROVED
☐ REINSTATE DISMISSED CHARGES; REMAND NEW HEARING
☐ AMEND THE CHARGE
☐ DISAPPROVE/DISMISS
☐ REDUCE THE PENALTY
☐ SUSPEND ALL OR PART OF SENTENCE
☐ REMAND NEW HEARING
☐ CLARIFICATION OF RECORD

☐ REDUCE TO SUMMARY JUDGMENT
- restriction from privileges up to 10 days
- fine not to exceed $10.00
- extra work w/o incentive pay for no more than 2 hrs/day no more than 5 days
- work w/o incentive pay not to exceed 5 days
- restitution not less than $3.00 or more than $20.00

Comments:

__[signature]__ WARDEN/DESIGNEE SIGNATURE    __8/17/2023__ DATE

I received a Copy of the Hearing Record and understand I have 15 days to Appeal this decision.

__Refused to Sign - Copy Given__    AUG 2 4 2023
INMATE SIGNATURE                    DATE

I served a copy of the Hearing Record

__[signature]__    AUG 2 4 2023
STAFF SIGNATURE    DATE

Technical and clerical errors in the writing and/or processing of the Disciplinary Report shall not be grounds for dismissal, unless there is substantial prejudice to the inmate, which is the burden of the inmate to prove. Pursuit to K.A.R 44-13-707. Harmless error; Plain error.