# KANSAS ADMINISTRATIVE REGULATIONS (K.A.R.)

## Agency 44

## Department of Corrections

### Article 5.—Inmate Management

**44-5-106. Use of force or restraint on inmates.** (a) K.S.A. 21-3215, regarding use of force by a law enforcement officer in making an arrest, shall be applied to correctional officers and parole officers in making arrests, preventing escapes, apprehending escapees or parole violators and absconders, and in maintaining security, control, and discipline in the correctional situation.

(b) The use of mechanical restraints on an inmate for punitive purposes shall be prohibited. Mechanical restraints may be used only when necessary in the following instances:

(1) When transporting the inmate;

(2) upon the advice of clinical personnel that the inmate may cause injury to self or others, or when, based on the past history or present behavior, it appears likely that the inmate will cause injury to self or others;

(3) when hospitalized outside the correctional security setting; and

(4) when part of authorized practice in routine security procedures applied to an inmate based on the inmate's security classification.

(c) No restraining device shall be applied in a manner which would cause significant physical pain or undue discomfort, restrict blood circulation or breathing, or otherwise injure or incapacitate the inmate beyond the extent necessary to maintain security and control. (Authorized by K.S.A. 75-5251; implementing K.S.A. 21-4609, 75-5252, 75-5210; effective May 1, 1980; amended May 1, 1984; amended May 1, 1987.)

EXHIBIT G