INMATE REQUEST TO STAFF MEMBER

To: _____  Date: _____
   (Name and Title of Officer or Department)

_____
Unit Team Member Signature

To be retained by Inmate

EXHIBIT H

Form 9
For Cellhouse Transfer
Work Assignment _____
Interview Requests

Jefferson
Last Name Only

KANSAS DEPARTMENT OF CORRECTIONS

44578
Number

INMATE REQUEST TO STAFF MEMBER

To: UTS, Johnson E-1    Date: 21 NOV, 2023
   (Name and Title of Officer or Department)
   State completely but briefly the problem on which you desire assistance. (Be specific.)

For documentation purposes, who did you actually receive my injury claim from? It still isn't complete, two pages are missing, my facts that was submitted, who do you suppose still has that?

Work Assignment: _____  Living Unit Assignment: B-1 236
Comment: _____  Unit Team Members Signature: _____

Disposition: YOUR GRIEVANCE & PROPERTY CLAIM PAPERWORK WAS GIVEN TO ME BY THE MAJOR FOR PROCESSING AS ITS UNIT TEAMS RESPONSABILITY. IT WAS AFTER YOUR NEGOTIATIONS FELL THROUGH. I PROCESSED IT WITHOUT THE 2 PAPERS YOU MENTIONED WERE NOT IN THE PACKET JUST BASED OFF OUR INTERVIEWS SINCE I NEVER LOCATED THEM. — UTS JOHNSON  11/27/23

To: _____  Date: _____
   (Name & Number)
Disposition: _____

Employee's Signature

To be returned to inmate.

P-0009b