EXHIBIT I

Witim., martin:                                           6 Nov, 2023

    Do you recall our meeting in the visitation room w/ major moore regarding the excessive use of force and my personal injury claim?
    At the time this occured he ask that I send him all my paper work ie, claim, complaints ect., which I did.
    During this period he went on vacation for a few wks. and upon his return he had to be off site on and off for a few wks., then the meeting was scheduled w/ you, myself and him.
    At the meeting we agreed to settle my claim and you were suppose to complete the paper work. The same wk. you were off site until futher notice for medical reason, which was a few wks.
    I received my claim back oct. 27, 2023 stating it was denied because my claim wasn't submitted w/in (10) calendar days of the injury, which took place July 26, 2023.
    My question is if we agreed it would be settled and the paper work has been between the major's office and god knows where since Aug. 1, 2023.

was the meeting we had no more than cloak and dagger or simply a LIE!

I have sent in house mail to the major asking how this works and I'm also asking you whats going now that my claim was denied.

I dont know about any experience you've had, but I've never had a man shake my hand in any agreement w/ the pretense of our agreement was a LIE.

Respectfully
A.d. Jefferson

CC: A.L.J.

2oF2