IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ANTHONY JEFFERSON, )
    Plaintiff )
                 )
V. )    Case No. 23-3263
                 )
                 )
LEONARD MOORE, et al., )
    Defendants )

---

## VERIFIED REBUTTAL TO DEFENDANTS MARTINEZ REPORT

I hereby verify, under penalty of perjury that the above Foregoing is true and correct to the best of my knowledge and belief.

I.  NATURE OF THE MATTER BEFORE THE COURT

Plaintiff suffered from a medical condition on July 26, 2023 Plaintiff explains that the EDCF staff strapped him into a restraint chair w/ leg irons that were TETHERED, to the chair along w/ being cuffed behind his back, abused there Authority w/ there use of excessive force by choking him until he began spitting up blood.

1.

Plaintiff Filed a personal injury claim that was agreed to be settled on the Facility level by major moore and my unit team manager martin. The willingness to settle my injury claim gives credence to Plaintiff's claim of excessive use of force.

II. The Report

On July 26, 2023 I was experiencing medical issues w/ my lower back and seizing up. I left my cell holding my lower back area before seizing up and Falling to the Floor, Once I Fell to the Floor I Spoke w/ CSI Finch and ask him to call For medical help, CSI Finch called a medical code at 5:30pm,

Once the code was called I attempted to walk toward the clinic and my body seized up again so I grabbed my lower back prior to Falling to the Floor a second time,

My second time Falling to the Floor I was restraint by O.I.C. Remero w/ leg iron's and cuffed behind my back, When Placed in the restraint chair Remero was assisted by COII Buchman, COI merz, COI Hiesterman, while COI Perez was recording w/ a camera.

During my placement in the restraint chair my body seized up from the pain in my lower back area and my body became stiff, while I had a lap strap strapped around my waist and COI burk holding my right leg and COI cooper holding my left leg and my leg irons are TETHERED to the restraint chair.

COII Buchman came over and started dropping knee's on me from a standing position to my thigh and hip area.

During my medical condition any non compliant acts were due to my medical condition. In the process of being placed in the restraint chair COI merz claims to use his training to apply hypoglossal nerve pressure Point for me to comply. During which time I started Spitting up blood when he used this technique on me.

During my transport to the Trauma room I kept telling Staff I wasn't high nor resisting and I was told by the doctor to call for medical help next time this condition happened.

once in the trauma room COI merz applied the hypoglossal nerve pressure point again until I started choking again, Yet I'm FULLY COMPLIANT.

3.

while in the trauma room I told staff the cuff's were twisted and to tight, it was restricting my movement and my hand was twisted, I also stated this when first placed in the restraint chair.

The nurse said I was fine even though my hands were numb my fingers were tingling, coI Hiesterman double locked my cuff's at that point while in the Trauma room.

## III. DISCUSSION

1. Centurion states; it is unknown whether Jefferson's behavior requiring the use of the mobile restraint chair to transport him on July 26, 2023 was due to medical condition or drug use causing an Altered mental status.

A. plaintiff received a MRI which came back that Plaintiff has TWO (2) HERNIATED DISC L4 and L5 in his lower back which is PINCHING A NERVE.

B. on July 27, 2023 plaintiff provided a urine sample which came back NEGATIVE.

C. Due to the facts above, my behavior requiring the use of the mobile restraint chair was due to my two herniated disc in my lower back which is a medical condition.

4.

2. On July 26, 2023 plaintiff told CSI Finch I was having trouble w/ my lower back kidney area at 5:30pm CSI then called a medical. See narrative report by CSI Finch.

A. Plaintiff found out from his M.R.I. that he had two herniated disc L4 and L5 which is pinching a nerve in his lower back.

3 Remero describes the application of force as: ''' I double locked the hand restraints for safety purposes ''' I put the lap belt on resident Jefferson #44578 '''

A. These statements are untrue, its clear in the video that CSI Grimmett placed the lap strap on me and while in the trauma room COI Heisterman was the one who double locked the hand restraints due to the fact I kept tell STAFF the cuffs were to tight and cutting off my circulation.

