# AFFIDAVIT OF TRUTH
## Prusuant to USCS 1746

STATE OF KANSAS )
) SS
COUNTY OF BUTLER )

I Joshua Anderson, of lawful age being first duly sworn upon oath, under penalty of perjury depose and say the following is true, correct and not misleading.

I am a resident at EDCF, and have been since 2021.

1. On July 26, 2023 I witnessed a incident in the E cellhouse day room w/ resident Jefferson #44578.

2. During this medical incident I witnessed SST. buchman kneeing resident Jefferson while in the restraint chair.

3. During this medical incident I also witnessed SST merz hands in the area of resident Jeffersons neck and him spitting up blood.

4. Since I've been in E cellhouse resident Jefferson has had ongoing medical issues w/ his kidneys and back area.

5. This is the first time I've ever seen staff place Jefferson in a restraint chair for his medical needs.

6. I could hear Jefferson telling medical and staff he was seizing up and in pain

EXHIBIT (2)                              Pg 1 of 2

7. Since that day I've witnessed resident Jefferson have the same medical issues in the west Gym on July 27, 2023 during noon meal line.
8. During each medical resident Jefferson has went through all he does is scream and thrash about on the floor saying he's in pain or something about his kidneys.

   I declare under penalty of perjury that the above entitled document is true and correct pursuant to (K.S.A. 53-601 (a), (2) and K.S.A. 21-5903 - 28 USCS 1746) To the best of my knowledge. And I will testify to the facts if called for.

Signed this 31st day of July 2023

_____          Joshua Anderson
Signature 28 USCS 1746                Print name