AFFIDAVIT OF TRUTH
Pursuant to USCS 1746

State of Kansas ) ss
County of Butler )

I Curtis Ayers, of lawful age being first duly sworn upon oath, under penalty of perjury depose and say the following is true, correct and not misleading.

I am a resident at E.D.C.F., and have been since Nov. 2023.

1.) Since I've been in BCH #238 resident Jefferson has been in BCH #236 before I arrived.

2.) I have heard resident Jefferson on a couple of occasion's screaming and thrashing about for 20-30 minutes.

3.) Shortly after at yard I spoke w/ Jefferson about what was going on w/ him and all the screaming and thrashing.

4.) He stated that he had a lot of medical issues going on w/ his lower back and sciatic nerve, from what the doctor said.

5.) I then ask if he had a cellmate, he stated no, I then ask if he has issues again does he want me to call for help, he stated yes.

6.) Since that day I've heard Jefferson screaming and thrashing around and I've pushed my call button w/ no response so I started hollering man down #236.

7.) This has happened twice since we spoke about me calling for help and each time I've called for BCH control w/ no responses and myself along w/ others have called man down #236 w/ no response by staff.

8.) It is my personal belief, if a person at E.D.C.F. BCH, R.H.U. ever needs medical care, help wont come unless you are half dead or have died.

EXHIBIT (3)

Pg. 1 of 2

I declare under penalty of perjury that the above entitled document is true and correct pursuant to (K.S.A. 53-601 (a),(2) and (K.S.A. 21-5903 - 28 USCS 1746) to the best of my knowledge. And I will testify to the facts if called for.

Signed this 7th day of April, 2024

_____    _____
Signature 28 USCS 1746             Curtis Ayers
                                   Print name