Form 9
For Cellhouse Transfer
Work Assignment _____EXHIBIT #4_____
Interview Requests

44578
Last Name Only

**KANSAS DEPARTMENT OF CORRECTIONS**

Jefferson
Number

**INMATE REQUEST TO STAFF MEMBER**

To: __CoI Thatcher__   Date: __7-29-23__
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

on 7-26-23 During a med. condition while in cuffs, leg irons, and strapped in a chair. Did you witness SST or any other officer choking me?

Work Assignment: _____   Living Unit Assignment: __E-1 128__
Comment: _____   Unit Team Members Signature: _____

Disposition: On 7.26.23 during this medical emergency with Resident Jefferson, I witnessed SST Merz apply his fingers in Jefferson's throat underneath his jaw to the point where blood was coming from his mouth. He was in restraint chair and restrained at this point.

To: __Jefferson #44578__   Date: __7-29-2023__
(Name & Number)

Disposition: _____

Employee's Signature

P-0009b

To be returned to inmate.