EXHIBIT #5

**Form 9**
For Cellhouse Transfer
Work Assignment _____
Interview Requests

Last Name Only: Jefferson

**KANSAS DEPARTMENT OF CORRECTIONS**

Number: 44578

**INMATE REQUEST TO STAFF MEMBER**

To: CSI Finch
(Name and Title of Officer or Department)

Date: Aug 2, 2023

State completely but briefly the problem on which you desire assistance. (Be specific.)

On 7-26-23 During a response code while in cuffs, leg irons, and strapped in a chair, Did you witness SST or any other officer choking me?

Work Assignment: _____
Living Unit Assignment: E-1  128
Comment: _____
Unit Team Members Signature: _____

Disposition: On 7-26-23 during a emergency while putting resident Jefferson in the mobile restraint chair SST used the pressure point underneath the jaw line pulling upward to gain compliance. Jefferson was not spitting or trying to do anything at the time he was strapped in and as far as I could see he was compliant.

To: Jefferson 44578
(Name & Number)

Date: 8-2-23

Disposition: During the use of the pressure point there was blood appearing to come from the residents mouth.

CSI F___
Employee's Signature

P-0009b

To be returned to inmate.