VERIFIED COMPLAINT FACTS
Prusuant to USCS 1746

STATE OF KANSAS }
COUNTY OF BUTLER } SS

I Anthony Jefferson, of lawful age being first duly sworn upon oath, under penalty of perjury depose and say the following is TRUE, CORRECT and not MISLEADING.

1. I am a resident of E.D.C.F. and have been since 2020.

2. On July 26, 2023 I requested medical help from CSI Finch, he called a medical code at 5:30 pm.

3. During this medical, excessive force was used and I was injured from this incident.

4. SST. merz and SST. Buchman used excessive force on resident with the sole purpose to HURT or HARM resident Jefferson.

5. During my medical condition SST. merz used his training to apply pressure point TECHNIQUE'S to the point I started choking and spitting up blood.

6. I was placed in the mobile restraint chair and while COI burk and COI cooper held my legs and I am cuffed behind my back w/ leg iron's on

1.

while tethered to the mobile chair w/ a lap strap strapped to my waist. COII SST. Buchman stands over me and starts dropping several knee's to my thigh and hip area for the sole purpose to injure resident or cause great pain and HARM.

7. Once in the trauma room SST. Merz applied his training again while resident Jefferson was fully compliant and done so with the sole purpose to HARM or INJURE resident during his medical needs.

8. Resident has had ongoing medical issues prior to July 26, 2023 which medical and K.D.O.C. Staff have been aware of.

9. Resident has since received a M.R.I. which came back that resident Jefferson has TWO (2) HERNIATED DISC in his lower back which are pinching a nerve.

10. This was the ROOT of my medical condition on July 26, 2023. WHICH ALL STAFF IGNORED.

11. ALL PARTIES are to be CERTIFIED w/ The mobile restraint Chair and its application of restraints.

12. COI Cooper, COI Burk and others who were on response and responded to my medical condition July 26, 2023 WERE NOT CERTIFIED per E.D.C.F. G.O. 09-133. I.

13. SST. Merz, SST. Buchman no longer work for the K.D.O.C, E.D.C.F. due to DISCIPLINARY REASON'S.

14. CENTURION and security staff were NEGLIGENT in there actions of how my medical needs were assest and treated.

15. ALL staff who stood silent during my medical needs are just as NEGLIGENT as those who assest my medical needs AND IGNORED THEM.

I declare under penalty of perjury that the above entitled document is TRUE and CORRECT pursuant to ( K.S.A. 53-601 (a),(2) and K.S.A. 21-5903 - 28 U.S.C.S. 1746) To the best of my knowledge. And I will testify to the facts if called for.

SIGNED this __27th__ day of __JUNE__ 2024

_A.L. Jefferson_                           _Anthony L. Jefferson_
SIGNATURE 28 U.S.C.S, 1746                    PRINT NAME

3.

## CERTIFICATE OF SERVICE

I hereby certify that on June 27th 2024 I gave my VERIFIED COMPLAINT FACTS to my unit team SCOLARI, so she could electronically file it with the clerk of the court by using the CM/ECF system which will send notice of electronic filing.

                                                 _A. L. Jefferson_