IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ANTHONY JEFFERSON,           )
        Plaintiff            )
                             )
V.                           )    Case No. 23-3263
                             )
                             )
LEONARD MOORE, et al.,       )
        Defendants           )

## MOTION FOR JURY TRIAL

Comes now, the plaintiff Anthony Jefferson, pro se and moves the court to grant him a Trial by Jury for the following:

1. Plaintiff's case has survived the courts screening under U.S.C. § 1915A.

2. Plaintiff request a Trial by Jury under K.S.A. 60-238

3. Plaintiff request a Trial by Jury on ALL his issues stated on his Excessive use of Force claim.

1.

Wherefore, plaintiff ask the court to grant his motion for all his reasons stated above.

*A. L. Jefferson*
Anthony Jefferson

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2024 I gave my motion for Jury Trial to my unit team, Scolari to electronically file with the clerk of the court by using the cm/ECF system which will send notice of electronic filing.

*A. L. Jefferson*
Anthony Jefferson