IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| ANTHONY JEFFERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 5:23-cv-03263-JWL |
| | ) |
| LEONARD MOORE, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

## ENTRY OF APPEARANCE

COMES NOW, Katrina L. Smeltzer and Sandberg Phoenix & von Gontard, P.C. and hereby enters their appearance and waives service of process on defendant Centurion of Kansas, LLC, pursuant to Fed.R.Civ.Pro. 4(d)(3), said defendant's responsive pleadings are due no later than Friday, October 11, 2024.

SANDBERG PHOENIX & von GONTARD P.C.

By:   */s/ Katrina L. Smeltzer*
       Katrina L. Smeltzer, #26623
       4600 Madison Avenue, Suite 1000
       Kansas City, MO  64112
       816.627.5332
       816.627.5332 (Fax)
       ksmeltzer@sandbergphoenix.com
       *Attorney for Defendant Centurion of Kansas, LLC*

26390730.v1

2

## Certificate of Service

I hereby certify that on this 12th day of August, 2024 the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Laine Clare Barnard
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
Kansas Department of Corrections
714 SW Jackson, Suite 300
Topeka, KS 66603
USA
913-620-0822
Laine.Barnard@ks.Gov

Natasha M. Carter
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
Kansas Department of Corrections
714 SW Jackson Street, Suite 300
Topeka, KS 66603
USA
785-506-7615
Natasha.Carter@ks.Gov

I hereby certify that on this 12th day of August, 2024 the foregoing was mailed by United States Postal Service to the following non-participants in Electronic Case Filing:

Anthony Jefferson,
EDCF PO Box 311-44578
El Dorado, KS  67042
*Pro Se Plaintiff*

/s/ Katrina L. Smeltzer

2

26390730.v1