IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

TO: U.S. District Court Clerk

FROM: Anthony Jefferson

CASE NO.: 24-3024 and 23-3263

This is to inform the courts that I've been moved to L.C.F. on Sept. 3, 2024

Sincerely
A. L. Jefferson