# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ANTHONY JEFFERSON,<br><br>        Plaintiff,<br><br>vs.<br><br>LEONARD MOORE, et al.<br><br>        Defendants. | Case No.  23-cv-03263-TC-GEB |

## CLERK'S FOURTEEN-DAY EXTENSION

Pursuant to D. Kan. 77.2(a)(2), Christopher Finch and Sarah Thatcher, sued in their individual capacities, should be and hereby are granted fourteen (14) additional days in which to answer or otherwise plead to the Complaint filed herein. This is their first request for an extension. Defendants Christopher Finch's and Sarah Thatcher's answer or other responsive pleadings were originally due on October 11, 2024. That time has not expired. Defendants Christopher Finch's and Sarah Thatcher's answer or other responsive pleading is now due on or before October 25, 2024.

**IT IS SO ORDERED.**

                                                  CLERK OF THE U.S. DISTRICT COURT
                                                  For the District of Kansas at Kansas City, Kansas


                                                  By: s/ J. Kendall, Deputy Clerk

Respectfully submitted

*/s/ Gaye B. Tibbets*
Gaye B. Tibbets, #13240
Jon E. Newman, #16612
HITE, FANNING & HONEYMAN L.L.P.
100 N. Broadway, Ste. 950
Wichita, KS 67202-2209
Telephone: (316) 265-7741
Facsimile: (316) 267-7803
E-mail: tibbets@hitefanning.com
E-mail: newman@hitefanning.com
*Attorneys for Defendants*
*Christopher Finch and Sarah Thatcher*