# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ANTHONY JEFFERSON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No. 23-3263-TC-GEB |
| | ) |
| LEONARD MOORE, *et al.,* | ) |
| | ) |
|     Defendants. | ) |
| | ) |

## CLERK'S FOURTEEN-DAY EXTENSION

Pursuant to Local Rule 77.2, Leonard Moore, Austin Merz, Bryan Buchman, Trenton Burk, Orlando Perez and Clay Cooper ("Defendants"), should be and hereby are granted fourteen (14) additional days in which to answer or otherwise plead to the Complaint filed herein. This is the first request for an extension by these Defendants. Defendants' answer or other responsive pleading is originally due October 11, 2024. The time to answer has not expired. Defendant's answer or other responsive pleading is now due on or before October 25, 2024.

Dated this 26th day of September, 2024.

                                                Clerk of the United States District Court
                                                for the District of Kansas

                                                By: s/ J. Kendall
                                                     Deputy Clerk

PREPARED BY:

KRIS W. KOBACH
ATTORNEY GENERAL OF KANSAS

*/s/ Matthew L. Shoger*
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
Office of the Attorney General
120 SW 10th Ave, 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
(785) 296-2215
Fax: (785) 291-3767
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of September, 2024, the foregoing document was filed with the clerk of the court by using the CM/ECF system, with a copy served by means of first-class mail, postage prepaid, addressed to:

Antony Jefferson #44578
Lansing Correctional Facility
P.O. Box 2
Lansing, KS 66043
*Plaintiff, pro se*

*/s/ Matthew L. Shoger*
Matthew L. Shoger
Assistant Attorney General