IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ANTHONY JEFFERSON, | |
| Plaintiff, | |
| v. | Case No. 23-cv-3263-TC-TJJ |
| LEONARD MOORE, et al., | |
| Defendants. | |

**INITIAL ORDER REGARDING PLANNING AND SCHEDULING**

Fed. R. Civ. P. 1 mandates the "just, speedy, and inexpensive" determination of civil cases. With that goal in mind, the undersigned U.S. Magistrate Judge, Teresa J. James, will conduct a Scheduling/Status Conference in this case in accordance with Fed. R. Civ. P. 16 on **January 14, 2024 at 9:00 AM (central time)**. The conference will be held by telephone. Participants must dial new CONFERENCE NUMBER **913-423-1010** and enter CONFERENCE ID: **454 817 451** to join the Scheduling/Status Conference.

The Court will *not* require the parties to hold a planning conference pursuant to Fed. R. Civ. P. 26(f), submit a proposed Scheduling Order, or exchange Fed. R. Civ P. 26(a)(1) initial disclosures at this time. Instead, the Court will discuss the following topics during the Scheduling/Status Conference: the nature and basis of the parties' claims and defenses; the possibilities of settling or resolving the case, including the use of mediation or other methods of alternative dispute resolution; making or at least arranging for the disclosures required by Fed. R. Civ. P. 26(a)(1); any issues about preserving discoverable information; development of a proposed discovery plan; and scheduling specific deadlines.

If you have questions concerning the requirements of this order, please contact the chambers of the undersigned judge by telephone at 913-735-2260, or by e-mail at [ksd_james_chambers@ksd.uscourts.gov](mailto:ksd_james_chambers@ksd.uscourts.gov).

A paper copy of this Order will be mailed to Plaintiff and the Notice of Electronic Filing (NEF) emailed to the Lansing KDOC email account.

IT IS SO ORDERED.

Dated November 25, 2024, at Kansas City, Kansas.

Teresa J. James
U. S. Magistrate Judge