**Exhibit B**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ANTHONY JEFFERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 23-3263-TC-GEB |
| ) | |
| LEONARD MOORE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF KATE HUSSEY

I, Kate Hussey, being of lawful age, make the following declaration pursuant to 28 U.S.C. § 1746 relating to the captioned matter based upon my personal knowledge and information made known to me from official records reasonably relied upon by me in the course of my employment.

1. I am currently a Special Agent at El Dorado Correctional Facility (EDCF).

2. I have served in the Kansas Department of Corrections (KDOC) for 12 years.

3. As part of my job duties, I have access to personnel records for EDCF.

4. As part of my job duties, I am familiar with the following current or former KDOC employees and can visually identify them: Bryan Buchman, Trenton Burk, Clay Cooper, Christopher Finch, Austin Merz, Leonard Moore, Orlando Perez, and Sarah Thatcher.

5. As part of my job duties, I am familiar with inmate Anthony Jefferson (#44578) and can visually identify him.

6. As part of my job duties, I have access to camera footage of use-of-force incidents at EDCF.

7. I have reviewed the videos filed with the *Martinez* Report as Sealed Exhibit V.

8. I will refer to the surveillance camera video as Video 1 and the handheld camera video as Video 2.

9. This declaration is intended to help identify persons in the videos.

## Christopher Finch

10. The following image is a fair and accurate photograph of Christopher Finch from KDOC's personnel records.



11. In Video 1 at 5:29:30, Finch is working at the middle chair of the desk in the middle of the dayroom.

12. In Video 2 at 00:17, on the right side of the video, Finch ties his shoe, with his shoe on a stool.

13. In Video 2 at 00:31, Finch goes out of the camera's field of view.

14. In Video 2 at 00:36, Finch comes back into view in the lower right of the video, walking toward the area behind the chair.

### Anthony Jefferson

15. In Video 1 at 5:30:14, Anthony Jefferson comes out of his cell into the dayroom.

16. In Video 1 at 5:30:17, Jefferson falls on the floor in the dayroom.

17. In Video 2 at 00:00, Jefferson is in the middle of the frame and is being restrained by correctional officers.

### Trenton Burk

18. The following image is a fair and accurate photograph of Trenton Burk from KDOC's personnel records.



19. In Video 1 at 5:32:55, Burk appears at the bottom of the video, walking into the dayroom toward Jefferson.

20. In Video 1 at 5:32:58, Burk restrains Jefferson's left arm as Jefferson tries to walk past him.

21. In Video 2 at 00:00, Burk is restraining Jefferson's right arm.

## Sarah Thatcher

22. The following image is a fair and accurate photograph of Sarah Thatcher from KDOC's personnel records.



23. In Video 1, at 5:32:56, Thatcher appears at the bottom of the screen, walking into the dayroom toward Jefferson.

24. In Video 1 at 5:33:00, Thatcher grabs the front of Jefferson's shirt and Jefferson falls on the ground away from her.

25. In Video 2 at 00:00, Thatcher is in the lower left of the video.

26. In Video 2 at 00:02, Thatcher goes out of the camera's field of view.

27. In Video 2 at 00:04, Thatcher returns to the camera's field of view in the lower left, walking over behind the restraint chair.

28. In Video 2 at 00:29, Thatcher goes out of the camera's field of view.

29. In Video 2 at 00:43, she returns to the camera's field of view in the lower left, walking over behind the restraint chair again.

30. In Video 2 at 01:09, Thatcher's name patch on her uniform is readable as "THATCHER."

## Austin Merz

31. The following image is a fair and accurate photograph of Austin Merz from KDOC's personnel records.



32. In Video 1 at 5:35:22, Merz appears at the bottom of the video, bringing in the restraint chair.

33. In Video 2 at 00:00, Merz reaches for and restrains Jefferson's left arm.

34. In Video 2 at 00:20, Merz's name patch on his uniform is readable as "MERZ."

## Orlando Perez

35. The following image is a fair and accurate photograph of Orlando Perez from KDOC's personnel records.



36. In Video 1 at 5:35:33, Perez appears at the bottom of the video, holding a handheld camera.

37. In Video 1 at 5:35:40, Perez talks with Austin Merz, and Merz appears to help Perez with the camera.

38. In Video 1 at 5:36:11, Perez starts the recording on the handheld camera. That is, 5:36:11 in Video 1 is approximately equivalent to 00:00 in Video 2.

39. Because Perez is holding the handheld camera, he does not appear in Video 2, aside from some brief glimpses of his hands and feet.

## Clay Cooper

40. The following image is a fair and accurate photograph of Clay Cooper from KDOC's personnel records.



41. In Video 1 at 5:35:35, Cooper appears at the bottom of the video, jogging and then walking into the dayroom toward Jefferson while wearing a black bucket hat.

42. In Video 2 at 00:00, Cooper's shoes and khaki pants are visible in the right half of the video.

43. In Video 2 at 00:02, Cooper's black bucket hat can be seen. It can also be seen that Cooper is wearing glasses

44. In Video 2 at 00:32, Cooper goes out of the camera's field of view for a couple of seconds, but comes back into view at 00:34.

45. Although it is somewhat difficult to read Cooper's name patch on his uniform in Video 2, the name patch says "COOPER." This can be seen at 00:03, 01:09, 01:29, 01:36, 01:50, and 02:07.

### Bryan Buchman

46. The following image is a fair and accurate photograph of Bryan Buchman from KDOC's personnel records.



47. In Video 1, at 5:36:49, Buchman appears at the bottom of the video, walking into the dayroom toward Jefferson while wearing a short-sleeve shirt and a black baseball cap.

48. In Video 2, at 00:38, Buchman comes into view from behind Merz, walking toward the right side of the restraint chair.

49. In Video 2, at 02:03, Buchman goes out of the camera's field of view.

50. In Video 2, at 02:14, Buchman comes back into view in the lower left of the video, and he walks toward the door in the background.

51. In Video 2, at 02:29, Buchman goes out of the camera's field of view.

52. In Video 2, at 05:57, Buchman comes into view from behind Merz, walking into the trauma room and past the restraint chair.

53. In Video 2, at 06:01, Buchman goes out of the camera's field of view.

54. In Video 2, at 06:51, Buchman comes into view in the lower left of the video, wearing blue gloves.

55. In Video 2, at 08:44, Buchman goes out of the camera's field of view.

56. In Video 2, at 09:56, Buchman comes into view in the lower left of the video, walking toward the door in the background.

57. In Video 2, at 15:57, Buchman goes out of the camera's field of view.

58. In Video 2, at 16:42, Buchman's legs comes into view in the lower left, and his blue gloves are clearly visible as he enters the infirmary cell at 16:50.

**Leonard Moore**

59. I have reviewed Video 1 and Video 2, and I did not observe Leonard Moore in either video.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 31, 2024.

Kate Hussey
Special Agent, EDCF
Kansas Department of Corrections