IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ANTHONY JEFFERSON,

                Plaintiff,

v.                                       Case No. 23-cv-3263-TC-TJJ

LEONARD MOORE, et al.,

                Defendants.

**ORDER STAYING DISCOVERY AND PRETRIAL PROCEEDINGS**

On January 14, 2025, U.S. Magistrate Judge, Teresa J. James conducted a telephone Status Conference in this case. Plaintiff Anthony Jefferson appeared *pro se*. Defendants Moore, Merz, Buchman, Burk, Perez, and Cooper appeared through counsel, Matthew Shoger. Defendants Finch and Thatcher appeared through counsel, Gaye Tibbets and Jon Newman. Defendant Centurion of Kansas, LLC ("Centurion") appeared through counsel, Marcus Meyer. This Order memorializes and supplements the oral rulings from the conference:

1.      The Court grants the Motion to Stay Discovery (ECF No. 61) filed by Defendants Moore, Merz, Buchman, Burk, Perez, and Cooper. The Court finds a stay of discovery and pretrial proceedings—until the District Judge rules on these Defendants' Motion for Judgment on the Pleadings or, in the Alternative, for Summary Judgment (ECF No. 59) ("Motion for Judgment")—is appropriate. These Defendants have asserted Eleventh Amendment and qualified immunity as bases for dismissal or entry of summary judgment on Plaintiff's claims. Immunity from suit is a "broad protection" that grants government officials "a right, not merely to avoid 'standing trial,'

but also to avoid the burdens of 'such pretrial matters as discovery.'"[1] A defendant is therefore generally entitled to have immunity questions resolved before being required to engage in discovery.[2] Otherwise, a defendant who is entitled to immunity would be effectively deprived of its benefit.[3] Because qualified immunity is an immunity from suit and not merely a defense to liability, the Court will not require these Defendants to engage in potentially expensive and time-consuming discovery unless and until after the qualified immunity question is decided.

2.  The Court finds such stay should also apply to Defendants Finch and Thatcher as they have also filed a Motion to Dismiss (ECF No. 50) asserting they are entitled to qualified immunity.

3.  Finally, although Defendant Centurion does not raise qualified immunity in its Motion to Dismiss (ECF No. 46), the Court finds the stay should also apply to it as well.

**IT IS THEREFORE ORDERED** that Motion to Stay Discovery (ECF No. 61) filed by Defendants Moore, Merz, Buchman, Burk, Perez, and Cooper is **granted**. All discovery and other related Rule 26 proceedings, deadlines, and requirements in this case, including the parties' obligation to issue or respond to any discovery, are hereby stayed as to all parties until the District Court rules on the following motions: Defendants Moore, Merz, Buchman, Burk, Perez, and Cooper's Motion for Judgment on the Pleadings or, in the Alternative, for Summary Judgment

---

[1] *Medina v. Cram*, 252 F.3d 1124, 1127 (10th Cir. 2001) (quoting *Behrens v. Pelletier*, 516 U.S. 299, 308 (1996)) (discussing qualified immunity).

[2] *Grissom v. Palm*, No. 19-3178-EFM-ADM, 2021 WL 147255, at *2 (D. Kan. Jan. 15, 2021).

[3] *See Siegert v. Gilley*, 500 U.S. 226, 232 (1991) (treating immunity as a threshold issue allows a court "to weed out suits . . . without requiring a defendant who rightly claims qualified immunity to engage in expensive and time consuming preparation to defend the suit on its merits").

(ECF No. 59), Defendant Centurion's Motion to Dismiss (ECF No. 46), and Defendants Thatcher and Finch's Motion to Dismiss (ECF No. 50).

**IT IS FURTHER ORDERED** that if the pending dispositive motions are denied or any claims remain after the District Judge's rulings, defense counsel shall email the chambers of the undersigned Magistrate Judge, **within seven (7) days of the ruling**, with suggested dates for setting a telephone scheduling conference.

A paper copy of this Memorandum and Order will be mailed to Plaintiff and the Notice of Electronic Filing (NEF) emailed to the Lansing KDOC email account.

Dated January 15, 2025, at Kansas City, Kansas.

Teresa J. James
U. S. Magistrate Judge