# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **ANTHONY JEFFERSON,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 23-3263-TC-TJJ |
| | ) |
| **LEONARD MOORE,** *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

### DEFENDANTS' NOTICE OF INTERLOCUTORY APPEAL

Defendants Leonard Moore, Austin Merz, Bryan Buchman, Trenton Burk, Orlando Perez, and Clay Cooper ("Defendants") appeal to the United States Court of Appeals for the Tenth Circuit from the order entered on January 24, 2025 (Doc. 64), which postponed or failed to rule on the Eleventh-Amendment-immunity and qualified-immunity defenses raised in their Motion for Judgment on the Pleadings or, in the Alternative, for Summary Judgment (Doc. 59), and is therefore immediately appealable under the collateral order doctrine. *See Dyer v. Rabon*, 212 F. App'x 714, 716 (10th Cir. 2006) (citing *Workman v. Jordan*, 958 F.2d 332, 336 (10th Cir. 1992)); *United States v. Pickard*, 676 F.3d 1214, 1217 (10th Cir. 2012).

Respectfully submitted,

KRIS W. KOBACH
ATTORNEY GENERAL OF KANSAS

*/s/ Matthew L. Shoger*
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
Office of the Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
(785) 296-2215
Fax: (785) 291-3767
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 5th day of February, 2025, the foregoing document was filed with the clerk of the court by using the CM/ECF system, with a copy to be served by means of first-class mail, postage prepaid, addressed to:

Anthony Jefferson #44578
Lansing Correctional Facility
P.O. Box 2
Lansing, KS 66043
*Plaintiff, pro se*

                                              */s/ Matthew L. Shoger*
                                              Matthew L. Shoger
                                              Assistant Attorney General