SA,INTERLOCUTORYAPPEAL,PLC2,SCHEDCONFSET,STAYDISC

# U.S. District Court
## DISTRICT OF KANSAS (Topeka)
## CIVIL DOCKET FOR CASE #: 5:23−cv−03263−TC−TJJ

| | |
|---|---|
| Jefferson (ID 44578) v. Moore et al | Date Filed: 12/28/2023 |
| Assigned to: District Judge Toby Crouse | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Teresa J. James | Nature of Suit: 555 Habeas Corpus (Prison Condition) |
| Cause: 42:1983 Prisoner Civil Rights | Jurisdiction: Federal Question |

**Plaintiff**

**Anthony Jefferson**　　　　　　　　　represented by **Anthony Jefferson**
*44578*　　　　　　　　　　　　　　　　　　　　　　　　　　44578
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　LANSING Correctional Facility
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PO Box 2
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Lansing, KS 66043−0002
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: KDOC_court_file_lcf@ks.gov
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PRO SE
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Bar Number:*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Bar Status:*

V.

**Defendant**

**Leonard Moore**　　　　　　　　　　　represented by **Matthew Lee Shoger**
*Major, El Dorado Correctional Facility*　　　　　　　　　　Kansas Attorney General
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Defensive Litigation Unit
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　120 SW 10th Avenue, 2nd Floor
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Topeka, KS 66612
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　785−296−2215
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 785−291−3767
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Alternative Phone: 316−209−5135
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Cell Phone: 316−209−5135
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: matt.shoger@ag.ks.gov
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Bar Number: 28151*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Bar Status: Active*

**Defendant**

**Austin Merz**　　　　　　　　　　　　represented by **Matthew Lee Shoger**
*SST Officer, El Dorado Correctional Facility*　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Bar Number: 28151*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Bar Status: Active*

**Defendant**

**Bryan Buchman**
*SST Officer, El Dorado Correctional Facility*

represented by **Matthew Lee Shoger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Number: 28151*
*Bar Status: Active*

**Defendant**

**Trenton Burk**
*COI Officer, El Dorado Correctional Facility*

represented by **Matthew Lee Shoger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Number: 28151*
*Bar Status: Active*

**Defendant**

**Orlando Perez**
*SST Officer, El Dorado Correctional Facility*

represented by **Matthew Lee Shoger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Number: 28151*
*Bar Status: Active*

**Defendant**

**Clay Cooper**
*COI Officer, El Dorado Correctional Facility*

represented by **Matthew Lee Shoger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Number: 28151*
*Bar Status: Active*

**Defendant**

**Sara Thatcher**
*COI Officer, El Dorado Correctional Facility*

represented by **Gaye B. Tibbets**
Hite, Fanning & Honeyman, LLP
100 North Broadway, Suite 950
Wichita, KS 67202–2209
316–265–7741
Fax: 316–267–7803
Alternative Phone:
Cell Phone:
Email: tibbets@hitefanning.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Number: 13240*
*Bar Status: Active*

**Jon E. Newman**
Hite, Fanning & Honeyman, LLP
100 North Broadway, Suite 950
Wichita, KS 67202–2209

2

|  |  |
|---|---|
|  | 316–265–7741<br>Fax: 316–267–7803<br>Alternative Phone:<br>Cell Phone:<br>Email: newman@hitefanning.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Number: 16612*<br>*Bar Status: Active* |
| **Defendant** |  |
| **Christopher Finch**<br>*CSI Officer, El Dorado Correctional Facility* | represented by **Gaye B. Tibbets**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Number: 13240*<br>*Bar Status: Active*<br><br>**Jon E. Newman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Number: 16612*<br>*Bar Status: Active* |
| **Defendant** |  |
| **Centurion**<br>*Nursing Staff, El Dorado Correctional Facility* | represented by **Katrina L. Smeltzer**<br>Sandberg Phoenix & von Gontard, PC – KC<br>4600 Madison Avenue, Suite 1000<br>Kansas City, MO 64112–3032<br>816–627–5542<br>Fax: 816–627–5532<br>Alternative Phone:<br>Cell Phone:<br>Email: ksmeltzer@sandbergphoenix.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Number: 26623*<br>*Bar Status: Active*<br><br>**Marcus Meyer**<br>Sandberg Phoenix & von Gontard Missouri<br>4600 Madison Avenue, Suite 1000<br>Kansas City, MO 64112<br>816–627–5332<br>Alternative Phone:<br>Cell Phone:<br>Email: mmeyer@sandbergphoenix.com<br>*LEAD ATTORNEY* |

|   |   | *ATTORNEY TO BE NOTICED*<br>Bar Number: 79198<br>Bar Status: Active |
|---|---|---|

