IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **ANTHONY JEFFERSON,** )<br>  Plaintiff, )<br> )<br>vs. )<br> )  Case No: 23-3263-JWL<br> )<br>**LEONARD MOORE, et al.,** )<br>  Defendants. ) | |

# MOTION TO FILE UNDER SEAL EXHIBIT V IN THE INVESTIGATIVE REPORT PREPARED PURSUANT TO "MARTINEZ V. AARON"

Comes now, Elizabeth E. Fowler, Legal Counsel of the Kansas Department of Corrections, and respectfully moves the Court pursuant to Rule 5.4.2 for permission to file an exhibit under seal and to be considered as a part of the *Martinez* Report in the above captioned matter.

In Support of this Motion, Counsel would state as follows:

1. Pursuant to Local Rule 5.4.2 counsel must file a motion for leave to file documents under seal and conventionally in the Electronic Filing System. Counsel for the Kansas Department of Corrections, previously sought and received permission to have Exhibit B, Exhibit Q, Exhibit S, and Exhibit T, filed under seal.

2. Counsel for the Kansas Department of Corrections, inadvertently failed to request the filing of Exhibit V, under seal.

3. A Motion for Leave to File Exhibit V Conventionally was filed by Kansas Department of Corrections on February 29, 2024, and same Motion was granted by this Court on March 1, 2024.

4. Exhibit V is a DVD containing video recordings of the use of force at issue in this matter. The DVD also contains media players necessary to view the recordings.

5. The release of security footage from correctional facilities, either to residents or to the public, creates unreasonable safety and security risks for both residents and staff.

6. Plaintiff may not possess the DVD, however the Plaintiff's Unit Team is able to facilitate his viewing of the contents of the DVD.

Pursuant to Rule 5.4.6 Counsel respectfully requests the Court's permission to file Exhibit V under seal. Counsel further requests the Court enter an Order prohibiting Plaintiff from possessing Exhibit V.

Respectfully submitted,

*/s/ Elizabeth E. Fowler*
Elizabeth E. Fowler            #27839
Legal Counsel
Kansas Department of Corrections
714 SW Jackson Street, Suite 300
Topeka, Kansas 66603
Phone:  785.600.0698
Fax:  785.783.6950
E-mail: elizabeth.fowler@ks.gov
Attorney for Defendants

**CERTIFICATE OF MAILING**

        I hereby certify that on this 13th day of February, 2025, a true and correct copy of the above and foregoing was filed via the Court's electronic filing system with a copy placed in U.S. mail, postage prepaid, addressed to:

                                              */s/ Elizabeth E. Fowler*
                                              Elizabeth E. Fowler
                                              Attorney for Defendants

Anthony Jefferson #44578
LANSING Correctional Facility
PO Box 2
Lansing, KS 66043-0002