4. Remero states the reason for the use of force as: ''' Jeffersons display of vident behavior and his screaming '''

5.

A. my behavior was due to my medical condition which was clearly stated when the code was called as well as EXPRESSED BY ME. See officers narrative report by all responding staff.

B. cooper describes petitioners behavior as "ABNORMAL" Finch describes petitioners behavior as "non compliant" woods report describes petitioner "screaming in the day room and Foaming at the mouth."

C. Yes my behavior was abnormal, yes my behavior could be looked at as non compliant all this was due to my medical condition causing me to have involuntary movements from my two herniated disc L4 And L5 which is pinching a nerve in my lower back.

5. The report states that; ''' Due to plaintiff's non compliance the use of control tactics were necessary to restrain him into the chair to safely transport him...

6

A. Due to my medical condition and under the circumstances, I understand why the officers thought I was non compliant, but once I was restrained in the chair for safe transport, There was no reason for SST, merz to apply the hyplossal nerve pressure point

B. The hypoglossal nerve pressure point would be necessary as a control tactic to restrain a person but once restrained the use of the control tactic would be looked at as malicious or done with the intent to harm a person.

C. SST merz applied the hypoglossal to me when it was not necessary and done it incorrectly, when he used it to place me in the restraint chair and while I was fully restrained in the Trauma room.

D. IF the hypoglossal nerve pressure point was applied due to my non compliant and consistant w/ SST, merz training then SST, Buchmans EXECUTION by dropping several knee's to my thigh and hip area was unnecessary and EXCESSIVE USE OF FORCE.

6. on 7-29-23 I sent a Form 9 to CSI Finch and COI Thatcher stating: on 7-26-23 during a medical condition while in cuffs, leg irons and strapped in a chair. Did you witness SST, or any other officer choking me?

A. The report states: "' Video evidence clearly negates Plaintiff's claim that officers choked him until he was semi unconscious and spitting up blood. On 7-29-23 I received a Form 9 response from COI Thatcher stating: on 7-26-23 during this medical emergency w/ resident Jefferson I witnessed SST, Merz apply his fingers in Jeffersons throat underneath his jaw to the point where blood was coming from his mouth. He was in restraint chair and restrained at this point. See EXHIBIT 4

B. on 8-29-23 I also received a Form 9 response from CSI Finch stating: on 7-26-23 during a medical emergency while putting resident Jefferson in the mobile restraint chair SST, used the pressure point underneath the jaw line pulling upward

to gain compliance. Jefferson was not spitting or trying to do anything, at the time he was strapped in and as far as I could see he was compliant. During the use of the pressure point there was blood appeared to come from the residents mouth. SEE EXHIBIT 5

7. On July 26, 2023 petitioner is assessed immediately after arriving in the infirmary in the mobile restraint chair. Petitioner is described as screaming, crying, drooling, wide eyed and experiencing visual hallucinations.

A. Yes petitioner was screaming, wide eyed, crying only because he was in extreme pain from his L4 and L5 disc in his lower back pinching his nerve.

B. Although staff claims petitioner was drooling in fact it was a combo of blood & foam from when SST. merz applied his training and choked me until I spit up blood.

9.

C.  Although Centurion states plaintiff was experiencing Visual hallucinations this is not true and Centurion has lied.

D.  Nothing was said nor done for medical staff to come to a conclusion of me having or experiencing Visual hallucinations, it seems more plausible as a means of cover up from the said happenings of the Excessive use of Force or unnecessary use of Force.

8.  Photo's were taken after the incident and they do reflect serious injury, the marks shown in the photo's now have become scar's on both my wrists.

A.  Plaintiff told staff upon his placement in the restraint chair that his hand was twisted in the cuff's and they were cutting off his circulation.  Plaintiff also expressed a numbness, Tingling in his Fingers, coldness which are all symptom's of Poor circulation.