**Interested Party**

| **Kansas Department of Corrections** | represented by | **Laine Clare Barnard**<br>Kansas Department of Corrections<br>714 SW Jackson, Suite 300<br>Topeka, KS 66603<br>913−620−0822<br>Alternative Phone:<br>Cell Phone:<br>Email: Laine.Barnard@ks.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Bar Number: 19467<br>Bar Status: Active |
|---|---|---|
|   |   | **Natasha M. Carter**<br>Kansas Department of Corrections<br>714 SW Jackson Street, Suite 300<br>Topeka, KS 66603<br>785−506−7615<br>Alternative Phone:<br>Cell Phone:<br>Email: natasha.carter@ks.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Bar Number: 26074<br>Bar Status: Active |

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 12/28/2023 | 1 | COMPLAINT filed by Plaintiff Anthony Jefferson. (Attachments: # 1 Exhibits) (smnd) (Entered: 12/29/2023) |
| 12/28/2023 | 2 | MOTION for Leave to Proceed in forma pauperis by Plaintiff Anthony Jefferson. NOTE − Access to document is restricted pursuant to the courts privacy policy. (Attachments: # 1 Inmate Account Statement) (smnd) (Entered: 12/29/2023) |
| 12/28/2023 | 3 | MOTION to Appoint Counsel by Plaintiff Anthony Jefferson. (smnd) (Entered: 12/29/2023) |
| 01/02/2024 | 4 | ORDER ENTERED: Plaintiff's motion to proceed in forma pauperis 2 is granted. The Court assesses an initial partial filing fee of $3.00, calculated under 28 U.S.C. § 1915(b)(1). Plaintiff is granted to and including January 16, 2024, to submit the fee. Any objection to this order must be filed on or before the date payment is due. The failure to pay the fee as directed may result in the dismissal of this matter without further notice. Plaintiff remains obligated to pay the remainder of the $350.00 filing fee. The agency having custody of plaintiff shall forward payments from plaintiff's |

| | | |
|---|---|---|
| | | account in installments calculated under 28 U.S.C. § 1915(b)(2). The clerk is to transmit a copy of this order to plaintiff, to the finance office at the institution where plaintiff is currently confined, and to the court's finance office. Entered by District Judge John W. Lungstrum on 01/02/24. Mailed to pro se party Anthony Jefferson by regular mail. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (smnd) (Entered: 01/02/2024) |
| 01/03/2024 | 5 | MEMORANDUM AND ORDER ENTERED: Plaintiff's Motion for Appointment of Counsel (Doc. 3 ) is denied without prejudice. The KDOC shall submit the Martinez Report by March 1, 2024. Upon the filing of that Report, the Court will screen Plaintiff's Complaint. If the Complaint survives screening, the Court will enter a separate order serving defendants and setting an answer deadline. The Clerk of Court shall enter the KDOC as an interested party on the docket for the limited purpose of preparing the Martinez Report. Upon the filing of that report, the KDOC may move for termination from this action. Signed by District Judge John W. Lungstrum on 01/03/24. Mailed to pro se party Anthony Jefferson by regular mail; electronic notice to counsel for the KDOC and Attorney General for the State of Kansas. (smnd) (Entered: 01/03/2024) |
| 02/29/2024 | 6 | MOTION FOR LEAVE to File Exhibit V Conventionally by Interested Party Kansas Department of Corrections (Barnard, Laine) (Entered: 02/29/2024) |
| 03/01/2024 | 7 | ORDER ENTERED: The KDOC's Motion to File Conventionally Exhibit V in the Investigative Report Prepared Pursuant to "Martinez v. Aaron" (Doc. 6 ) is granted. Exhibit V to the Martinez Report shall be filed conventionally. Signed by District Judge Julie A. Robinson on 03/01/24. Mailed to pro se party Anthony Jefferson by regular mail. (smnd) Modified to correct order for Judge Robinson's signature on 3/1/2024. (smnd) (Entered: 03/01/2024) |
| 03/01/2024 | 8 | MARTINEZ REPORT by Interested Party Kansas Department of Corrections re 1 Complaint. (Attachments: # 1 Exhibit A, # 2 Exhibit C, # 3 Exhibit D, # 4 Exhibit E, # 5 Exhibit F, # 6 Exhibit G, # 7 Exhibit H, # 8 Exhibit I, # 9 Exhibit J, # 10 Exhibit K, # 11 Exhibit L, # 12 Exhibit M, # 13 Exhibit N, # 14 Exhibit O, # 15 Exhibit P, # 16 Exhibit R, # 17 Exhibit U)(Barnard, Laine) (Entered: 03/01/2024) |
| 03/01/2024 | 9 | SEALED MARTINEZ REPORT EXHIBITS B, Q, S and T re 8 Martinez Report. (Attachments: # 1 Exhibit Provisionally Sealed Q, # 2 Exhibit Provisionally Sealed S, # 3 Exhibit Provisionally Sealed T) (Barnard, Laine) Modified on 3/4/2024 to remove the provisional designation pursuant to 11 Order. (smnd) (Entered: 03/01/2024) |
| 03/01/2024 | 10 | MOTION to Seal or Redact Document(s) 9 PROVISIONALLY SEALED Martinez Report Exhibits *B, Q, S and T* by Interested Party Kansas Department of Corrections (Barnard, Laine) (Entered: 03/01/2024) |
| 03/04/2024 | 11 | ORDER ENTERED: The KDOC's Motion to File Under Seal Exhibits in the Investigative Report Prepared Pursuant to "Martinez v. Aaron" (Doc. 10 ) is granted. Exhibits B, Q, S and T to the Martinez Report shall be filed under seal. The document shall remain under seal and the clerk is directed to remove the provisional designation from the specified docket entry. Signed by District Judge Julie A. Robinson on 03/04/24. Mailed to pro se party Anthony Jefferson by regular mail. (smnd) (Entered: 03/04/2024) |
| 03/12/2024 | 12 | CONVENTIONALLY FILED EXHIBIT V IN SUPPORT of 8 Martinez Report received in the clerk's office on 03/12/24. The original and two copies for chambers will be maintained in the Topeka Clerk's Office. (This is a TEXT ENTRY ONLY. |