9. The medical staff lied about my Altered mental Status or (AMS) as being high or under the influence.

A. The Ams or Altered mental status in a general labeled condition not a DIAGNOSES, this label is used when medical staff doesn't Know whats the medical problem. It can also be caused by 10-20 other Factors that centurion has not mentioned in this report.

IIII. Policies and procedure

1. Kansas Administrative Regulations (K.A.R.) Agency 44  Department of corrections  Article 5 Inmate management  44-5-106, USE OF FORCE or Restraint On Inmates (a) K.S.A. 21-3515

(C) No restraining device shall be applied in a manner which would cause significant physical pain or undue discomfort, restrict blood circulation or breathing, or other wise injure or incapacitate the inmate beyond the extent necessary to maintain security and control.

A. it is clear by the Video and post photo's of the incident that my blood was restricted I had injuries to my wrists which are now scar's on both wrists from the cuffs being placed on me incorrectly and left on for 20 min, cutting off my blood in my hands and fingers,

2. EDCF G.O. 09-133 Defendant's EXHIBIT U Page 3 I. All staff involved in the initial placement of the resident into the restraint chair MUST BE CERTIFIED in the operations of the restraint chair and application of the restraints,

A. Plaintiff has first hand knowledge that COI cooper along w/ several other staff members who took part in my placement in the mobile restraint chair were not CERTIFIED and may not be still to this date,

B. It is reasonable to believe if a person isnt Certified and some one is hurt from his placement in the restraint chair It is NEGLIGENCE from medical to officers. this was part of the reason I was hurt as well,

# V.  CONCLUSION

1. Plaintiff reiterates his complaint facts under oath anew; Plaintiff had a medical condition which has been ongoing and the K.D.O.C. staff along w/ Centurion have known about these medical issues prior to 7-26-23.

2. Plaintiff was choked until he spit up blood see EXHIBITS by plaintiff #4 and #5

3. SST. merz and SST Buchman both applied force in excess w/ the sole purpose to hurt or harm Petitioner and it was done w/ a culpable state of mind w/ malicious intent to cause harm.

4. Video clearly shows plaintiff fully compliant when SST. Buchman from a standing position, starts dropping several knee's on plaintiff while COI Cooper and COI burk held my legs which was also tethered to the restraint chair.

5. Video also clearly shows SST. merz apply his training of hypoglossal nerve pressure point to me after I'm fully restrainted while in the Trauma room and it shows his state of mind which was to hurt or injure Plaintiff which SST. merz and SST. Buchman clearly did to Plaintiff.

6. It is unreasonable to believe that plaintiff was not having medical issues at the time of his placement in the mobile restraint chair. A medical code was called and all responding Parties noted this in there narratives.

7. It is also unreasonable to believe once in the restraint chair or cuffed behind the back w/ leg iron's on any Staff could see me as non compliant or combative when I'm fully restrainted, I'm not spitting, Kicking or making any threatning gestures toward any one.

14.

8. All movements done once I was cuffed was due to my medical condition and involuntary movements from my L4 and L5 disc pinching my nerve in my lower back. See Affidavits EXHIBITS 2 AND 3

Plaintiff has proven to the courts his complaint has merit and Plaintiff has a legal dispute, wherefore Plaintiff ask the courts to set his case for trial.

The above statements and documents are true and correct and based upon my personal Knowledge to which I am competent to testify at trial. I verify and state under penalty of Perjury that the Forgoing is TRUE and CORRECT.

a. A. Jefferson
Anthony Jefferson

STATE OF KANSAS
COUNTY OF Butler

Subscribed and sworn to me before the undersigned on this __14__ day of __JUNE__ 2024

my app Exp.
10-10-26

NOTARY PUBLIC - State of Kansas
JENNELL BUCHANAN
My Appt Expires 10-10-26

Notary Public

15.

CERTIFICATE OF SERVICE

I hereby certify that on June 27 2024 I gave my Verified Rebuttal to Defendants martinez report and my Verified Response to show cause order, to my unit team SCOLARI so she can electronically File it with the clerk of the court by using the CM/ECF system which will send notice of electronic Filing.

A.L. Jefferson