| | | |
|---|---|---|
| | | There is no.pdf document associated with this entry.) (smnd) (Entered: 03/12/2024) |
| 03/12/2024 | | INITIAL PARTIAL FILING FEE PAID: in the amount of $3.00, receipt number 500001311. (nac) (Entered: 03/12/2024) |
| 04/04/2024 | 13 | MEMORANDUM AND ORDER ENTERED: Plaintiff shall have until May 6, 2024, in which to respond to the Report at Doc. 8 and to show good cause why this matter should not be dismissed for the reasons set forth in this Memorandum and Order. Failure to respond by the deadline may result in dismissal of this action without further notice. Signed by District Judge John W. Lungstrum on 04/04/24. Mailed to pro se party Anthony Jefferson by regular mail. (smnd) (Entered: 04/04/2024) |
| 04/29/2024 | 14 | MOTION for Extension of Time to File Response as to 8 Martinez Report by Plaintiff Anthony Jefferson. (Attachments: # 1 Exhibits) (smnd) (Entered: 04/29/2024) |
| 04/29/2024 | 15 | ORDER ENTERED: Plaintiff's Motion for Extension of Time (Doc. 14 ) is granted. Plaintiff shall have until June 28, 2024, in which to respond to the Report at Doc. 8 and to show good cause why this matter should not be dismissed for the reasons set forth in the Court's Memorandum and Order at Doc. 13 . Failure to respond by the deadline may result in dismissal of this action without further notice. Signed by District Judge John W. Lungstrum on 04/29/24. Mailed to pro se party Anthony Jefferson by regular mail. (smnd) (Entered: 04/29/2024) |
| 05/10/2024 | 16 | MOTION for Order to Depose by Plaintiff Anthony Jefferson. (smnd) (Entered: 05/10/2024) |
| 05/15/2024 | 17 | ORDER ENTERED: The KDOC shall have until May 29, 2024, in which to respond to Plaintiff's Motion to Depose at Doc. 16 . Plaintiff shall have until May 29, 2024, to provide the additional information requested. Signed by District Judge John W. Lungstrum on 05/15/24. Mailed to pro se party Anthony Jefferson by regular mail. (smnd) (Entered: 05/15/2024) |
| 05/29/2024 | 18 | RESPONSE by Interested Party Kansas Department of Corrections re 16 Motion for Order (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Barnard, Laine) (Entered: 05/29/2024) |
| 05/29/2024 | 19 | SEALED EXHIBIT(S) IN SUPPORT of 18 Response to Motion by Interested Party Kansas Department of Corrections(Barnard, Laine) Modified on 5/29/2024 to remove 'Provisionally' from the docket text per 21 Order; document is sealed. (jal) (Entered: 05/29/2024) |
| 05/29/2024 | 20 | MOTION to Seal or Redact Document(s) 19 PROVISIONALLY SEALED Exhibits in Support of Response/Reply by Interested Party Kansas Department of Corrections (Barnard, Laine) (Entered: 05/29/2024) |
| 05/29/2024 | 21 | ORDER ENTERED: The KDOC's Motion to File Under Seal Exhibit C in Response to Plaintiff's Motion to Depose (Doc. 20 ) is granted. Exhibit C, provisionally filed at Doc. 19 , shall be filed under seal. Signed by District Judge John W. Lungstrum on 5/29/2024. Mailed to pro se party Anthony Jefferson by regular mail. (jal) (Entered: 05/29/2024) |
| 05/30/2024 | 22 | MOTION to Amend 1 Complaint by Plaintiff Anthony Jefferson. (jal) (Entered: 05/30/2024) |
| 05/30/2024 | 23 | MEMORANDUM AND ORDER ENTERED: Plaintiff's Motion to Depose (Doc. 16 ) is denied. Plaintiff's Motion to Amend Complaint (Doc. 22 ) is denied. Signed by |

| | | |
|---|---|---|
| | | District Judge John W. Lungstrum on 5/30/2024. Mailed to pro se party Anthony Jefferson by regular mail. (jal) (Entered: 05/30/2024) |
| 06/27/2024 | 24 | RESPONSE (titled Verified Response to Show Cause Order) by Plaintiff Anthony Jefferson re 13 Memorandum and Order. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I) (smnd) (Entered: 06/27/2024) |
| 06/27/2024 | 25 | RESPONSE (titled Verified Rebuttal to Defendants Martinez Report) to 8 Martinez Report by Plaintiff Anthony Jefferson. (Attachments: # 1 Exhibit 2, # 2 Exhibit 3, # 3 Exhibit 4, # 4 Exhibit 5) (smnd) (Entered: 06/27/2024) |
| 06/27/2024 | 26 | AFFIDAVIT (titled Verified Complaint Facts Pursuant to USCS 1746) by Plaintiff Anthony Jefferson. (smnd) (Entered: 06/27/2024) |
| 07/11/2024 | 27 | MEMORANDUM AND ORDER ENTERED: This matter survives the Court's screening under 28 U.S.C. § 1915A. The Court will enter a separate service order for the KDOC defendants. The Clerk is directed to request waiver of service for Centurion employees in the manner requested by counsel for Centurion. Signed by District Judge John W. Lungstrum on 07/11/24. Mailed to pro se party Anthony Jefferson by regular mail. (smnd) (Entered: 07/11/2024) |
| 07/11/2024 | 28 | SERVICE ORDER ENTERED: The Clerk of the Court shall notify the Kansas Attorney General ("AG") and the KDOC of this Service Order. The Court requests that Defendants Leonard Moore, Austin Merz, Bryan Buchman, Trenton Burk, Orlando Perez, Clay Cooper, Sara Thatcher, and Christopher Finch, waive formal service of process. The AG and/or the KDOC shall have thirty (30) days from entry of this Service Order to file a Waiver of Service Executed and/or a Waiver of Service Unexecuted. Upon the electronic filing of the Waiver of Service Executed, the Defendants listed above shall have sixty (60) days to file an answer or other responsive pleading. Any answer deadline set forth in the docket entry for the waiver of service is not controlling. In those cases where a Waiver of Service Unexecuted is filed, the KDOC shall have ten (10) days from the filing of the Waiver of Service Unexecuted, to supply the Clerk of Court with the last known forwarding addresses for former employees, said addresses to be placed under seal and used only for the purpose of attempting to effect service of process. The KDOC shall use the event "SEALED Notice of Last Known Addresses of KDOC Employees" to submit the sealed addresses to the Court. Signed by District Judge John W. Lungstrum on 07/11/24. Mailed to pro se party Anthony Jefferson by regular mail. (smnd) (Entered: 07/11/2024) |
| 07/12/2024 | 29 | MINUTE ORDER REASSIGNING CASE: Case reassigned to District Judge Toby Crouse and Magistrate Judge Gwynne E. Birzer for all further proceedings. District Judge John W. Lungstrum no longer assigned to case. Entered by Deputy Clerk on 07/12/24. Mailed to pro se party Anthony Jefferson by regular mail. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (smnd) (Entered: 07/12/2024) |
| 07/12/2024 | | WAIVER OF SERVICE OF SUMMONS ISSUED as to Centurion, c/o John Hicks, Counsel for Centurion. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (smnd) (Entered: 07/12/2024) |
| 07/15/2024 | 30 | MOTION for Order (titled Motion for Legal Fees Paid Separate) by Plaintiff Anthony Jefferson (referred to Magistrate Judge Gwynne E. Birzer) (smnd) (Entered: 07/15/2024) |

| | | |
|---|---|---|
| 07/16/2024 | 31 | MOTION to Appoint Counsel by Plaintiff Anthony Jefferson (referred to Magistrate Judge Gwynne E. Birzer) (smnd) (Entered: 07/16/2024) |
| 07/17/2024 | 32 | ORDER denying without prejudice 30 Plaintiff's Motion for Legal Fees Paid Separate. Plaintiff's Motion asks for attorney fees and costs to be "paid separate from any settlements or order of judgement" on Plaintiff's behalf. This case is in the beginning stages of litigation and no settlement has been reached and no judgment has been entered on Plaintiff's behalf. Therefore, because Plaintiff's Motion is premature, the Court denies it without prejudice. IT IS SO ORDERED. Signed by Magistrate Judge Gwynne E. Birzer on 7/17/2024. Mailed to pro se party Anthony Jefferson by regular mail. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (rel) (Entered: 07/17/2024) |
| 07/17/2024 | 33 | DEMAND FOR TRIAL BY JURY (titled Motion for Jury Trial) by Plaintiff Anthony Jefferson. (smnd) (Entered: 07/17/2024) |
| 08/12/2024 | 34 | WAIVER OF SERVICE Returned Executed – Prisoner Case by Orlando Perez, Austin Merz, Clay Cooper, Christopher Finch, Leonard Moore, Bryan Buchman, Trenton Burk. Orlando Perez waiver sent on 8/12/2024, answer due 10/11/2024; Austin Merz waiver sent on 8/12/2024, answer due 10/11/2024; Clay Cooper waiver sent on 8/12/2024, answer due 10/11/2024; Christopher Finch waiver sent on 8/12/2024, answer due 10/11/2024; Leonard Moore waiver sent on 8/12/2024, answer due 10/11/2024; Bryan Buchman waiver sent on 8/12/2024, answer due 10/11/2024; Trenton Burk waiver sent on 8/12/2024, answer due 10/11/2024. (Shoger, Matthew) (Entered: 08/12/2024) |
| 08/12/2024 | 35 | SEALED Notice of Last Known Addresses of KDOC Employees *Sarah Thatcher* (Shoger, Matthew) (Entered: 08/12/2024) |
| 08/12/2024 | 36 | ENTRY OF APPEARANCE by Katrina L. Smeltzer on behalf of Centurion. (Smeltzer, Katrina) (Entered: 08/12/2024) |
| 08/14/2024 | 37 | ORDER. Pursuant to the Service Order (ECF No. 28) and Sealed Notice of Last Known Address for Sarah Thatcher (ECF No. 35), the Clerk is ordered to prepare a summons pursuant to Fed. R. Civ. P. 4(c)(3) to be served upon Defendant Sarah Thatcher, using the address provided under seal. IT IS SO ORDERED. Signed by Magistrate Judge Gwynne E. Birzer on 8/14/2024. Mailed to pro se party Anthony Jefferson by regular mail. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.)(rel) (Entered: 08/14/2024) |
| 08/19/2024 | | SUMMONS ISSUED as to Sara Thatcher. (issued to US Marshal for service) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge Form provided to US Marshal for service with complaint. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry) (kmc) (kmc) (Entered: 08/19/2024) |
| 09/11/2024 | 38 | NOTICE of Change of Address by Plaintiff Anthony Jefferson #44578: now at Lansing Correctional Facility, P.O. Box 2, Lansing, KS 66043. (jal) (Entered: 09/11/2024) |
| 09/12/2024 | 39 | ENTRY OF APPEARANCE by Marcus Meyer on behalf of Centurion. (Meyer, Marcus) (Entered: 09/12/2024) |
| 09/19/2024 | 40 | ENTRY OF APPEARANCE by Gaye B. Tibbets on behalf of Christopher Finch, Sara Thatcher. (Tibbets, Gaye) (Entered: 09/19/2024) |
| 09/19/2024 | 41 | |

8

| | | |
|---|---|---|
| | | ENTRY OF APPEARANCE by Jon E. Newman on behalf of Christopher Finch, Sara Thatcher. (Newman, Jon) (Entered: 09/19/2024) |
| 09/19/2024 | 42 | CLERKS ORDER EXTENDING TIME until 10/25/2024 for Defendants Christopher Finch, Sara Thatcher to answer or otherwise plead. Signed by deputy clerk on 9/19/2024. Mailed to pro se Plaintiff Anthony Jefferson #44578 at LANSING Correctional Facility PO Box 2 Lansing, KS 66043−0002 by regular mail. (jk) (Entered: 09/19/2024) |
| 09/24/2024 | 43 | SUMMONS RETURNED EXECUTED −− Certified Mail by Anthony Jefferson upon Sara Thatcher served on 9/10/2024, answer due 10/1/2024. (sz) (Entered: 09/24/2024) |
| 09/26/2024 | 44 | ENTRY OF APPEARANCE by Matthew Lee Shoger on behalf of Bryan Buchman, Trenton Burk, Clay Cooper, Austin Merz, Leonard Moore, Orlando Perez. (Shoger, Matthew) (Entered: 09/26/2024) |
| 09/26/2024 | 45 | CLERKS ORDER EXTENDING TIME until 10/25/2024 for Defendants Orlando Perez, Austin Merz, Clay Cooper, Leonard Moore, Bryan Buchman, Trenton Burk to answer or otherwise plead. Signed by deputy clerk on 9/26/2024. Mailed to pro se Plaintiff Anthony Jefferson #44578 LANSING Correctional Facility PO Box 2 Lansing, KS 66043−0002 by regular mail. (jk) (Entered: 09/27/2024) |
| 10/11/2024 | 46 | MOTION to Dismiss by Defendant Centurion (Meyer, Marcus) (Entered: 10/11/2024) |
| 10/11/2024 | 47 | MEMORANDUM IN SUPPORT of 46 MOTION to Dismiss by Defendant Centurion(Meyer, Marcus) (Entered: 10/11/2024) |
| 10/22/2024 | 48 | MOTION for Extension of Time to File Answer re 1 Complaint by Defendants Bryan Buchman, Trenton Burk, Clay Cooper, Austin Merz, Leonard Moore, Orlando Perez (referred to Magistrate Judge Gwynne E. Birzer) (Shoger, Matthew) (Entered: 10/22/2024) |
| 10/24/2024 | 49 | ORDER granting 48 MOTION for Extension of Time to File Answer re 1 Complaint. Due to Plaintiff's inaccessibility and the imminence of the Answer deadline, Plaintiff was not given the opportunity to weigh in on Defendants' request. Defendants are reminded of Local Rule 6.1(a) and encouraged to allow more time to consider extension in the future. However, it is not an unusual occurrence to grant a first request to extend an Answer deadline. As such, the Court finds good cause to extend the deadline. The deadline for Defendants Bryan Buchman, Trenton Burk, Clay Cooper, Austin Merz, Leonard Moore and Orlando Perez to answer or otherwise plead is therefore extended to 11/8/2024. IT IS SO ORDERED. Signed by Magistrate Judge Gwynne E. Birzer on 10/24/2024. Mailed to pro se party Anthony Jefferson by regular mail (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (ccr) (Entered: 10/24/2024) |
| 10/24/2024 | 50 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Defendants Christopher Finch, Sara Thatcher (Tibbets, Gaye) (Entered: 10/24/2024) |
| 10/24/2024 | 51 | MEMORANDUM IN SUPPORT of 50 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Defendants Christopher Finch, Sara Thatcher(Tibbets, Gaye) (Entered: 10/24/2024) |
| 10/25/2024 | 52 | MOTION to Amend/Correct *Doc. 51* by Defendants Christopher Finch, Sara Thatcher (Tibbets, Gaye) (Entered: 10/25/2024) |
| 10/29/2024 | | |

| | | |
|---|---|---|
| | | **MOTION REFERRAL to Magistrate Judge REMOVED as to: 52 MOTION to Amend/Correct *Doc. 51*. The motion will be resolved by the District Judge.(ccr)** (Entered: 10/29/2024) |
| 10/29/2024 | 53 | ORDER granting 52 Motion to Amend/Correct *Doc. 51*. Signed by District Judge Toby Crouse on 10/29/24. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (ta) (Entered: 10/29/2024) |
| 10/29/2024 | 54 | MEMORANDUM IN SUPPORT of 50 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *(Amended)* by Defendants Christopher Finch, Sara Thatcher(Tibbets, Gaye) (Entered: 10/29/2024) |
| 11/08/2024 | 55 | ORDER REASSIGNING CASE. Case reassigned to Magistrate Judge Teresa J. James for all further proceedings. Magistrate Judge Gwynne E. Birzer no longer assigned to case. Signed by Magistrate Judge Gwynne E. Birzer on 11/8/24. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.)(ala) (Entered: 11/08/2024) |
| 11/08/2024 | 56 | ANSWER to 1 Complaint by Leonard Moore, Austin Merz, Bryan Buchman, Trenton Burk, Orlando Perez, Clay Cooper.(Shoger, Matthew) (Entered: 11/08/2024) |
| 11/13/2024 | | NOTICE Re: Pro Se Mailing. Document 55 Order Reassigning Case, mailed to Anthony Jefferson 44578 LANSING Correctional Facility PO Box 2 Lansing, KS 66043–0002 on 11/13/2024 by regular mail. (sz) (Entered: 11/13/2024) |
| 11/25/2024 | 57 | MEMORANDUM AND ORDER denying without prejudice 31 Plaintiff's Motion for Appointment of Counsel. Signed by Magistrate Judge Teresa J. James on 11/25/2024. Mailed to pro se plaintiff Jefferson by regular mail. (byk) (Entered: 11/25/2024) |
| 11/25/2024 | 58 | INITIAL ORDER REGARDING PLANNING AND SCHEDULING: Scheduling/Status Conference set for 1/14/2025 at 09:00 AM (central time) by telephone before Magistrate Judge Teresa J. James. Participants must dial new CONFERENCE NUMBER 913–423–1010 and enter CONFERENCE ID 454 817 451 to join the conference. The Court will not require the parties to hold a planning conference pursuant to Fed. R. Civ. P. 26(f), submit a proposed Scheduling Order, or exchange Fed. R. Civ P. 26(a)(1) initial disclosures at this time. Signed by Magistrate Judge Teresa J. James on 11/25/2024. Mailed to pro se plaintiff Jefferson by regular mail. (byk) (Entered: 11/25/2024) |
| 01/14/2025 | 59 | MOTION for Judgment on the Pleadings *or, in the Alternative*, MOTION for Summary Judgment ( Response deadline 2/4/2025) by Defendants Leonard Moore, Austin Merz, Bryan Buchman, Trenton Burk, Orlando Perez, Clay Cooper (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Shoger, Matthew) (Entered: 01/14/2025) |
| 01/14/2025 | 60 | NOTICE TO PRO SE LITIGANT WHO OPPOSES A MOTION FOR SUMMARY JUDGMENT by Leonard Moore, Austin Merz, Bryan Buchman, Trenton Burk, Orlando Perez, Clay Cooper re 59 MOTION for Judgment on the Pleadings *or, in the Alternative* MOTION for Summary Judgment (Shoger, Matthew) (Entered: 01/14/2025) |
| 01/14/2025 | 61 | MOTION to Stay Discovery by Defendants Leonard Moore, Austin Merz, Bryan Buchman, Trenton Burk, Orlando Perez, Clay Cooper (referred to Magistrate Judge Teresa J. James) (Shoger, Matthew) (Entered: 01/14/2025) |
| 01/14/2025 | 62 | |

|  |  | MINUTE ENTRY for proceedings held before Magistrate Judge Teresa J. James: telephone STATUS CONFERENCE held on 1/14/2025. Order Staying Discovery and Pretrial Proceedings to follow. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (byk) (Entered: 01/15/2025) |
|---|---|---|
| 01/15/2025 | 63 | ORDER STAYING DISCOVERY AND PRETRIAL PROCEEDINGS, granting 61 Motion to Stay Discovery. Signed by Magistrate Judge Teresa J. James on 1/15/2025. Mailed to pro se plaintiff Jefferson by regular mail. (byk) (Entered: 01/15/2025) |
| 01/24/2025 | 64 | ORDER. Defendants' Motion for Judgment on the Pleadings or, in the alternative, Motion for Summary Judgment (Doc. 59 ), is denied without prejudice. They may file an answer or other response on or before 2/7/2025. Signed by District Judge Toby Crouse on 1/24/2025. Sent to pro se party Anthony Jefferson by regular mail. (mam) (Entered: 01/24/2025) |
| 02/05/2025 | 65 | NOTICE OF INTERLOCUTORY APPEAL as to 64 Order on Motion for Judgment on the Pleadings,, Order on Motion for Summary Judgment, by Defendants Bryan Buchman, Trenton Burk, Clay Cooper, Austin Merz, Leonard Moore, Orlando Perez Filing fee $ 605, Internet Payment Receipt Number AKSDC−6578129. (Shoger, Matthew) (Entered: 02/05/2025) |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ANTHONY JEFFERSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LEONARD MOORE, *et al.*, )<br>)<br>Defendants. )<br>) | Case No. 23-3263-TC-TJJ |

### DEFENDANTS' NOTICE OF INTERLOCUTORY APPEAL

Defendants Leonard Moore, Austin Merz, Bryan Buchman, Trenton Burk, Orlando Perez, and Clay Cooper ("Defendants") appeal to the United States Court of Appeals for the Tenth Circuit from the order entered on January 24, 2025 (Doc. 64), which postponed or failed to rule on the Eleventh-Amendment-immunity and qualified-immunity defenses raised in their Motion for Judgment on the Pleadings or, in the Alternative, for Summary Judgment (Doc. 59), and is therefore immediately appealable under the collateral order doctrine. *See Dyer v. Rabon*, 212 F. App'x 714, 716 (10th Cir. 2006) (citing *Workman v. Jordan*, 958 F.2d 332, 336 (10th Cir. 1992)); *United States v. Pickard*, 676 F.3d 1214, 1217 (10th Cir. 2012).

Respectfully submitted,

KRIS W. KOBACH
ATTORNEY GENERAL OF KANSAS

*/s/ Matthew L. Shoger*
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
Office of the Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
(785) 296-2215
Fax: (785) 291-3767
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 5th day of February, 2025, the foregoing document was filed with the clerk of the court by using the CM/ECF system, with a copy to be served by means of first-class mail, postage prepaid, addressed to:

Anthony Jefferson #44578
Lansing Correctional Facility
P.O. Box 2
Lansing, KS 66043
*Plaintiff, pro se*

                                                */s/ Matthew L. Shoger*
                                                Matthew L. Shoger
                                                Assistant Attorney General

**In the United States District Court
for the District of Kansas**

———————

Case No. 23-cv-3263-TC-TJJ

———————

ANTHONY JEFFERSON,

*Plaintiff*

v.

LEONARD MOORE, ET AL.,

*Defendant*

———————

### ORDER

Plaintiff Anthony Jefferson filed this pro se civil rights action under 42 U.S.C. § 1983. Doc. 1. The Complaint names as defendants several persons in their individual and official capacities. *Id.* at 1–4. On January 14, 2023, Defendants Leonard Moore, Austin Merz, Bryan Buchman, Trenton Burk, Orlando Perez, and Clay Cooper filed a motion for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c) requesting that Plaintiff's claims be dismissed for lack of subject-matter jurisdiction and for failure to state a claim or, in the alternative, for summary judgment under Rule 56. Doc. 59. Two reasons justify denying Defendants' motion without prejudice.

First, there is tension between the substance of the pleading and its invocation of Rule 56. Defendants have styled their motion as one for judgment on the pleadings under Rule 12 and seek dismissal for lack of subject-matter jurisdiction and for failure to state a claim. *See* Doc. 59 at 1 ("Defendants . . . respectfully request . . . that the Court dismiss the claims against them under Fed. R. Civ. P. 12(c) for lack of subject-matter jurisdiction and failure to state a claim."). But the length of the pleading far exceeds that permitted for Rule 12 motions. *See* D. Kan. Rule 7.1(d).

Second, a motion for summary judgment is premature. In the ordinary course, a defendant would file and litigate a single Rule 12

1

motion and then, after discovery closed, file a single Rule 56 motion that relies on the facts discovered. To be sure, Rule 56 permits filing a summary judgment motion "at any time until 30 days after" discovery has closed. Fed. R. Civ. P. 56(b). But early motions are frequently denied because the case has not yet developed, no discovery has occurred, and the parties' claims and defenses have not been formalized by way of a pretrial order. *See generally* Fed. R. Civ. P. 56(b), Advisory Committee Notes (2010) (recognizing that "in many cases the motion will be premature until the nonmovant has had time to file a responsive pleading or other pretrial proceedings have been had," because scheduling orders and other pretrial orders "can regulate timing" to fit the needs of the case); *see also McCoy v. Aramark*, Case No. 21-3269, Docs. 63 & 75 (denying similar motions). And multiple summary judgment motions filed throughout the course of the litigation are generally disfavored. *See, e.g.*, *Power Equip. Co. v. Turner Bros. Constr., Inc.*, No. 21-0153, 2022 WL 5166631, at *2 (D.N.M. Aug. 30, 2022) (citing several cases, including from the District of Kansas). Thus, even without the aforementioned issue, Defendants' motion for summary judgment would be denied without prejudice because it is premature.

For the foregoing reasons, Defendants' Motion for Judgment on the Pleadings or, in the alternative, Motion for Summary Judgment, Doc. 59, is DENIED without prejudice. They may file an answer or other response on or before February 7, 2025.

It is so ordered.

Date: January 24, 2025                     s/ Toby Crouse
                                           Toby Crouse
                                           United States District Judge

2